IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOLBY VIDEO COMPRESSION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-317 (JLH) |
| | ) | |
| SNAP INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SNAP INC. | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOLBY VIDEO COMPRESSION, LLC, | ) | |
| DOLBY LABORATORIES, INC., AND | ) | |
| ACCESS ADVANCE LLC, | ) | |
| | ) | |
| Counterclaim-Defendants | ) | |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL CONTACT

PLEASE TAKE NOTICE that the firm formerly known as Winston & Strawn LLP, counsel for Defendant and Counterclaim-Plaintiff Snap Inc. in this action, is now known as Winston Taylor LLP.

The new email addresses for counsel of record are listed below:

Kathi Vidal: kathi.vidal@winstontaylor.com

Eimeric Reig-Plessis: eimeric.reigplessis@winstontaylor.com

Alexander P. Ott: alexander.ott@winstontaylor.com

Joseph C. Masullo: jc.masullo@winstontaylor.com

Carson Swope: carson.swope@winstontaylor.com

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Kathi Vidal
Alexander P. Ott
Joseph C. Masullo
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

Eimeric Reig-Plessis
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5891
(415) 591-1000

Carson Swope
WINSTON TAYLOR LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
(650) 858-6500

June 3, 2026

*/s/Jennifer Ying*
Karen Jacobs (#2881)
Jennifer Ying (#5550)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@morrisnichols.com
jying@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendant and Counterclaim-Plaintiff Snap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 3, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LAW, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kevin Schubert, Esquire<br>Robert Burns, Esquire<br>MCKOOL SMITH P.C.<br>1301 6th Ave, 32nd Floor<br>New York, NY 10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Warren Lipschitz, Esquire<br>Greg Saltz, Esquire<br>MCKOOL SMITH P.C.<br>300 Crescent Court<br>Dallas, TX 75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mitch Verboncoeur, Esquire<br>MCKOOL SMITH P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Christopher McNett, Esquire<br>MCKOOL SMITH P.C.<br>1717 K Street, NW, Suite 1000<br>Washington, DC 20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

3

*/s/Jennifer Ying*
Jennifer Ying (#5550)

4