IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOLBY VIDEO COMPRESSION, LLC,    )
                                 )
                Plaintiff,       )
                                 )
        v.                       )    C.A. No. 26-317 (JLH)
                                 )
SNAP INC.,                       )
                                 )
                Defendant.       )

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for Plaintiff/Counterclaim-Defendant Dolby Video Compression, LLC, Counterclaim-Defendant Dolby Laboratories, Inc., and Counterclaim-Defendant Access Advance LLC to move, answer, or otherwise respond to Defendant/Counterclaim-Plaintiff Snap Inc.'s Answer and Defenses to the Complaint and Counterclaims (D.I. 13) is extended to July 8, 2026.

Dated: June 4, 2026                     Respectfully Submitted,

FARNAN LLP                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Farnan                   /s/ Jennifer Ying
Brian E. Farnan (#4089)                 Karen Jacobs (#2881)
Michael J. Farnan (#5165)               Jennifer Ying (#5550)
919 North Market Street, 12th Floor     E. Paul Steingraber (#7459)
Wilmington, DE 19801                    1201 North Market Street
(302) 777-0300                          P.O. Box 1347
bfarnan@farnanlaw.com                   Wilmington, DE  19899
mfarnan@farnanlaw.com                   (302) 658-9200
                                        kjacobs@morrisnichols.com
*Attorneys for Plaintiff/Counterclaim-Defendant*   jying@morrisnichols.com
*Dolby Video Compression, LLC, Counterclaim-*      esteingraber@morrisnichols.com
*Defendant Dolby Laboratories, Inc., and*
*Counterclaim-Defendant Access Advance LLC*        *Attorneys for Defendant/Counterclaim-*
                                                   *Plaintiff Snap Inc.*

- 2 -

IT IS SO ORDERED this ____ day of June, 2026.


_____
The Honorable Jennifer L. Hall