**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **DOLBY VIDEO COMPRESSION, LLC, and DOLBY INTERNATIONAL AB,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SNAP INC.,**<br><br>**Defendant.** | **C.A. No. 26-317 (JLH)**<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED COMPLAINT**

Plaintiffs Dolby Video Compression LLC ("DVC") and Dolby International AB ("DIAB"), (collectively, "Dolby" or "Plaintiffs") file this First Amended Complaint against Snap Inc. ("Snap," or "Defendant") and allege as follows:

**NATURE OF THE ACTION**

1. For nearly 60 years, Dolby has been a leader in innovating and delivering cutting-edge technologies that transform the science of sight and sound into spectacular experiences for billions of people worldwide. Dolby invents and licenses advanced audio and imaging technologies, including video coding technologies, to improve the ways people experience media and communicate with each other. Dolby, along with its parent company, holds over 22,000 patents worldwide, including a large portfolio relating to video encoding and decoding.

2. Snap uses video coding technology as part of its Snapchat product, which allows users to share videos with each other and the public. Snap performs video coding to make these videos available on a wide range of devices. Snap's "Accused Services" are backend processes, including for example transcoding and encoding for the purpose of providing videos to users, wherein such

1

processes infringe one or more claims in Dolby's Asserted Patents (as defined below).

3.    Snap's Accused Services rely on Dolby's innovations to efficiently deliver high-quality video to users throughout the United States and the world.  Dolby's patented technology is critical to Snap's business, driving the efficiency and quality of the videos that help keep users engaged on the application.  While other companies have recognized and validated the strength of Dolby's video patent portfolio by taking licenses, Snap continues to use Dolby's patented technology without a license, thereby obtaining an unfair competitive advantage.  Dolby brings this lawsuit to end Snap's unlicensed use of Dolby's patented technology.

## PARTIES

4.    Plaintiff Dolby Video Compression LLC ("DVC") is a limited liability company organized under the laws of Delaware.  DVC is the sole owner by assignment of all right, title, and interest in U.S. Patent Nos. 10,855,990; 9,924,193; 9,596,469; 10,404,272; 9,894,368; 11,734,714; 9,729,883; and 8,798,173.

5.    Plaintiff Dolby International AB ("DIAB") is a corporation organized under the laws of Sweden.  DIAB is the sole owner by assignment of all right, title, and interest in U.S. Patent No. 11,343,535.

6.    In this complaint, Plaintiffs assert U.S. Patent Nos. 10,855,990; 9,924,193; 9,596,469; 10,404,272; 9,894,368; 11,734,714; 9,729,883; 11,343,535; and 8,798,173 (the "Asserted Patents").

7.    On information and belief, Snap Inc. is a corporation organized under the laws of the State of Delaware.

8.    On information and belief, Snap Inc. has its principal place of business at 2772 Donald Douglas Loop N, Santa Monica, CA 90405, and 3000 31st Street, Santa Monica, CA 90405.

## JURISDICTION AND VENUE

9.    This Court has exclusive subject matter jurisdiction over the patent infringement claims in

this case under 28 U.S.C. §§ 1331 and 1338.

10.    The Court also has supplemental jurisdiction over all claims other than the patent infringement claims in this case under 28 U.S.C. § 1367(a), including over Count X (declaratory judgment that Dolby has complied with its RAND commitments).  An actual controversy over all counts exists between the parties to this case.

11.    This Court has general personal jurisdiction over Snap Inc. by virtue of Snap Inc.'s incorporation in Delaware.  Snap has appointed a registered agent for service of process: Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware, 19749.

12.    This Court has specific personal jurisdiction over Snap because Snap has, directly and/or through agents and/or intermediaries, committed acts and continues to commit acts of patent infringement, including within Delaware, giving rise to this action and has established minimum contacts with Delaware such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

13.    Snap, among other things, uses the infringing Accused Services to decode videos submitted to the Snapchat platform from submitters around the world, including in Delaware; to encode those videos in suitable formats for distribution; and to place one or more encoded video bitstreams into the stream of commerce over the internet with the knowledge and/or understanding that such Accused Services were being utilized for the purpose of offering services and videos in Delaware.

14.    On information and belief, Snap regularly conducts and has conducted business in Delaware and purposefully avails itself of the privileges of conducting business in Delaware.  On information and belief, Snap, and/or its agents and/or intermediaries, makes, uses, imports, offers for sale, sells, and/or advertises its products and affiliated services in Delaware, sufficient to give rise to jurisdiction.

3

15.    On information and belief, Snap derives and has derived substantial revenue from the Accused Services within Delaware, and/or expects or should reasonably expect its actions to have consequences in Delaware.

16.    Snap's infringing activity has led to foreseeable harm and injury to Dolby.

17.    Venue is proper under 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b).  As set forth above, Snap has committed acts of infringement in this District and is incorporated in this District.

18.    This action involves several Delaware companies.  DVC is a wholly owned subsidiary of Dolby Laboratories, Inc. ("DLI"), which is also organized under the laws of Delaware.

## I.    DOLBY'S TECHNOLOGY

19.    Dolby is a leader in innovating and delivering cutting-edge technologies that enable the creative community and that empower artists and content distributors with new and improving ways to convey rich entertainment experiences to their audiences.

20.    From movies and TV shows, to apps, music, sports, and gaming, Dolby transforms the science of sight and sound into spectacular experiences for billions of people worldwide.  Dolby partners with creatives, developers, and businesses to revolutionize entertainment and communications with Dolby Atmos, Dolby Vision, Dolby Cinema, and Dolby OptiView.  Dolby invents and licenses advanced audio and imaging technologies to improve the ways people experience media and communicate with each other.  Each year, billions of devices and services rely on technologies supported through Dolby patent licensing.  By aligning standards and simplifying access, these technologies reach the market faster and work more seamlessly across platforms and products worldwide.

21.    Dolby, along with its parent company, holds over 22,000 patents worldwide.  This includes a large portfolio of patents relating to video coding.

## II.    SNAP'S USE OF VIDEO CODING

4

22.    Snap describes itself as a camera company focused on visual communication.  Its core product, Snapchat, is a mobile application known for its use of videos that can be posted and shared with friends and with the public.  Transmitting high-quality videos across digital networks is a core feature of Snapchat's success.

23.    Using the Snapchat app, a user can post a "Story", which is a photo or video shared for viewing by the user's friends, followers or public in the Snapchat app for a limited period of time, usually 24 hours.  When a user "posts" a Story, the video is first captured in digital form and initially compressed on the user's device by or at the direction of the Snapchat app for upload to Snap's servers. After a user's Story is received by Snap's backend servers, Snap uses one or more codecs (video coding specifications) to transcode (i.e., convert into digitally compressed variants) at different resolutions and bitrates (different versions of the Story optimized for different devices and network conditions).  When another user, follower, or the public attempts to view the posted Story, the server chooses the optimal variant based on the viewer's device capability and bandwidth.  Ex. 5, https://eng.snap.com/gpu_transcoding_at_scale, at 1.

24.    On information and belief, Snap decodes videos (including "Stories" and other posts) from the format used by the uploading user device and encodes the video into formats, such as H.264 (Advanced Video Coding, or AVC), H.265 (High Efficiency Video Coding, or HEVC) and AV1-compliant formats, used by other devices that view the video.  In doing so, Snap performs the patented technologies that underlie AVC, HEVC and AV1.  Snap states: "We want to deliver the best video quality while ensuring smooth playback experience. This means we need to leverage the most advanced codecs where we can.  HEVC (H265) allows us to deliver the same video quality with a smaller bitrate."  Ex. 5, https://eng.snap.com/gpu_transcoding_at_scale, at 1-2.

25.    Snap's testing shows that HEVC-compliant videos achieve both bitrate reduction and better

quality over H.264-compliant videos:



Ex. 5, https://eng.snap.com/gpu_transcoding_at_scale, at 2.

26. Snap's blog shows a visual example of video transcoded into HEVC, demonstrating visual

quality at approximately a 20% lower bitrate:



Ex. 5, https://eng.snap.com/gpu_transcoding_at_scale, at 3.

27.    AV1, a codec developed after HEVC was released, is also used by Snap.  *See* Ex. 6, https://eng.snap.com/snap-video-compression.  The AV1 specification was published in 2018 by the Alliance for Open Media (AOM), a consortium including major technology companies and is promoted as a royalty-free video codec.  Snap has joined the AOM as a "Promoter" to "support the development and adoption of AV1."  Ex. 7,  https://aomedia.org/press%20releases/snapinc-joins-the-alliance-for-open-media/.

28.    One source describes AV1 as follows: "Since 2013, the High Efficiency Video Coding (HEVC) standard has become the state-of-the-art solution for video compression . . . However, HEVC is expensive for commercial use, especially for video streaming companies, due to royalty distribution policies.  Aiming at this issue, the Alliance for Open Media (AOMedia) was founded with the goal of developing [purportedly] royalty-free video codecs, such as the recently launched AOMedia Video 1 (AV1)."  Ex. 8 (Borges) at 3571.

29.    However, AOM does not own all patents practiced by implementations of the AV1 codec. Rather, the AV1 specification was developed after many foundational video coding patents had already been filed, and AV1 incorporates technologies that are also present in HEVC.  Those technologies are subject to existing third-party patent rights and associated licensing obligations. Licensing obligations are not eliminated by the inclusion of patented video coding technology into AV1.

30.    As a result, implementations of AV1 practice intellectual property held by multiple licensors, as reflected by the formation of licensing programs such as the Sisvel AV1 Patent Pool and Access Advance's Video Distribution Patent Pool.

31.    Dolby is one such licensor. Dolby holds patents that are practiced by AV1 implementations.

32.    While Dolby contributed its inventions to the HEVC standard and licenses those

7

HEVC-essential patent claims through established patent pools on RAND terms, Dolby did not contribute its inventions to be incorporated into the AV1 specification or agree to any of AOM's policies. Accordingly, Dolby has made no contractual RAND commitment with respect to AV1. Dolby seeks injunctive relief against Snap's infringing decoding of AV1-compliant videos and encoding videos into AV1-compliant formats.

33.     While today Snap encodes a significant amount of its content into HEVC-compliant formats, Snap has a team that "focuses on optimizing video and audio quality through cutting-edge technologies such as AV1." Ex. 9 (Junhong Nie LinkedIn). Snap's mobile application accepts AV1-compliant videos, and Snap will decode and encode these videos into other formats for delivery and viewing across a range of devices.

34.     Snap's software further tracks whether AV1 decoding is supported on a given device to stream AV1 video when appropriate. For example, the source code for Snap's web app contains a flag "AV1_SOFTWARE_DECODING_SUPPORTED." Ex. 14 (Snap web source code) at 539.

35.     By the time AV1 was developed, HEVC had already been published and deployed in the market for years. Unsurprisingly, AV1 reuses concepts pioneered by HEVC. For example, engineering scholars have noted that both specifications are "based on the same hybrid block-based video-coding flow" and employ nearly the same approach to dividing images into coding units (CUs) and blocks. Ex. 8 (Borges) at 3572.



**Fig. 2**. Example of HEVC CTU (left) and AV1 SB (right) divided into CUs and blocks.

Ex. 8 (Borges) at 3572.

36.    Because the AV1 specification incorporates concepts from the HEVC standard, products implementing AV1 implicate patents held by others, including contributors to the HEVC standard. For example, Dolby's '272 Patent asserted in Count IV below covers technology used in both HEVC and AV1.

37.    Even though Snap acknowledges that it "need[s] to leverage the most advanced codecs," Ex. 5 at 1, Snap has not obtained the patent licenses required for Snap to lawfully do so.  Dolby therefore seeks relief for Snap's continued unlicensed use of Dolby's patented technology.

## III.    THE ITU'S COMMON PATENT POLICY

38.    The International Telecommunication Union (ITU) is a specialized agency of the United Nations responsible for coordinating global issues related to information and communication technologies. It was originally established in 1865 to manage international telegraph networks and has since evolved into a central body for modern telecommunications and digital infrastructure.

39.    The ITU brings together governments, private companies, and technical experts to develop international standards, allocate radio spectrum, and improve global connectivity. One of its sectors,

9

known as ITU-T, develops technical standards (called "Recommendations") to ensure global interoperability of communication systems.

40.    Part of the ITU-T's work involves development of video coding standards.  One of its video coding standards, H.264, also known as Advanced Video Coding or AVC, was published in 2003. After overseeing the development of H.264, the ITU-T went on to develop H.265, or "High Efficiency Video Coding" (HEVC).  H.265 is a newer standard that provides more efficient coding than H.264.

41.    The ITU has a Common Patent Policy regarding the contributions that are ultimately included in a Recommendation and may be covered by one or more patent claims.

42.    The ITU summarized its patent policy as follows:

> 1. The ITU Telecommunication Standardization Bureau (TSB), the ITU Radiocommunication Bureau (BR) and the offices of the CEOs of ISO and IEC are not in a position to give authoritative or comprehensive information about evidence, validity or scope of patents or similar rights, but it is desirable that the fullest available information should be disclosed. Therefore, any party participating in the work of ITU, ISO or IEC should, from the outset, draw the attention of the Director of ITU-TSB, the Director of ITU-BR, or the offices of the CEOs of ISO or IEC, respectively, to any known patent or to any known pending patent application, either their own or of other organizations, although ITU, ISO or IEC are unable to verify the validity of any such information.
>
> 2. If a Recommendation | Deliverable is developed and such information as referred to in paragraph 1 has been disclosed, three different situations may arise:
>
>> 2.1 The patent holder is willing to negotiate licences free of charge with other parties on a non-discriminatory basis on reasonable terms and conditions. Such negotiations are left to the parties concerned and are performed outside ITU-T/ITU-R/ISO/IEC.
>>
>> 2.2 The patent holder is willing to negotiate licences with other parties on a non-discriminatory basis on reasonable terms and conditions. Such negotiations are left to the parties concerned and are performed outside ITU-T/ITU-R/ISO/IEC.
>>
>> 2.3 The patent holder is not willing to comply with the provisions of either paragraph 2.1 or paragraph 2.2; in such case, the Recommendation | Deliverable shall not include provisions depending on the patent.
>
> 3. Whatever case applies (2.1, 2.2 or 2.3), the patent holder has to provide a written statement to be filed at ITU-TSB, ITU-BR or the offices of the CEOs of ISO or IEC, respectively, using the appropriate "Patent Statement and Licensing Declaration" form. This statement must not include additional provisions, conditions, or any other exclusion clauses in excess of what is provided for each case in the corresponding boxes of the form.

Ex. 10 (Common Patent Policy), https://www.itu.int/en/ITU-T/ipr/Pages/policy.aspx.

43.    According to the ITU's Guidelines for implementation of its patent policy, a declaration "declares the willingness to license in case part(s) or all of any proposals contained in contributions submitted by the organization are included in ITU-T Recommendation(s) and the included part(s)

contain items that have been patented or for which patent applications have been filed and whose use would be required to implement ITU-T Recommendation(s)." Ex. 11 (Patent Policy Guidelines) at 3.

44.     Dolby has committed that it is prepared to grant licenses for implementations of the H.264 and H.265 Standards to any patent claims essential to the H.264 or H.265 Standards on reasonable and non-discriminatory (RAND) terms and conditions as set forth in the ITU Common Patent Policy. Consistent with the ITU Common Patent Policy, Dolby and the contributors from which the patents-in-suit originated, including Fraunhofer, submitted Patent Statement and Licensing Declarations to the ITU.

### IV.     LICENSE OFFERS TO SNAP

45.     Patent pools are cooperative licensing arrangements where patent holders aggregate their patents and license them collectively — through a single licensing framework — to one another or to third parties. By consolidating access to otherwise fragmented patent portfolios, patent pools reduce transaction costs, eliminate the need for licensees to negotiate separately with each individual patent holder, and allow for a single, aggregate royalty rate to be distributed equitably among pool members. These efficiencies promote the widespread adoption of technical standards, facilitate downstream innovation by lowering barriers to market entry, and encourage the diffusion of technology across industries, ultimately benefiting consumers through greater product interoperability, reduced costs, and increased competition.

46.     Consistent with these market benefits, Dolby offers licenses to its patents at reasonable rates through Access Advance's Video Distribution Patent ("VDP") pool, which includes the patents-in-suit as well as other patents from Dolby Video Compression, LLC, Dolby International AB, Dolby Laboratories Licensing Corporation, and others.  On information and belief, on August 13, 2025, Access Advance contacted Snap via e-mail and invited it to license Access Advance's Video

11

Distribution Patent ("VDP") pool, including patents-in-suit. On information and belief, on November 21, 2025, Access Advance sent Snap a patent chart which included HEVC and VVC assets. On information and belief, on March 18, 2026, Access Advance sent Snap a patent chart which included AV1 assets.

47.     On information and belief, Access Advance's patent charts identified patents included in the VDP pool, including Dolby patents, and exemplary sections of the HEVC standard (and of the AV1 specification) to which those patents relate. On information and belief, Access Advance also directed Snap to information describing the terms and pricing for a VDP license.

48.     On information and belief, on November 24, 2025, Access Advance and Snap held a telephone call, and on the call itself, Access Advance explained the royalty structure of the pool to Snap. Snap argued that the royalties were too high and that the company was close to signing another licensing deal for HEVC soon and could not conclude another license shortly afterwards. However, Snap expressly recognized that most of the video content currently on its platform was processed and transmitted in HEVC.

49.     On information and belief, on January 15, 2026, one day after having another telephone call on January 14, 2026 (in which Access Advance again explained the royalty structure and patent coverage of the pool), Access Advance sent an email with several documents for Snap's review, including a draft Pool License Agreement, an exemplary royalty calculation model for semi-annual royalties under the VDP Pool license for Snap, a presentation explaining the pool and its licensing terms, and an economic analysis (and executive summary thereof) explaining why the VDP Pool royalties are RAND.

50.     At this point in time, Snap had all information needed to start licensing discussions: a list of patents, including cross-reference to the standard to determine their technical relevance, a draft

12

license agreement, an explanation of the royalty calculation and a detailed explanation why those royalties are RAND.  Unfortunately, Snap did not engage in any meaningful negotiations.  Since Snap did not respond to Advance's last message, on information and belief, the pool sent a follow-up email to Snap on January 30, 2026, suggesting another phone call. In its response, Snap admitted that it had not reviewed the material provided by Advance.  Nonetheless, on information and belief, Snap complained that Advance's message had focused on VVC (Snap would have realized that this is incorrect, if they had read the material provided).  Furthermore, Snap asked whether there was an overlap between the VDP Pool and the HEVC device Pool.

51.     On information and belief, Advance sent an email on February 9, 2026, and answered Snap's request and inquiries in detail. In the email, Advance explained that the patents in the device and the content pool overlap substantially but not entirely and agreed to sign an NDA.  Advance also pointed out that the recently published rates of Avanci's HEVC pool for video content are substantially higher than those of Advance's VDP.  Again, Snap did not respond, and Advance had to send a reminder on February 25, 2026. On March 3, 2026, Snap finally sent a draft NDA and proposed another call.  Additional discussions by phone and email ensued, but Snap still did not accept the VDP license.

52.     On information and belief, Access Advance informed Snap on March 25, 2026, that Dolby had filed a lawsuit against Snap in Brazil to stop the infringement of their HEVC and AV1 patents. On information and belief, Snap responded two days later and told Access Advance that in the light of the pending litigation Snap would "pause" the communication with the pool.  On information and belief, Snap stated the following:

> "In light of the filing of these cases, you'll understand if we pause
> our discussions on the AA VDP pool for the time being.  Of course,
> we will continue to reach out if we have any questions."

53.     Since Snap's announcement to "pause" discussions with the pool, there has been no further

13

communication.  Dolby is left with no choice but to proceed with litigation to stop the continued infringement of its patents by Snap.

54.     Dolby has offered a license to the Patents-in-Suit under reasonable and non-discriminatory terms through the VDP pool.  Access Advance explained to Snap that the VDP Pool license was based on reasonable and non-discriminatory terms and provided an efficient licensing solution for Snap.  Access Advance further explained that, as an alternative, Snap could seek bilateral licenses from individual VDP Pool Licensors.

55.     Since the August 13, 2025, e-mail, Access Advance continued negotiating.  Snap did not accept the offer to license the VDP Pool and did not seek a bilateral license from Dolby for the patents-in-suit or any other patents practiced by Snap's video distribution systems and functionality.

56.     Dolby also offers licenses to its patents on reasonable and non-discriminatory terms through Via LA's AVC/H.264 pool, which includes U.S. Patent No. 8,798,173 as well as other patents.

57.     On information and belief, Via LA contacted Snap via e-mail on November 11, 2025, and informed Snap that it needed a license for its use of AVC technology in its streaming services. On information and belief, Via LA informed Snap that it could take a license through Via LA's AVC/H.264 pool or take bilateral licenses from licensors such as Dolby.

58.     Via LA further maintains a public website describing license fees and providing contact information.

59.     On information and belief, Snap did not respond to Via LA's November 11, 2025, email.

60.     Despite these efforts, Snap remains unlicensed.  Snap has continued to use Dolby's patented technology without paying any royalties.

61.     Snap's continued unlicensed use of Dolby's patents has prompted Dolby to bring this action.

### V.     **DOLBY'S ASSERTED PATENTS**

62.     Dolby complied with any applicable marking requirements under 35 U.S.C. § 287(a)

14

at least because the asserted claims do not require marking, and/or there is nothing to mark. Dolby is entitled to all rights to recover for present, past, and future infringement of each of the patents-in-suit. Dolby is entitled to recover to the full extent allowable under 35 U.S.C. §§ 284-287, including up to six years prior to the filing of the complaint. There is no marking issue under 35 U.S.C. § 287 or otherwise which would limit damages, and Dolby has complied with all relevant statutes for maximum recovery under the law.

63. Snap has known about most, if not all, of the Asserted Patents since at least November 24, 2023, as an HEVC Advance pool licensee. *See* Ex. 24, https://web.archive.org/web/20231124024701/https://accessadvance.com/hevc-advance-patent-pool-licensees/ (showing that at least as of November 24, 2023, Snap Inc. was an HEVC Advance pool licensee). The HEVC Advance pool patent list includes the '990, '193, '469, '368, '714, '883, and '173 Patents, as well as the patents from which the '272 and '535 Patents are continuations. https://accessadvance.com/hevc-advance-patent-list/.

### A.      U.S. Patent No. 10,855,990

64. DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 10,855,990 (the "'990 Patent"). The '990 Patent, entitled "Inter-plane prediction," issued on December 1, 2020, to inventors Martin Winken, Heiner Kirchhoffer, Heiko Schwarz, Detlev Marpe, and Thomas Wiegand. DVC owns all rights to the '990 Patent necessary to bring this action. The '990 Patent issued from U.S. Patent Application No. 15/195,266, filed on June 28, 2016, and is a continuation of PCT application PCT/EP2010/054840, filed on April 13, 2010. A true and correct copy of the '990 Patent is attached as Exhibit 1 and incorporated by reference herein.

65. The '990 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '990 Patent is directed to novel and unconventional improvements to prediction and reconstruction of video data in the field of digital video coding. The '990 Patent provides

improvements over prior prediction and video compression techniques that result in substantial benefits to prediction, video compression, video quality, and video playback.

66.    In video coding, pictures are divided into blocks, and coding parameters are provided for individual blocks. '990 Patent, 1:19-22. Because portions of images often look similar to other parts of the same image, or to prior frames in a video, prediction techniques including inter-frame (predicting based on a prior frame) or intra-frame (predicting based on other parts of the same frame) are used to reduce the amount of data required to encode a video. *Id*. at 1:33-35. In compressed video, parameters are used to specify how the prediction is to be performed. *Id*. at 1:40-46. For intra-frame prediction, for example, an "intra prediction mode" is used to specify how an intra prediction is to be generated (for example, by indicating which direction to look in to predict the contents of a block). *Id*. at 1:46-56, 41:65-66.

67.    Prior to the '990 Patent, video coding systems had the problem that "the bit rate that may be used for transmitting the prediction parameters for the blocks can become significant." *Id*. at 2:34-41. Usually, objects in a video have a unique texture or a unique motion, and would have the same prediction parameters for the whole object. *Id*. at 2:46-52. But because there were multiple blocks describing each object, the same or very similar prediction parameters would need to be coded many times over. *Id*. at 2:58-65. This redundant information became a significant part of the overall bit rate. *Id*. Thus, prior solutions were inefficient in coding video and used significant bandwidth and storage space to store redundant data.

68.    One example is for the coding of color planes. Images for compression are often represented using "luma" and "chroma". In conventional image and video coding standards such as H.264, the luma and chroma planes were typically coded together, and the same parameters such as prediction modes would be used for all color components of an image. *Id*. at 39:57-62.

69.    Switching from coding color planes together to independently coding color planes had the potential to increase efficiency.  "If the color planes are coded together, one set of subdivision and prediction parameters is used for all color components of a block. This ensures that the side information is kept small, but it can result in a reduction of the coding efficiency compared to an independent coding, since the usage of different block decompositions and prediction parameters for different color components can result in a smaller rate-distortion cost." *Id*. at 40:23-30.  On the other hand, "[i]f the color planes are coded independently, the coding parameters such as the block partitioning, the reference indices, and the motion parameters can be selected for each color component separately in order to optimize the coding efficiency for each color component." *Id*. at 40:34-39.

70.    However, in conventional systems, it was not feasible to independently code the color planes because it would have resulted in the coding of redundant information that outweighed any performance gain.  In conventional systems, when coding color planes independently, it was "not possible, to employ the redundancy between the color components." *Id*. at 40:39-40.  "The multiple transmissions of particular coding parameters does result in an increased side information rate (compared to the combined coding) and this increased side information rate can have a negative impact on the overall coding efficiency." *Id*. at 40:40-44.  "Also, the support for auxiliary sample arrays" in conventional standards like H.264 was "restricted to the case that the auxiliary sample arrays are coded using their own set of coding parameters." *Id*. at 40:44-48.  These technical challenges precluded taking advantage of any gains in efficiency from independently coding color planes.

71.    The '990 Patent overcame these technical challenges in the prior systems by inventing a way to efficiently reuse prediction parameters from one color component for use with another.  The '990

17

Patent employs the unconventional solution of using a parameter that specifies for each block whether to simply copy the prediction parameters from another component, or whether the prediction parameters are to be independently specified for the block being decoded. "The encoder can choose, for example based on a rate-distortion criterion, whether all or some of the sample arrays for a particular block are coded using the same coding parameters or whether different coding parameters are used for different sample arrays." *Id*. at 40:59-63. "This selection can also be achieved by signaling for a particular block of a sample array whether specific coding parameters are inferred from an already coded co-located block of a different sample array." *Id*. at 40:63-67, 63:42-64:22.

72.     This allows blocks to share some coding parameters, while separately transmitting others. *Id*. at 41:3-9. "For each block of a secondary plane group, it can be adaptively chosen whether a new set of selected coding parameters is transmitted or whether the selected coding parameters are inferred or predicted from the primary or another secondary plane group." *Id*. at 41:11-16. "The decisions of whether selected coding parameters for a particular block are inferred or predicted are included in the bitstream." *Id*. at 41:16-18.

73.     The '990 Patent's unconventional solution allows video coding systems to take advantage of redundancy in some situations but also allow separate prediction parameters to be specified in other situations. "The inter-plane prediction allows a greater freedom in selecting the trade-off between the side information rate and prediction quality relative to the state-of-the-art coding of pictures consisting of multiple sample arrays." *Id*. at 41:18-22. "The advantage is an improved coding efficiency relative to the conventional coding of pictures consisting of multiple sample arrays." *Id*. at 41:22-24.

74.     The '990 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in increased efficiency and improved video

18

playback. For example, the encoder can now decide for each coding block whether to reuse prediction parameters between color planes, resulting in greater efficiency through saved space, or whether a separate prediction parameter should be explicitly signaled, resulting in greater efficiency through better prediction. Conventional technology prior to the '990 Patent did not allow for this block-by-block flexibility.

75. The '990 Patent recognizes and solves these specific technological problems that plagued conventional technology at the time. The '990 Patent's ability to reuse prediction parameters for some blocks while explicitly specifying prediction parameters for other blocks was a significant advancement over existing technology.

76. The novel solution of the '990 Patent, which includes adaptively choosing whether a new set of selected coding parameters is transmitted or whether the selected coding parameters are inferred or predicted from another color plane, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry. Furthermore, the combination of elements, including coding a first intra coding parameter containing information related to the first color component is determined using one or more parameters including a second intra coding parameter associated with a second coding block; if the first information indicates that a coding parameter of the first coding block is determined using the one or more parameters associated with the second coding block, the second intra coding parameter associated with the second coding block is copied as the first intra coding parameter such that the first and second intra coding parameters are equal to reconstruct the first coding block; and if the first information does not indicate that a coding parameter of the first coding block is determined using the one or more parameters associated with the second coding block, such that the at least one coding parameter is independent of the one or more parameters associated with the second coding

block, was not well-understood, routine, or conventional.

77.     DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '990 Patent at least because the asserted claims of the '990 Patent include method claims that do not require marking and/or there is nothing to mark.

### B.     U.S. Patent No. 9,924,193

78.     DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 9,924,193 (the "'193 Patent"). The '193 Patent, entitled "Picture coding supporting block merging and skip mode," issued on March 20, 2018, to inventors Heiko Schwarz, Heiner Kirchhoffer, Philipp Helle, Simon Oudin, Jan Stegemann, Benjamin Bross, Detlev Marpe, and Thomas Wiegand. DVC owns all rights to the '193 Patent necessary to bring this action.   The '193 Patent issued from U.S. Patent Application No. 13/875,779, filed on May 2, 2013, and is a continuation of PCT application PCT/EP2010/069408, filed on November 4, 2011. A true and correct copy of the '193 Patent is attached as Exhibit 2 and incorporated by reference herein.

79.     The '193 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '193 Patent is directed to novel and unconventional improvements to the process of video coding. The '193 Patent provides improvements over prior video coding techniques that result in substantial benefits to video compression, video quality, and video playback.

80.     Video codecs divide pictures into blocks of varying sizes in order to compromise between setting prediction parameters set at a high spatial resolution, and lower spatial resolution. '193 Patent at 1:19-30. Providing parameters at a high resolution allows for more accurate predictions but consumes more bits of side information. *Id*. In contrast, parameters set at a lower spatial resolution, which may be coded with fewer bits, but sometimes will provide a less accurate prediction and require more bits of residual information to be encoded to correct these inaccuracies. *Id*.

81.     One technique to address this problem is merging of blocks. *Id*. at 1:42-52. "In order to

enable a better tradeoff between the amount of side information necessitated in order to signalize the picture subdivision on the one hand and the freedom in subdividing the picture on the other hand, merging of blocks may be used in order to increase the number of possible picture subdivisionings at a reasonable amount of additional data necessitated in order to signalize the merging information." *Id*. at 1:42-48. "For blocks being merged, the coding parameters need to be transmitted within the bitstream in full merely once, similarly as if the resulting merged group of blocks was a directly subdivided portion of the picture." *Id*. at 1:48-52.

82.     Another technique to increase the efficiency of encoding picture content is called skip mode. *Id.* at 1:53-57. Skip mode "enabl[es] the encoder to refrain from transmitting the residual data of a certain block to the decoder." *Id*. "That is, the skip mode is a possibility to suppress residual data transmission for certain blocks." *Id*. at 1:57-59. "The ability to suppress the transmission of residual data for certain blocks results in a broader granularity interval for encoding the coding/prediction parameters within which an optimum tradeoff between coding quality on the one hand and total bit rate spent on the other hand may be expected: naturally, increasing the spatial resolution of the encoding of the coding/prediction parameters results in an increase of the side information rate while decreasing, however, the residuum thereby lowering the rate necessitated to encode the residual data." *Id*. at 1:59-2:1. "However, due to the availability of the skip mode, it may be favorable to obtain an abrupt coding rate saving by merely moderately further increasing the granularity at which the coding/prediction parameters are transmitted so that the residuum is so small that a separate transmission of the residuum may be left away." *Id*. at 2:1-7.

83.     Prior to the '193 Patent, if video coding systems tried to use *both* block merging and skip mode, it would result in "redundancies newly caused by the combination of block merging and skip mode usage." *Id*. at 2:8-10. Prior systems did not address these redundancies, resulting in less

efficient coding of video.

84.    Providing separate flags to signal block merging and skip mode required extra bits that were in many cases redundant.  The '193 Patent, in contrast, allowed for both to be signaled with a single syntax element.  "One possible state of one or more syntax elements within the bitstream may signalize for a current sample set of a picture that the sample set is to be merged and has no prediction residual encoded and inserted into the bitstream."  *Id.*, Abstract.

85.    The '193 Patent overcame these technical challenges in the prior systems by inventing a common flag to signal, in certain cases, that both block merging and skip mode are to be used.  "A common flag may signalize whether the coding parameters associated with a current sample set are to be set according to a merge candidate or to be retrieved from the bitstream, and whether the current sample set of the picture is to be reconstructed based on a prediction signal depending on the coding parameters associated with the current sample set, without any residual data, or to be reconstructed by refining the prediction signal depending on the coding parameters associated with the current sample set by means of residual data within the bitstream."  *Id.*, Abstract.  The '193 Patent employs the unconventional solution of providing a flag that indicates *both* merging and skip mode are to be used.  This allows for more efficient coding of merge and skip information.

86.    The '193 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in increased efficiency and improved video playback.  For example, the encoder can now indicate that a block is being merged and uses skip mode by using a single flag.

87.    Conventional technology prior to the '193 Patent was not capable of the same efficiency. Conventional video coding systems treated block merging and skip mode separately and did not allow for a single flag to indicate both.

88.    The '193 Patent recognizes and solves these specific technological problems that plagued the conventional technology at the time.  The '193 Patent's ability to signal the use of both block merging and skip mode with a single flag was a significant advancement over existing technology.

89.    The novel solution of the '193 Patent, which includes signaling the use of both block merging and skip mode with a single flag, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry.  Furthermore, the combination of elements, including coding first information that indicates both that (1) the coding block is to be reconstructed based on one or more coding parameters of a merge candidate coding block and (2) the coding block is to be reconstructed without residual data; coding, in the first state, the merge candidate coding block and its associated coding parameters; and coding, in the second state, information indicating that the coding block is to be reconstructed using at least one coding parameter coded in the data stream, and a set of coding parameters associated with another merge candidate coding block and residual data for the coding block, was not well-understood, routine, or conventional.

90.    DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '193 Patent at least because the asserted claims of the '193 Patent include method claims that do not require marking and/or there is nothing to mark.

### C.    U.S. Patent No. 9,596,469

91.    DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 9,596,469 (the "'469 Patent").  The '469 Patent, entitled "Sample array coding for low-delay," issued on March 14, 2017, to inventors Valeri George, Anastasia Henkel, Heiner Kirchhoffer, Detlev Marpe, and Thomas Schierl.  DVC owns all rights to the '469 Patent necessary to bring this action.  The '469 Patent issued from U.S. Patent Application No. 14/141,374, filed on December 26, 2013, and is a continuation of PCT application PCT/EP2012/063929, filed on July 16, 2012.  A true and

23

correct copy of the '469 Patent is attached as Exhibit 3 and incorporated by reference herein.

92.    The '469 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '469 Patent is directed to novel and unconventional improvements to the process of video coding. The '469 Patent provides improvements over prior video coding techniques that result in substantial benefits to video compression, video quality, and video playback.

93.    Conventional video coding systems have spatial dependencies. '469 Patent at 1:26-27. Decoding one part of an image relies on information from previously decoded parts of the image. *Id*. at 1:27-30. Critical concepts in video coding like motion vector prediction, intra prediction, and other parts of video coding systems rely on the fact that another part of the image that has already been decoded can help predict what will be in the part of the image that is currently being decoded. *Id*. The adaptation of CABAC probability between coding units also can have spatial dependencies. *Id*. at 1:24-27.

94.    Computer systems, however, often use a multiple-core architecture, where different cores can work in parallel on the same task. *Id*. at 1:20-21. Thus, "[p]arallelization of encoder and decoder is very important due to the increased processing requirements by the HEVC standard as well as by the expected increase of video resolution." *Id*. at 1:17-20. If different cores of a processor are working on different parts of an image, one core may not be able to encode or decode its part of the image because the other cores have not yet encoded or decoded another part of the image on which the first part relies. Yet for high-resolution videos like 4K videos, and for efficient video coding standards that require significant processing power, the ability to process in parallel can be critical to having sufficient throughput to process the video and to reducing the latency in encoding or decoding videos.

95.    An invention of the '469 Patent, relates to "wavefront parallel processing," a technique to

24

allow images to be encoded and decoded in parallel. *Id*. at 1:34-35. "Wavefront parallel processing" allowed parallel processing of rows of chunks in "wavefront" style, where each row could be decoded by a separate processor, and decoding of a given chunk in a given row could proceed once the processing of the row above had proceeded to the chunk immediately above and to the right of the given block.



*Id*., Fig. 16.

96.     An inherent challenge with parallelizing image coding is that processing an image in parallel risks efficiency loss, because encoders and decoders may not be able to take advantage of certain types of prediction and redundancy in pictures. For example, an encoder or decoder cannot update probabilities based on the coding in a previous block unless the coding in that block has been completed. The '469 Patent's invention was designed to "lower the coding efficiency loss and thus reduce the burden on the bitstream for parallelization approaches in encoder and decoder" and to correct the problem that "low-delay processing was not possible with the available techniques." *Id*. at 1:35-43.

97.     For example, probability estimations in conventional video coding systems updated probability estimations as decoding proceeded sequentially throughout the entire image. This does

25

not allow for parallel processing, since the probability model must be updated for all previous blocks before any given block can be decoded.

98.    The '469 Patent overcame these technical challenges in the prior systems by inventing a new system for decoding video allowing efficient decoding with reduced spatial dependency.  The '469 Patent employs an unconventional method of probability estimation to encode and decode each entropy slice.  This allows the video coding system to operate in parallel with greatly increased performance.

99.    The '469 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in increased resiliency and improved video playback.  For example, the system can now encode and decode video in parallel without a significant loss in quality, bitrate, or efficiency.

100.    Conventional technology prior to the '469 Patent was not capable of this parallelization.  The '469 Patent recognizes and solves these specific technological problems that plagued the conventional technology at the time.  The '469 Patent's ability to parallelize video coding without a significant loss in efficiency, was a significant advancement over existing technology.

101.    The novel solution of the '469 Patent, which enables efficient parallelization in video coding, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry.  Furthermore, the combination of elements, including for example performing entropy encoding along a respective entropy coding path using respective probability estimations; adapting those estimations using a previously encoded part of the respective entropy slice; encoding slices sequentially using an entropy slice order; encoding a slice based on the probability estimations adapted using the previously encoded part of the slice and probability estimations as used in the entropy encoding of a spatially neighboring

26

preceding entropy slice at a neighboring part of the spatially neighboring preceding entropy slice; the arrangement of entropy slices in rows and columns; and initializing the probability estimations, was not well-understood, routine, or conventional.

102.   DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '469 Patent at least because the asserted claims of the '469 Patent include method claims that do not require marking and/or there is nothing to mark.

### D.       U.S. Patent No. 10,404,272

103.   DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 10,404,272 (the "'272 Patent"). The '272 Patent, entitled "Entropy encoding and decoding scheme," issued on September 3, 2019, to inventors Detlev Marpe, Tung Nguyen, Heiko Schwarz, and Thomas Wiegand. DVC owns all rights to the '272 Patent necessary to bring this action.  The '272 Patent issued from U.S. Patent Application No. 16/198,338, filed on November 21, 2018, and is a continuation of a series of applications including PCT application PCT/EP2012/050431, filed on January 12, 2012. The application also claims priority to provisional application No. 61/432,884, filed on January 14, 2011. A true and correct copy of the '272 Patent is attached as Exhibit 4 and incorporated by reference herein.

104.   The '272 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '272 Patent is directed to novel and unconventional improvements to the process of video coding. The '272 Patent provides improvements over prior video coding techniques that result in substantial benefits to video compression, video quality, and video playback.

105.   In video coding, the pictures of a video sequence are usually decomposed into blocks. '272 Patent at 63:39-40. These blocks, or the color components of the blocks, are predicted by either motion compensated prediction or intra prediction. *Id*. at 63:40-42.  "The difference between the original blocks or the colour components of the original blocks and the corresponding prediction

27

signals, also referred to as the residual signal, is usually transformed and quantized." *Id*. at 64:5-8. "A two-dimensional transform is applied to the residual signal and the resulting transform coefficients are quantized." *Id*. at 64:8-10.

106.    Prior to the '272 Patent, entropy coding was traditionally used to transmit the resulting quantized transform coefficients. *Id*. at 64:23-26.  In H.264/AVC, a variety of syntax elements were used to describe the transform coefficients, and "all syntax elements for the transform coefficient levels are coded using a binary probability modelling." *Id*. at 65:42-44.  Non-binary syntax elements—those that can have more values than just zero or one—are "first binarized, i.e., . . . mapped onto a sequence of binary decisions (bins), and these bins are sequentially coded." *Id*. at 65:44-47.  "Each coded bin (including the binary syntax elements) is associated with a context." *Id*. at 65:50-51. "A context represents a probability model for a class of coded bins." *Id*. at 65:51-52. "A measure related to the probability for one of the two possible bin values is estimated for each context based on the values of the bins that have been already coded with the corresponding context." *Id*. at 65:52-56.  "For several bins related to the transform coding, the context that is used for coding is selected based on already transmitted syntax elements or based on the position inside a block." *Id*. at 65:56-59.

107.    Because there are a large range of possible values for transform coefficients, however, a large number of bins are required to code data in this way.  This not only increases the computation complexity of video coding but also impacts compression efficiency.

108.    Other methods for encoding data, such as Exponential-Golomb codes, existed and provided a lower-complexity option. *Id*. at 68:34-39.  However, using Exponential-Golomb codes to encode the transform coefficients would not have been feasible because they are less efficient in many circumstances.

109. Existing video coding systems needed the performance benefits of the most compression-efficient entropy codes but suffered a large increase in complexity because of the large range of values that could occur in transform coefficients.

110. The '272 Patent overcame these technical challenges in the prior systems by inventing a partitioning system. The '272 Patent employs the unconventional solution of partitioning: using one type of coding to encode smaller values, and if that coding indicates that the value is larger than a threshold, another type of coding is used to indicate how much larger the value is. *Id.* at 68:13-33. With partitioning, different ranges of values can be represented using different coding techniques. This allows for a reduced-complexity system that nonetheless provides efficient compression.

111. The '272 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in increased resiliency and improved video playback. For example, the encoder can now use the most efficient coding to represent small transform coefficients, which are the most common, while using other coding techniques to represent larger transform coefficients. This allows the encoder "to achieve a better tradeoff between coding complexity on the one hand and compression efficiency on the other hand," and a "better compression efficiency per se, at a moderate coding complexity." '272 Patent at 2:39-48.

112. Conventional technology prior to the '272 Patent was not capable of this type of partitioning and instead required a large number of bins to represent transform coefficients. The '272 Patent recognizes and solves these specific technological problems that plagued the conventional technology at the time. The '272 Patent's ability to partition transform coefficients to use different coding schemes was a significant advancement over existing technology.

113. The novel solution of the '272 Patent, which includes this partitioning, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and

conventional activities previously known to the industry.  Furthermore, the combination of elements, including a sequence of syntax elements having a value range which is sub-divided into a plurality of disjoint portions, related to level values of transform coefficients of a transform coefficient block; decomposing each syntax element into a corresponding set of source symbols based on a portion of the plurality of disjoint portions associated with the syntax element; receiving and sub-dividing the sequence of source symbols; and encoding source symbols of one sequence using arithmetic context-based entropy coding and source symbols of the other sequence using Exp-Golomb coding, was not well-understood, routine, or conventional.

114.    DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '272 Patent at least because there is nothing to mark.

### E.    U.S. Patent No. 9,894,368

115.    DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 9,894,368 (the "'368 Patent").  The '368 Patent, entitled "Coding of Significance Maps and Transform Coefficient Blocks" issued on February 13, 2018, to inventors Heiner Kirchhoffer, Heiko Schwarz, Tung Nguyen, Detlev Marpe, and Thomas Wiegand.  DVC owns all rights to the '368 Patent necessary to bring this action.   The '368 Patent issued from U.S. Patent Application No. 13/648,538, filed on October 10, 2012, and is a continuation of PCT application PCT/EP2011/055644, filed on April 11, 2011.  The '368 Patent additionally claims priority from European Application No. 10159766.4, filed on April 13, 2010, and PCT application PCT/EP2010/054822, filed on April 13, 2010.  A true and correct copy of the '368 Patent is attached as Exhibit 25 and incorporated by reference herein.

116.    The '368 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '368 Patent is directed to novel and unconventional improvements to the entropy encoding of transform coefficients in the field of digital video coding.  The '368 Patent provides

30

improvements over prior entropy encoding schemes that result in substantial benefits to efficiency and bitrate.

117.    In video coding, pictures of a video sequence are divided into blocks. '368 Patent at 1:24-25.  Blocks can be predicted by motion-compensated prediction or intra prediction, and all samples of a block can be predicted using the same set of prediction parameters. *See id.* at 1:25-27, 1:29-36. In motion-compensated prediction, these prediction parameters can be represented by displacement vectors with horizontal and vertical components. *Id.* at 1:36-39.  The difference between the original block and prediction signal, called the residual signal, is transformed by the application of a two-dimensional transform and quantized. *Id.* at 1:58-63.  The resulting quantized transform coefficients are then transmitted using entropy coding techniques. *Id.* at 2:7-9.  A block of transform coefficients is processed in order, often using a zig-zag scan. *Id.* at 2:9-12.  Typically, many transform coefficient levels are zero valued. *Id.* at 19-20.

118.    The patent describes that coding of transform coefficient levels involves a coded binary-valued significance map that specifies which of the transform coefficient levels have non-zero values. The syntax element significant_coeff_flag represents whether a given transform coefficient level has a zero or non-zero value. *Id.* at 2:24-35, 2:40-44. As the patent describes, in a 4x4 block, each significant_coeff_flag is associated with its own context. *Id.* at 3:22-23.  In other words, a separate context is used for each scan position for each significant_coeff_flag in a significance map. *Id.* at 3:35-39. For 8x8 blocks, "the same context model is used for four successive scan positions." *Id*. at 3:40-43.  A context represents a probability model for a class of coded bins and is used for CABAC (context-adaptive binary arithmetic coding) entropy coding. *Id.* at 3:23-24, 3:34-35.

119.    For large block sizes, this approach has disadvantages—when each scan position is associated with a separate context model, the number of context models can be large, which results

in a slow adaptation of probability estimates and inaccuracy of probability estimates. This has a negative impact on coding efficiency. *Id.* at 3:44-53.

120.   The '368 Patent overcame these technical challenges by inventing an improved system by which contexts are selected that apply to significance maps of transform coefficients. The '368 Patent employs the unconventional solution of selecting contexts based on a combination of the scan order and a number of previously-decoded syntax elements indicating significant coefficients in the neighborhood of the current coefficient. *See id.* at 31:4-14. This improves coding efficiency.

121.   The inventors of the '368 Patent recognized that significant transform coefficients "mostly form clusters at a certain side of the transform coefficient block corresponding to either non-zero frequencies in the vertical and low frequencies in the horizontal direction or vice versa." *Id.* at 13:21-27. The '368 Patent provided a more adaptive mechanism for selection of contexts, taking advantage of the clustering of significant transform coefficients.

122.   The '368 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in greater efficiency in coding video. For example, the encoder may individually select contexts for each syntax element indicating whether a coefficient is significant based on the number of significant transform coefficients in the neighborhood, which enables more efficient video coding. *Id.* at 14:20-33.

123.   Conventional technology prior to the '368 Patent was not capable of this type of context selection and, as the patent describes, instead either bypassed context selection altogether, used separate contexts for each syntax element indicating a significant transform coefficient, or used the same context for four successive scan positions. *Id.* at 2:17-33, 3:35-43. The '368 Patent recognizes and solves the specific technological problems that plagued conventional technology at the time. The '368 Patent's ability to choose contexts based on a combination of position in scan order and a

number of previously decoded syntax elements indicating significant coefficients in the neighborhood of the current coefficient was a significant advancement over existing technology.

124.    The novel solution of the '368 Patent was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry.  Furthermore, the combination of elements, including coding into the data stream based on context-adaptive entropy coding (1) syntax elements indicating whether a significant transform coefficient is situated at that position and (2) syntax elements related to the value of the significant transform coefficient situated at that position; coding of the indication syntax element in a scan order; and using contexts which are selected for the indication syntax elements according to a combination of the scan order and a number of positions of the significant transform coefficients within the block in a neighborhood of the indication syntax element, was not well-understood, routine, or conventional.

125.    DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '368 Patent at least because there is nothing to mark.

**F.    U.S. Patent No. 11,734,714**

126.    DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 11,734,714 (the "'714 Patent").  The '714 Patent, entitled "Region merging and coding parameter reuse via merging," issued on August 22, 2023, to inventors Philipp Helle, Simon Oudin, Martin Winken, Detlev Marpe, and Thomas Wiegand.  DVC owns all rights to the '714 Patent necessary to bring this action.   The '714 Patent issued from U.S. Patent Application No. 17/346,904, filed on June 14, 2021, and is a continuation of PCT application PCT/EP2011/055795, filed on April 13, 2011. The '714 Patent further claims priority to PCT application PCT/EP2010/054833, filed on April 13, 2010, and to EP 10159799, also filed April 13, 2010.  A true and correct copy of the '714 Patent is attached as Exhibit 26 and incorporated by reference herein.

127.    The '714 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '714 Patent is directed to novel and unconventional improvements to prediction and reconstruction of video data in the field of digital video coding.   The '714 Patent provides improvements over prior prediction and video compression techniques that result in substantial benefits to video compression, video quality, and video playback.

128.    In video coding, "the pictures or particular sets of sample arrays for the pictures are usually decomposed into blocks, which are associated with particular coding parameters." '714 Patent, 1:26-29.  However, "the possibilities for sub-dividing a picture (or a plane group) into blocks that are provided by the syntax are very limited." '714 Patent, 2:28-30.  "Usually, it can only be specified whether and (potentially how) a block of a predefined size can be sub-divided into smaller blocks." '714 Patent, 2:30-32.

129.    Prior to the '714 Patent, video coding systems had the problem that "the bit rate . . . for transmitting the prediction parameters for the blocks can become significant."  *Id.* at 2:41-48. Usually, objects in a video have a unique texture or a unique motion and would have the same prediction parameters for the whole object.  *Id.* at 2:55-59.  But because there were multiple blocks describing each object, the same or very similar prediction parameters would need to be coded many times over.  *Id.* at 2:65-3:5.  This redundant information became a significant part of the overall bit rate.  *Id.*  Thus, prior solutions were inefficient in coding video and used significant bandwidth and storage space to store redundant data.

130.    The '714 Patent overcame these technical challenges in the prior systems by inventing a new way to merge blocks together.  "A favorable merging or grouping of simply connected regions into which the array of information samples is sub-divided, is coded with a reduced amount of data." *Id.*, Abstract.  In one embodiment, a set of candidate blocks with which merger could potentially increase

34

efficiency is determined. *Id*. at 33:15-34:9. A merge flag is signaled to indicate whether merging is to be performed. *Id*. at 33:57-63. If merging is to be performed, and there is more than one candidate, then additional information is signaled to indicate which candidate is to be merged. *Id*. at 33:63-34:8. The prediction parameters of the selected merge block are then used for the current block. *Id*. at 34:8-9. Such an inference "can consist of a simply copying of the corresponding coding parameters or an adaptation of the coding parameters taken into account differences between the current" and reference parameters. *Id*. at 44:13-16.

131. The '714 Patent's unconventional solution allows video coding systems to take advantage of redundancy by merging blocks together and by determining which merge candidates are best to use. *Id*. at Abstract, 33:15-34:9. The '714 Patent therefore provides a specific technological improvement to the functionality and capabilities of video coding technology that results in increased efficiency and improved video playback. For example, the encoder can now merge blocks efficiently when it would be favorable to do so, resulting in greater efficiency through saved space, while continuing to separately code blocks in other situations, resulting in greater efficiency. Conventional technology prior to the '714 Patent did not allow for this flexibility.

132. The '714 Patent recognizes and solves these specific technological problems that plagued conventional technology at the time. The '714 Patent's ability to merge blocks, to code information about the merging, and to determine coding parameters by copying or computing from the other block in this way was a significant advancement over existing technology.

133. The novel solution of the '714 Patent, which includes using a merge indicator and candidate identifier and deciding to copy or compute parameters, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry. Furthermore, the combination of elements, including dividing into

regions, encoding a merge indicator, encoding a candidate identifier, determining whether the region is to be reconstructed by copying or computing the parameter, copying or computing the parameter, and encoding coding parameters, was not well-understood, routine, or conventional.

134.    DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '714 Patent at least because there is nothing to mark.

### G.    U.S. Patent No. 9,729,883

135.    DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 9,729,883 (the "'883 Patent").   The '883 Patent, entitled "Entropy coding of motion vector differences," issued on August 8, 2017, to inventors Valeri George, Benjamin Bross, Heiner Kirchhoffer, Detlev Marpe, Tung Nguyen, Matthias Preiss, Mischa Siekmann, Jan Stegemann, and Thomas Wiegand.  DVC owns all rights to the '883 Patent necessary to bring this action.  The '883 Patent issued from U.S. Patent Application No. 15/238,523, filed on August 16, 2016, and is a continuation of U.S. Patent Application No. 14/108,108, filed on December 16, 2013, which is a continuation of PCT application PCT/EP2012/061613, filed on June 18, 2012, which claims priority from Provisional Application No. 61/508,506, filed on July 15, 2011.  A true and correct copy of the '883 Patent is attached as Exhibit 27 and incorporated by reference herein.

136.    The '883 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '883 Patent is directed to novel and unconventional improvements to the process of video coding.  The '883 Patent provides improvements over prior video coding techniques that result in substantial benefits to video compression, video quality, and video playback.

137.    In video coding, there is a balancing act between achieving a high compression efficiency whilst maintaining a high level of reconstructed picture quality and doing so without excessive computational complexity.

138.    In order to reduce the amount of data that has to be transmitted, video codecs utilize motion-

36

compensated prediction to predict picture content, which draws upon motion vectors associated with blocks. '883 Patent at 1:19-43. In order to further reduce the amount of data, the motion vectors themselves are subject to prediction by way of motion vector differences which represent the motion vector prediction residuum. *Id.* These can be encoded, in an H.264-compliant bitstream for example, by binarizing the motion vector differences into bin strings corresponding to a combination of a truncated unary code up to a certain cutoff value, and thereafter an exponential Golomb code. *Id.*

139. In conventional systems, however, a problem emerges with the above when there are a high number of contexts for the first group of bins. Providing a high number of contexts not only increases coding complexity, but it may also negatively affect the coding efficiency. When too many contexts are provided, each individual context is visited too rarely during the entropy coding process, which prevents the adaptive probability estimates from converging to the true symbol statistics. *Id.* at 1:44-49. Consequently, the probability estimations do a poor job of estimating the actual symbol statistics. *Id.* at 1:50-51. Further, if there are several contexts provided for a given bin, then the decoder may need to inspect data from neighboring blocks before it can begin to decode the current block's motion vector differences. *Id.* at 1:51-55. Conversely, if the number of contexts provided is too low, "bins of highly varying actual symbol statistics are grouped together within one context" and as a result, "the probability estimation associated with that context fails to effectively encode the [associated] bins." *Id.* at 1:55-60.

140. The '883 Patent overcame these issues by inventing techniques that mitigate the problems associated with the above binarization process.

141. For example, assigning one context per bin position mitigates the issue of context dilution because, by collapsing the contexts down to just one per bin position, each context is visited with sufficient frequency for the probability adaptation to work effectively, leading to more accurate

probability estimates. *See id.* at 1:44-60, 3:47-64. Further increasing prediction accuracy is use of a shared context for the horizontal and vertical components of motion vector differences. *Id.* at 1:66-2:28. This increases the visitation rate for each context compared to an approach that maintains separate contexts for horizontal and vertical components, reinforcing the benefits of faster probability adaptation and reduced context dilution. *See id.* at 4:9-17.

142. A further advantage of the above is that with only one fixed context per bin position, there is no need to evaluate any neighboring block data—the context is predetermined by the bin index alone. *Id.* at 62:58-61. This removes a serial processing dependency that otherwise limits decoder throughput, and also greatly reduces coding complexity. *See id.* at 42:41-44, 62:53-58. In other words, the act of inspecting neighboring blocks' syntax element values required memory accesses during the decoding loop. *Id.* at 62:53-58. These accesses are expensive from a hardware implementation standpoint because they introduce latency and can stall the decoding pipeline. The one-context-per-bin design eliminates these memory reads entirely.

143. The '883 Patent, therefore, provides specific technological improvements to the functionality and capabilities of video encoding technology that results in increased efficiency and reduced computational complexity. For example, the encoder can now conserve resources by assigning the same context for both the vertical and horizontal components of motion vector differences. The encoder can also conserve resources by only using one context per bin position.

144. Conventional technology prior to the '883 Patent was not capable of the same efficiency. Conventional video coding systems, such as H.264, used different context models for the horizontal and vertical motion vector difference components, and used multiple contexts per bin.

145. The '883 Patent recognizes and solves these specific technological problems that plagued the conventional technology at the time. The '883 Patent's ability to binarize motion vector differences

with one context per bin and a shared context for the horizontal and vertical motion vector difference components was a significant advancement over existing technology.

146.    These novel solutions were not well-understood, routine, or conventional, nor were they simply comprised of well-understood, routine, and conventional activities previously known to the industry.  Furthermore, the combination of elements, including an entropy decoder configured to, for horizontal and vertical components of each of the motion vector differences, obtain, from the data stream, a truncated unary code and an Exp-Golomb code, decode the truncated unary code using context-adaptive binary entropy decoding with exactly one context per bin position of the truncated unary code, wherein the context is shared by the horizontal and vertical components of the motion vector difference, and decode the Exp-Golomb code using a constant equiprobability bypass mode, to obtain the horizontal and vertical components of the motion vector difference; and a reconstructor configured to reconstruct the video based on the horizontal and vertical components of the motion vector differences, was not well-understood, routine, or conventional.

147.    DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '883 Patent at least because the asserted claims of the '883 Patent include method claims that do not require marking and/or there is nothing to mark.

### H.    U.S. Patent No. 11,343,535

148.    DIAB owns by assignment the entire right, title, and interest in and to U.S. Patent No. 11,343,535 (the "'535 Patent").  The '535 Patent, entitled "Method of coding and decoding images, coding and decoding device and computer programs corresponding thereto," issued on May 24, 2022, to inventors Felix Henry and Stephane Pateux.  DIAB owns all rights to the '535 Patent necessary to bring this action.    The '535 Patent is a continuation application claiming priority to U.S. Patent Application No. 14/003,014, the national stage of PCT application PCT/FR2012/050380, filed February 23, 2012.  A true and correct copy of the '535 Patent is attached as Exhibit 28 and

incorporated by reference herein.

149.    The '535 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '535 Patent is directed to novel and unconventional improvements to the process of video coding.  The '535 Patent provides improvements over prior video coding techniques that result in substantial benefits to video compression, video quality, and video playback.

150.    Conventional video coding systems "require that certain blocks which have been previously coded and decoded are available, so as to be used, either at the decoder or at the coder, to predict the current block." '535 Patent at 1:52-55.  As a result, encoding and decoding must be performed sequentially:



PRIOR ART
**Fig. 1A**

*Id*. Fig. 1A; *see also id*. at 1:55-2:7.

151.    There had been one proposal for modified entropy coding that allowed parallel coding of "a predetermined number of pairwise neighboring subsets of blocks." *Id*. at 3:11-49.  However, the prior proposal was impractical because "it is necessary to store a quantity of probabilities associated with a row of blocks" and "the storage of these probabilities over an entire row is expensive in terms of memory resources." *Id*. at 3:50-4:7.

152.    The '535 Patent overcame these technical challenges in the prior systems by inventing new

entropy coding systems for encoding and decoding video.  The '535 Patent employs an unconventional set of dependencies to use for probability estimation to encode and decode each block. This allows the video coding system to operate in parallel with greatly increased performance.

153.    For example, an invention of the '535 Patent allows parallel processing of blocks without such a large expense of memory resources.  *Id*. at 4:41-48.  By dividing the picture into groups, and relying on probabilities from another group only for the first block in a sequence, parallel processing can be performed without storing a large number of probability contexts and while still maintaining compression performance.  *Id*. at 4:12-57. This improves the performance of video coding technology by "economizing the coder's buffer memory" and by "better learning of the probabilities of occurrence of symbols, thereby giving rise to better video compression performance." *Id*. at 4:58-5:6.

154.    The '535 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in increased resiliency and improved video playback.  For example, the system can now encode and decode video in parallel using less memory and without a significant loss in quality, bitrate, or efficiency.

155.    Conventional technology prior to the '535 Patent was not capable of this.  The '535 Patent recognizes and solves these specific technological problems that plagued conventional technology at the time.  The '535 Patent's ability to parallelize video coding without a significant loss in efficiency was a significant advancement over existing technology.

156.    The novel solution of the '535 Patent, which enables efficient parallelization in video coding, was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry.  Furthermore, the combination of elements, including for example cutting the image into a plurality of blocks; grouping the blocks;

41

coding each of the groups of blocks; transforming and determining the order of blocks within those groups of blocks, and using probability data based on whether each block is first in a given group of blocks, was not well-understood, routine, or conventional.

157.    DIAB complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '535 Patent at least because the asserted claims of the '535 Patent include method claims that do not require marking and/or there is nothing to mark.

### I.       U.S. Patent No. 8,798,173

158.    DVC owns by assignment the entire right, title, and interest in and to U.S. Patent No. 8,798,173 (the "'173 Patent").  The '173 Patent, entitled "Adaptive Filtering Based Upon Boundary Strength" issued on August 5, 2014, to inventors Shijun Sun, Shawmin Lei, and Hiroyuki Katata. DVC owns all rights to the '173 Patent necessary to bring this action.   The '173 Patent issued from U.S. Patent Application No. 11/641,741, filed on Dec. 20, 2006, and is a divisional in a series of applications including U.S. Patent Application No. 09/953,329, filed on Sept. 14, 2001.  A true and correct copy of the '173 Patent is attached as Exhibit 29 and incorporated by reference herein.

159.    The '173 Patent is not directed to merely an abstract idea or any patent-ineligible concept. Instead, the '173 Patent is directed to novel and unconventional improvements to deblocking filtering methods in the field of digital video coding.  The '173 Patent provides improvements over prior methods for selection of boundary filtering strength.

160.    Many video coding systems utilize block-based motion compensation.  '173 Patent at 1:26-28.  Pixels are encoded in a block-by-block manner and compressed.  *Id.* at 1:28-30.  Such compression is normally lossy, resulting in visual artifacts in the decoded images.  *Id.* at 1:30-33. One type of image artifact is a blocking artifact, which occurs along block boundaries in a reconstructed image.  *Id.* at 1:33-35.  Such artifacts are primarily caused by coarse quantization of the image artifacts that are used to encode the blocks.  *Id.* at 1:35-37.

42

161.    The prior art included filtering, using, for example, a low pass filter, on non-correlated pixels that extend across block boundaries to reduce blocking artifacts. *Id.* at 1:43-49. These techniques can introduce blurring artifacts into the image. *Id.* at 1:49-51. Where there are few or no blocking artifacts between adjacent blocks, such filtering may unnecessarily introduce blurring while wasting processing resources. *Id.* at 1:51-55.

162.    In video coding, motion vectors can be used to estimate the movement of blocks. *Id.* at 2:23-25. Where two adjacent blocks share the same motion vector for the same reference image frame, there is unlikely to be a significant difference between the image residuals of the blocks—in such a situation, filtering is unnecessary. *Id.* at 2:28-32. Filtering in this situation causes blurring and results in additional filter computation. *Id.* at 2:41-43.

163.    The '173 Patent overcame these technical challenges in the prior systems by inventing a system by which filtering is skipped when motion estimation information is sufficiently similar between adjacent image blocks. *Id.* at 3:2-4. The '173 Patent employs the unconventional solution of comparing motion vector coding parameters of bordering blocks and selectively skipping filtering where motion vectors point to adjacent blocks. *Id.* at 3:26-30. This allows for reduction of filtering operations and limiting image blurring. *Id.* at 3:4-7.

164.    The '173 Patent therefore provides a specific technological improvement to the functionality and capabilities of video encoding technology that results in higher image quality and lesser computational complexity in coding video. For example, use of motion estimation and compensation information to skip deblock filtering results in a reduction of unnecessary image blurring and computations, while not requiring any additional coding parameter generation or transmission. *See id.* at 5:11-17.

165.    Conventional technology prior to the '173 Patent did not consider motion vector information

43

and instead filtered irrespective of the similarity of motion vectors of adjacent blocks. *See id.* at 2:22-27. The '173 Patent recognizes and solves the specific technological problems that plagued conventional technology at the time. The '173 Patent's ability to limit filtering to where motion vectors of adjacent blocks are sufficiently different was a significant advancement over existing technology.

166. The novel solution of the '173 Patent was not well-understood, routine, or conventional, nor was it simply comprised of well-understood, routine, and conventional activities previously known to the industry. Furthermore, the combination of elements, including examining conditions of coding parameters of adjacent blocks; determining boundary strengths of adjacent blocks; and selectively filtering pixels near the boundary of adjacent blocks; where the conditions of coding parameters includes whether the motion vectors of the adjacent blocks are sufficiently similar; where the strength of selective filtering is controlled by the boundary strength; where boundary strength is a certain value if the difference between the motion vectors is greater than a threshold level; and where the boundary strength is used to control a pixel value adaptation range in a loop filter, was not well-understood, routine, or conventional.

167. DVC complied with any applicable marking requirements under 35 U.S.C. § 287 as to the '173 Patent at least because the asserted claims of the '173 patent include method claims and/or there is nothing to mark.

## COUNT I: PATENT INFRINGEMENT OF THE '990 PATENT

168. Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

169. Snap had knowledge and notice of the '990 Patent at least by November 24, 2023, and again through communications on August 13, 2025 and November 21, 2025.

170. Snap infringes the '990 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States.

44

Snap thus directly infringes the '990 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271. For example, Snap directly infringes the '990 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

171. On information and belief, Snap indirectly infringes claims of the '990 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

172. For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

**Learn About Snap's Service Providers**

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery | US |
| | Content streaming | |
| | Content storage | |
| | Content review | |

Ex. 12 at 1.

173. As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '990 Patent. Snap has performed and continues to perform these affirmative acts with knowledge of the '990 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '990 Patent.

174. Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '990 Patent, including in this District and elsewhere in the United States.

175. Snap's infringement of the '990 Patent is willful and deliberate. As detailed above, Snap had

knowledge of the '990 Patent and had knowledge, or was willfully blind, as to its infringement of the '990 Patent. As discussed above, Snap has had actual knowledge of the '990 Patent since before the filing of this suit. Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '990 Patent. As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '990 Patent.

176. Snap's infringement of the '990 Patent has damaged and will continue to damage Dolby.

177. Exemplary claim 21 of the '990 Patent recites:[1]

21. A method for encoding, into a data stream, a video including pictures of a scene represented by multiple arrays of information samples, comprising:

inserting, into the data stream, a first set of coding parameters including a first intra coding parameter associated with a first coding block in a first array of information samples that represents a first color component of the video, wherein the first set of coding parameters is to be used for reconstructing the first coding block in an intra coding mode;

inserting, into the data stream, inter-plane interchange information associated with a second coding block in a second array of information samples that represents a second color component of the video, wherein the inter-plane interchange information signals whether a second intra coding parameter of a second set of coding parameters used for reconstructing the second coding block in the intra coding mode is to be derived based on the first intra coding parameter;

responsive to a determination based on the inter-plane interchange information that the second intra coding parameter is not to be derived from the first intra coding parameter, inserting, into the data stream, the second set of coding parameters including the second intra coding parameter;

copying, responsive to a determination based on the inter-plane interchange information that the second intra coding parameter is to be derived from the first intra coding parameter, the first intra coding parameter as the second intra coding parameter such that the first and second intra coding parameters are equal, wherein a spatial resolution of the first array is twice a spatial resolution of the second array, the first intra coding parameter indicates an angle of direction of intra prediction used in the intra coding mode within the first array and the second intra coding parameter indicates an angle of direction of intra prediction used in the intra coding mode within the second array; and

predicting the second coding block based on the second set of coding parameters including the second intra coding parameter to generate a predicted second coding block based on the intra coding mode,

---

[1] For each patent in suit, this complaint identifies one exemplary claim to detail in its infringement analysis. Dolby reserves the right to assert all claims, or a subset of all claims, of each asserted patent in its infringement contentions.

wherein the first and second arrays of information samples represent different types of spatially sampled information of the scene.

178.    Snap's Accused Services perform "a method for encoding, into a data stream, a video including pictures of a scene represented by multiple arrays of information samples."

179.    For example, Snap's backend servers encode video into H.265-compliant (HEVC) formats for streaming to devices.

180.    Videos downloaded from Snap show that an HEVC-compliant format is used:

| | |
|---|---|
| Format | MPEG-4 |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ˅ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

181.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| | |
|---|---|
| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |

(Video from Snap as viewed in MediaInfo app.)

182.    Snap's Accused Services perform "inserting, into the data stream, a first set of coding parameters including a first intra coding parameter associated with a first coding block in a first array of information samples that represents a first color component of the video, wherein the first set of coding parameters is to be used for reconstructing the first coding block in an intra coding mode."

183.    For example, the H.265-compliant bitstream specifies a luma intra prediction mode, IntraPredModeY, associated with a luma coding block.

Table 8-1 specifies the value for the intra prediction mode and the associated names.

**Table 8-1 – Specification of intra prediction mode and associated names**

| Intra prediction mode | Associated name |
|---|---|
| 0 | INTRA_PLANAR |
| 1 | INTRA_DC |
| 2..34 | INTRA_ANGULAR2..INTRA_ANGULAR34 |

IntraPredModeY[ xPb ][ yPb ] labelled 0..34 represents directions of predictions as illustrated in Figure 8-1.



**Figure 8-1 – Intra prediction mode directions (informative)**

IntraPredModeY[ xPb ][ yPb ] is derived by the following ordered steps:

Ex. 13 (H.265 specification) at 118.

> The syntax elements **prev_intra_luma_pred_flag**[ x0 + i ][ y0 + j ], **mpm_idx**[ x0 + i ][ y0 + j ] and **rem_intra_luma_pred_mode**[ x0 + i ][ y0 + j ] specify the intra prediction mode for luma samples. The array indices x0 + i, y0 + j specify the location ( x0 + i, y0 + j ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture. When prev_intra_luma_pred_flag[ x0 + i ][ y0 + j ] is equal to 1, the intra prediction mode is inferred from a neighbouring intra-predicted prediction unit according to clause 8.4.2.

Ex. 13 (H.265 specification) at 101.

184.    For example, compressed video data captured from Snap shows the use of prev_intra_luma_pred_flag and mpm_idx to specify the intra prediction mode for a luma coding block.

**Prediction**

Syntax Info | 7704

Filter                                                                                    Hex

| Pos | R | V | SE Name | Value | Bits | Bits, % | Decoding typ |
|---|---|---|---|---|---|---|---|
| 0x00000ffe:3 | | | ⌄ coding_unit(296, 832, 3) | | 92 | 100.00 | |
| 0x00000ffe:3 | 268 | 150 | cu_skip_flag | 0 | 1 | 1.09 | Arithmetic |
| 0x00000ffe:4 | 314 | 300 | pred_mode_flag | 1 | 4 | 4.35 | Arithmetic |
| 0x00000fff:0 | 464 | 243 | part_mode | 1 | 0 | 0.00 | Arithmetic |
| 0x00000fff:0 | | | ⌄ prediction_unit(296, 832, 8, 8) | | 4 | 4.35 | |
| 0x00000fff:0 | 306 | 243 | prev_intra_luma_pred_flag | 1 | 1 | 25.00 | Arithmetic |
| 0x00000fff:1 | 256 | 131 | mpm_idx | 1 | 2 | 50.00 | Bypass |
| 0x00000fff:3 | 256 | 14 | intra_chroma_pred_mode | 4 | 1 | 25.00 | Arithmetic |
| 0x00000fff:4 | | | › transform_tree(296, 832, 3, 0) | | 83 | 90.22 | |

VQ Analyzer screenshot of bitstream collected from Snapchat.

185.    The x265 encoder source code also shows encoding of the luma intra mode from which the chroma mode is determined.  For example, the function Entropy::codeIntraDirLumaAng encodes the luma prediction mode for intra prediction.  Ex. 16 (entropy.cpp) at 29-30.

186.    Snap's Accused Services perform "inserting, into the data stream, inter-plane interchange information associated with a second coding block in a second array of information samples that represents a second color component of the video, wherein the inter-plane interchange information signals whether a second intra coding parameter of a second set of coding parameters used for reconstructing the second coding block in the intra coding mode is to be derived based on the first intra coding parameter."

49

187.    For    example,    the    H.265    standard    describes    a    syntax    element    called intra_chroma_pred_mode.  This element, if set to 4, indicates that the chroma prediction mode should be derived from the luma prediction mode signaled in a luma coding block.  The first bit of the binarization indicates whether or not intra_chroma_pred_mode is set to 4 and therefore whether the chroma prediction mode should be derived from the luma prediction mode signaled in a luma coding block.

| | |
|---|---|
| if( ChromaArrayType == 3 ) | |
|   for( j = 0; j < nCbS; j = j + pbOffset ) | |
|     for( i = 0; i < nCbS; i = i + pbOffset ) | |
|       **intra_chroma_pred_mode**[ x0 + i ][ y0 + j ] | ae(v) |
| else if( ChromaArrayType != 0 ) | |
|   **intra_chroma_pred_mode**[ x0 ][ y0 ] | ae(v) |
| } | |

Ex. 13 (H.265 specification) at 52.

The variable modeIdx is derived using intra_chroma_pred_mode[ xPb ][ yPb ] and IntraPredModeY[ xPb ][ yPb ] as specified in Table 8-2.

The chroma intra prediction mode IntraPredModeC is derived as follows:

−   If ChromaArrayType is equal to 2, IntraPredModeC is set using modeIdx as specified in Table 8-3.

−   Otherwise, IntraPredModeC is set equal to modeIdx.

**Table 8-2 – Specification of modeIdx**

| intra_chroma_pred_mode[ xPb ][ yPb ] | IntraPredModeY[ xPb ][ yPb ] | | | | |
|---|---|---|---|---|---|
| | 0 | 26 | 10 | 1 | X ( 0 <= X <= 34 ) |
| 0 | 34 | 0 | 0 | 0 | 0 |
| 1 | 26 | 34 | 26 | 26 | 26 |
| 2 | 10 | 10 | 34 | 10 | 10 |
| 3 | 1 | 1 | 1 | 34 | 1 |
| 4 | 0 | 26 | 10 | 1 | X |

**Table 8-3 – Specification of intraPredModeC when ChromaArrayType is equal to 2**

| modeIdx | X <= 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IntraPredModeC | X | 2 | 2 | 2 | 3 | 5 | 7 | 8 | 10 | 12 | 13 | 15 | 17 | 18 | 19 | 20 |
| modeIdx | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
| IntraPredModeC | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 31 |

50

Ex. 13 (H.265 specification) at 120.

**9.3.3.7    Binarization process for intra_chroma_pred_mode**

Input to this process is a request for a binarization for the syntax element intra_chroma_pred_mode.

Output of this process is the binarization of the syntax element.

The binarization for the syntax element intra_chroma_pred_mode is specified in Table 9-41.

**Table 9-41 – Binarization for intra_chroma_pred_mode**

| Value of intra_chroma_pred_mode | Bin string |
|---|---|
| 4 | 0 |
| 0 | 100 |
| 1 | 101 |
| 2 | 110 |
| 3 | 111 |

Ex. 13 (H.265 specification) at 203.

188.    For example, compressed video data captured from Snap shows the use of intra_chroma_pred_mode values, and that intra_chroma_pred_mode is at times set to 4.



VQ Analyzer screenshot of bitstream collected from Snapchat.

189.    For example, the source code for the x265 encoder used by Snap shows the encoding of the chroma intra prediction mode in the Entropy::codeIntraDirChroma function.  Ex. 16 (entropy.cpp) at 30-31.

190. The source code defines a value DM_CHROMA_IDX as representing a chroma mode index derived from the luma intra mode, *i.e.*, mode 4 in Tables 8-2 and 9-41 shown above.

```
308   #define PLANAR_IDX              0
309   #define VER_IDX                 26 // index for intra VERTICAL   mode
310   #define HOR_IDX                 10 // index for intra HORIZONTAL mode
311   #define DC_IDX                  1  // index for intra DC mode
312   #define NUM_CHROMA_MODE         5  // total number of chroma modes
313   #define DM_CHROMA_IDX           36 // chroma mode index for derived from luma intra mode
```

Ex. 17 (common.h) at 6.

191. The source code shows that the values correspond to each of the modes in Tables 8-2 and 9-41 shown above. At line 895, the DM_CHROMA_INDEX value is assigned position 4 in "modelist," corresponding to mode 4 in Tables 8-2 and 9-41.

```
888   /* Get allowed chroma intra modes */
889   void CUData::getAllowedChromaDir(uint32_t absPartIdx, uint32_t* modeList) const
890   {
891       modeList[0] = PLANAR_IDX;
892       modeList[1] = VER_IDX;
893       modeList[2] = HOR_IDX;
894       modeList[3] = DC_IDX;
895       modeList[4] = DM_CHROMA_IDX;
896
897       uint32_t lumaMode = m_lumaIntraDir[absPartIdx];
898
899       for (int i = 0; i < NUM_CHROMA_MODE - 1; i++)
900       {
901           if (lumaMode == modeList[i])
902           {
903               modeList[i] = 34; // VER+8 mode
904               break;
905           }
906       }
907   }
```

Ex. 18 (cudata.cpp) at 17.

192. The source code shows that in the case where intraDirChroma is equal to DM_CHROMA_IDX, the chroma direction is coded with a single bit of "0" at line 1646, also corresponding to chroma mode index 4 in Table 9-41 shown above; in contrast, a "1" is encoded at line 1658 if the chroma mode is to be explicitly signaled rather than copied from the luma mode.

```
void Entropy::codeIntraDirChroma(const CUData& cu, uint32_t absPartIdx, uint32_t *chromaDirMode)
{
    uint32_t intraDirChroma = cu.m_chromaIntraDir[absPartIdx];

    if (intraDirChroma == DM_CHROMA_IDX)
        encodeBin(0, m_contextState[OFF_CHROMA_PRED_CTX]);
    else
    {
        for (int i = 0; i < NUM_CHROMA_MODE - 1; i++)
        {
            if (intraDirChroma == chromaDirMode[i])
            {
                intraDirChroma = i;
                break;
            }
        }

        encodeBin(1, m_contextState[OFF_CHROMA_PRED_CTX]);
        encodeBinsEP(intraDirChroma, 2);
    }
}
```

Ex. 16 (entropy.cpp) at 30-31.

193.    Snap's Accused Services perform "responsive to a determination based on the inter-plane interchange information that the second intra coding parameter is not to be derived from the first intra coding parameter, inserting, into the data stream, the second set of coding parameters including the second intra coding parameter."

194.    For example, the H.265 standard provides for explicit signaling of the chroma prediction mode when intra_chroma_pred_mode is 0, 1, 2, or 3.  In this scenario, the second and third bits of the binarization indicate the coding parameters to be used for the chroma prediction mode.

### 9.3.3.7    Binarization process for intra_chroma_pred_mode

Input to this process is a request for a binarization for the syntax element intra_chroma_pred_mode.

Output of this process is the binarization of the syntax element.

The binarization for the syntax element intra_chroma_pred_mode is specified in Table 9-41.

**Table 9-41 – Binarization for intra_chroma_pred_mode**

| Value of intra_chroma_pred_mode | Bin string |
|---|---|
| 4 | 0 |
| 0 | 100 |
| 1 | 101 |
| 2 | 110 |
| 3 | 111 |

Ex. 13 (H.265 specification) at 203.

**Table 8-2 – Specification of modeIdx**

| intra_chroma_pred_mode[ xPb ][ yPb ] | IntraPredModeY[ xPb ][ yPb ] | | | | |
|---|---|---|---|---|---|
| | 0 | 26 | 10 | 1 | X ( 0 <= X <= 34 ) |
| 0 | 34 | 0 | 0 | 0 | 0 |
| 1 | 26 | 34 | 26 | 26 | 26 |
| 2 | 10 | 10 | 34 | 10 | 10 |
| 3 | 1 | 1 | 1 | 34 | 1 |
| 4 | 0 | 26 | 10 | 1 | X |

Ex. 13 (H.265 specification) at 120.

195.    For example, compressed video data captured from Snap shows cases where intra_chroma_pred_mode has a value other than 4 (0, in the example below), and therefore the chroma prediction mode is explicitly signaled.

54

| Pos | R | V | SE Name | Value | Bits | Bits, % | Decoding |
|---|---|---|---|---|---|---|---|
| 0x00001015:5 | 384 | 354 | split_cu_flag[304][832] | 0 | 2 | 1.02 | Arithmetic |
| 0x00001015:7 | | | ⌄ coding_unit(304, 832, 4) | | 194 | 98.98 | |
| 0x00001015:7 | 324 | 204 | cu_skip_flag | 0 | 1 | 0.52 | Arithmetic |
| 0x00001016:0 | 416 | 408 | pred_mode_flag | 1 | 3 | 1.55 | Arithmetic |
| 0x00001016:3 | | | ⌄ prediction_unit(304, 832, 16, 16) | | 7 | 3.61 | |
| 0x00001016:3 | 432 | 373 | prev_intra_luma_pred_flag | 1 | 1 | 14.29 | Arithmetic |
| 0x00001016:4 | 394 | 276 | mpm_idx | 1 | 2 | 28.57 | Bypass |
| 0x00001016:6 | 394 | 318 | intra_chroma_pred_mode | 0 | 4 | 57.14 | Arithmetic |
| 0x00001017:2 | | | > transform_tree(304, 832, 4, 0) | | 183 | 94.33 | |

VQ Analyzer screenshot of bitstream collected from Snapchat.

196.    For example, the source code for the x265 encoder used by Snap shows the encoding of the chroma intra prediction mode in the Entropy::codeIntraDirChroma function.  Ex. 16 (entropy.cpp) at 30-31.  After a "1" is encoded at line 1658 to indicate the chroma mode is to be explicitly signaled rather than copied from the luma mode, two additional bits are encoded at line 1659 to indicate which intra prediction direction is to be used for chroma.

```
void Entropy::codeIntraDirChroma(const CUData& cu, uint32_t absPartIdx, uint32_t *chromaDirMode)
{
    uint32_t intraDirChroma = cu.m_chromaIntraDir[absPartIdx];

    if (intraDirChroma == DM_CHROMA_IDX)
        encodeBin(0, m_contextState[OFF_CHROMA_PRED_CTX]);
    else
    {
        for (int i = 0; i < NUM_CHROMA_MODE - 1; i++)
        {
            if (intraDirChroma == chromaDirMode[i])
            {
                intraDirChroma = i;
                break;
            }
        }

        encodeBin(1, m_contextState[OFF_CHROMA_PRED_CTX]);
        encodeBinsEP(intraDirChroma, 2);
    }
}
```

Ex. 16 (entropy.cpp) at 30-31.

197.    Snap's Accused Services perform "copying, responsive to a determination based on the inter-

plane interchange information that the second intra coding parameter is to be derived from the first intra coding parameter, the first intra coding parameter as the second intra coding parameter such that the first and second intra coding parameters are equal."

**Table 8-2 – Specification of modeIdx**

| intra_chroma_pred_mode[ xPb ][ yPb ] | IntraPredModeY[ xPb ][ yPb ] | | | | |
|---|---|---|---|---|---|
| | 0 | 26 | 10 | 1 | X ( 0 <= X <= 34 ) |
| 0 | 34 | 0 | 0 | 0 | 0 |
| 1 | 26 | 34 | 26 | 26 | 26 |
| 2 | 10 | 10 | 34 | 10 | 10 |
| 3 | 1 | 1 | 1 | 34 | 1 |
| 4 | 0 | 26 | 10 | 1 | X |

Ex. 13 (H.265 specification) at 120.

198.    For example, in order to calculate the predicted block and therefore compute the residual, in the case where intra_chroma_pred_mode is 4, the encoder must copy the luma prediction information and use it to predict the chroma block in order to compute the residual.  The H.265 standard explains that where intra_chroma_pred_mode is 4, the luma and chroma parameters intraPredModeY and modeIdx will be equal.

199.    For example, compressed video data captured from Snap shows that after an intra_chroma_pred_mode of 4 is signaled, a transform_tree is coded providing residual data.  Snap must compute the chroma prediction according to the copied luma prediction mode in order to compute this residual data.



VQ Analyzer screenshot of bitstream collected from Snapchat.

200.    Source code from the x265 encoder confirms that the luma parameter is copied for chroma prediction as part of the encoding process.  For example:

```
895              if (chromaPredMode == DM_CHROMA_IDX)
896                  chromaPredMode = cu.m_lumaIntraDir[(m_csp == X265_CSP_I444) ? absPartIdxC : 0];
```

Ex. 19 (search.cpp) at 17; *see also id*. at 18, 22, 32 (showing similar copying).

201.    In Snap's Accused Services, "a spatial resolution of the first array is twice a spatial resolution of the second array."

202.    For example, Snap uses 4:2:0 chroma subsampling in its videos.

| Color space | YUV |
| Chroma subsampling | 4:2:0 (Type 0) |

MediaInfo screenshot of bitstream collected from Snapchat.

203.    The H.265 specification explains that 4:2:0 sampling results in the luma array having twice the spatial resolution in each dimension compared to the chroma array.

In monochrome sampling there is only one sample array, which is nominally considered the luma array.

In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array.

Ex. 13 (H.265 specification) at 21.

204.    Source code for the x265 encoder indicates that 4:2:0 color subsampling is the default configuration.

```
1599    CHECK(param->internalCsp < X265_CSP_I400 || X265_CSP_I444 < param->internalCsp,
1600        "chroma subsampling must be i400 (4:0:0 monochrome), i420 (4:2:0 default), i422 (4:2:0),
        i444 (4:4:4)");
```

Ex. 20 (param.cpp) at 29.

205.    In Snap's Accused Services, "the first intra coding parameter indicates an angle of direction of intra prediction used in the intra coding mode within the first array and the second intra coding parameter indicates an angle of direction of intra prediction used in the intra coding mode within the second array."

206.    For example, the H.265 specification indicates that both luma and chroma prediction modes indicate an angle of direction of intra prediction.

Table 8-1 specifies the value for the intra prediction mode and the associated names.

**Table 8-1 – Specification of intra prediction mode and associated names**

| Intra prediction mode | Associated name |
|---|---|
| 0 | INTRA_PLANAR |
| 1 | INTRA_DC |
| 2..34 | INTRA_ANGULAR2..INTRA_ANGULAR34 |

IntraPredModeY[ xPb ][ yPb ] labelled 0..34 represents directions of predictions as illustrated in Figure 8-1.



**Figure 8-1 – Intra prediction mode directions (informative)**

Ex. 13 (H.265 specification) at 118.

207.    The  source  code  similarly  refers  to  the  luma  and  chroma  prediction  modes  at "intraDirLumaAng" and "intraDirChroma," confirming that they represent directions.  Ex. 16 (entropy.cpp) at 29-31.

208.    Snap's Accused Services perform "predicting the second coding block based on the second

set of coding parameters including the second intra coding parameter to generate a predicted second coding block based on the intra coding mode."

209.    For example, the encoder must predict the second coding block in order to calculate the residuals.  It must use the second intra coding parameter to accurately do so.

210.    For example, compressed video data captured from Snap shows that after an intra_chroma_pred_mode is coded with an explicit intra coding parameter, a transform_tree is also coded providing residual data.  Snap must compute the chroma prediction according to the correct prediction mode in order to correctly compute this residual data.



VQ Analyzer screenshot of bitstream collected from Snapchat.

211.    Source code from the x265 encoder shows that these predictions are used to determine residual data.  *See, e.g.,* Ex. 19 (search.cpp) at 13.

```
// generate chroma prediction, generate residual and recon
void       codeIntraChromaQt(Mode& mode, const CUGeom& cuGeom, uint32_t tuDepth, uint32_t
absPartIdx, Cost& outCost);
void       codeIntraChromaTSkip(Mode& mode, const CUGeom& cuGeom, uint32_t tuDepth, uint32_t
tuDepthC, uint32_t absPartIdx, Cost& outCost);
void       extractIntraResultChromaQT(CUData& cu, Yuv& reconYuv, uint32_t absPartIdx, uint32_t
tuDepth);
```

Ex. 21 (search.h) at 8.

212.    In Snap's Accused Services, "the first and second arrays of information samples represent different types of spatially sampled information of the scene."

213.    For example, as discussed above, the arrays represent luma and chroma samples, which are different types of information samples.

## COUNT II: PATENT INFRINGEMENT OF THE '193 PATENT

214.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

215.    Snap had knowledge and notice of the '193 Patent at least by November 24, 2023, and again through communications on August 13, 2025 and November 21, 2025.

216.    Snap infringes the '193 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '193 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '193 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

217.    On information and belief, Snap also indirectly infringes the '193 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

218.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

### Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |
|---|---|---|

Ex. 12 at 1.

61

219.    As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '193 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '193 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '193 Patent.

220.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '193 Patent, including in this District and elsewhere in the United States.

221.    Snap's infringement of the '193 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '193 Patent and had knowledge, or was willfully blind, as to its infringement of the '193 Patent.  As discussed above, Snap has had actual knowledge of the '193 Patent since before this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '193 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '193 Patent.

222.    Snap's infringement of the '193 Patent has damaged and will continue to damage Dolby.

223.    Exemplary claim 13 of the '193 Patent recites:

13. A method for encoding, comprising:

coding, into a data stream, first information associated with a coding block, wherein the first information has first or second states, the first state indicates that (1) the coding block is to be reconstructed based on one or more coding parameters of a merge candidate coding block and (2) the coding block is to be reconstructed without residual data;

when the first information is in the first state, coding, into the data stream,

second information which specifies the merge candidate coding block, and

the one or more coding parameters associated with the merge candidate coding block so that the one or more coding parameters of the merge candidate coding block can be used to reconstruct the coding block without residual data when the first information is in the first state; and

when the first information is in the second state, coding, into the data stream,

third information associated with the coding block, the third information having first and second states,

62

at least one coding parameter for the coding block when the third information is in the first state of the third information indicating that the coding block is to be reconstructed using the at least one coding parameter coded in the data stream, and

a set of coding parameters associated with another merge candidate coding block and residual data for the coding block when the third information is in the second state of the third information, indicating that the coding block is to be reconstructed based on the set of coding parameters and the residual data coded in the data stream.

224. Snap's Accused Services perform "a method for encoding."

225. For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

226. Videos downloaded from Snap show that an HEVC format is used:

| Format | MPEG-4 |
|---|---|
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

227. Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|

(Video from Snap as viewed in MediaInfo app.)

228. Snap's Accused Services perform "coding, into a data stream, first information associated with a coding block, wherein the first information has first or second states, the first state indicates that (1) the coding block is to be reconstructed based on one or more coding parameters of a merge

candidate coding block and (2) the coding block is to be reconstructed without residual data."

229.    For example, sections 7.3.8.5, 7.3.8.6, 7.4.9.5, and 7.4.9.6 of the H.265 specification describe a cu_skip_flag element.  If cu_skip_flag[ x0 ][ y0 ]  is equal to 1, then a merge candidate indicated by a merge candidate index, merge_idx[ x0 ][ y0 ], is encoded to indicate which merge candidate is to be used.  If cu_skip_flag[ x0 ][ y0 ]  is equal to 0, then information related to residual data can be separately coded.

### 7.3.8.5    Coding unit syntax

| coding_unit( x0, y0, log2CbSize ) { | Descriptor |
|---|---|
| if( transquant_bypass_enabled_flag ) | |
| **cu_transquant_bypass_flag** | ae(v) |
| if( slice_type != I ) | |
| **cu_skip_flag**[ x0 ][ y0 ] | ae(v) |
| nCbS = ( 1 << log2CbSize ) | |
| if( cu_skip_flag[ x0 ][ y0 ] ) | |
| prediction_unit( x0, y0, nCbS, nCbS ) | |
| else { | |
| if( slice_type != I ) | |
| **pred_mode_flag** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] != MODE_INTRA \|\| log2CbSize == MinCbLog2SizeY ) | |
| **part_mode** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] == MODE_INTRA ) { | |
| if( PartMode == PART_2Nx2N && pcm_enabled_flag && log2CbSize >= Log2MinIpcmCbSizeY && log2CbSize <= Log2MaxIpcmCbSizeY ) | |
| **pcm_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 51; *see also id*. 52-53.

### 7.3.8.6    Prediction unit syntax

| prediction_unit( x0, y0, nPbW, nPbH ) { | Descriptor |
|---|---|
| if( cu_skip_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| **merge_idx**[ x0 ][ y0 ] | ae(v) |
| } else { /* MODE_INTER */ | |
| **merge_flag**[ x0 ][ y0 ] | ae(v) |
| if( merge_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| **merge_idx**[ x0 ][ y0 ] | ae(v) |
| } else { | |
| if( slice_type == B ) | |
| **inter_pred_idc**[ x0 ][ y0 ] | ae(v) |
| if( inter_pred_idc[ x0 ][ y0 ] != PRED_L1 ) { | |
| if( num_ref_idx_l0_active_minus1 > 0 ) | |
| **ref_idx_l0**[ x0 ][ y0 ] | ae(v) |
| mvd_coding( x0, y0, 0 ) | |
| **mvp_l0_flag**[ x0 ][ y0 ] | ae(v) |
| } | |
| if( inter_pred_idc[ x0 ][ y0 ] != PRED_L0 ) { | |
| if( num_ref_idx_l1_active_minus1 > 0 ) | |
| **ref_idx_l1**[ x0 ][ y0 ] | ae(v) |
| if( mvd_l1_zero_flag && inter_pred_idc[ x0 ][ y0 ] == PRED_BI ) { | |
| MvdL1[ x0 ][ y0 ][ 0 ] = 0 | |
| MvdL1[ x0 ][ y0 ][ 1 ] = 0 | |
| } else | |
| mvd_coding( x0, y0, 1 ) | |
| **mvp_l1_flag**[ x0 ][ y0 ] | ae(v) |
| } | |
| } | |
| } | |
| } | |

Ex. 13 (H.265 specification) at 54.

230.    For example, compressed video data captured from Snap shows examples where cu_skip_flag is set to 1.  In these cases, a merge_idx is sent and no residual data for the block is sent.



VQ Analyzer screenshot of bitstream collected from Snapchat.

231.    For example, the source code for the x265 encoder used by Snap shows that a skip flag is coded, and if the CU is skipped, then a merge index is encoded, the CU is finished, and the function is exited without continuing on to encode residual data.

```
if (!slice->isIntra())
{
    codeSkipFlag(ctu, absPartIdx);
    if (ctu.isSkipped(absPartIdx))
    {
        codeMergeIndex(ctu, absPartIdx);
        finishCU(ctu, absPartIdx, depth, bEncodeDQP);
        return;
    }
    codePredMode(ctu.m_predMode[absPartIdx]);
}
```

Ex. 16 (entropy.cpp) at 15.

232.    Snap's Accused Services perform "when the first information is in the first state, coding, into the data stream, second information which specifies the merge candidate coding block, and the one or more coding parameters associated with the merge candidate coding block so that the one or more coding parameters of the merge candidate coding block can be used to reconstruct the coding block without residual data when the first information is in the first state."

233.    As shown above, when cu_skip_flag is set, video encoded by Snap's Accused Services includes a merge_idx for the CU but no residual data for the CU.

234.    For example, the H.265 standard discloses that when flag cu_skip_flag is equal to 1 (or true), the merge candidate index, merge_idx[ x0 ][ y0 ] (i.e., the claimed second information) is determined and encoded into the data stream. Further, the one or more parameters (e.g., motion parameters) associated with the merge candidate block are coded.

**7.3.8.6    Prediction unit syntax**

| prediction_unit( x0, y0, nPbW, nPbH ) { | Descriptor |
|---|---|
| if( cu_skip_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| **merge_idx**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 54.

---

**8.5.3.2.2    Derivation process for luma motion vectors for merge mode**

This process is only invoked when merge_flag[ xPb ][ yPb ] is equal to 1, where ( xPb, yPb ) specify the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture.

Inputs to this process are:

–    a luma location ( xCb, yCb ) of the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,

–    a luma location ( xPb, yPb ) of the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,

–    a variable nCbS specifying the size of the current luma coding block,

–    two variables nPbW and nPbH specifying the width and the height of the luma prediction block,

–    a variable partIdx specifying the index of the current prediction unit within the current coding unit.

Outputs of this process are:

–    the luma motion vectors mvL0 and mvL1,

–    the reference indices refIdxL0 and refIdxL1,

–    the prediction list utilization flags predFlagL0 and predFlagL1.

Ex. 13 (H.265 specification) at 133.

235.    For example, parameters for the merge block are encoded through syntax elements such as pred_mode_flag, part_mode, and pcm_flag.

| else { | |
|---|---|
| if( slice_type != I ) | |
| **pred_mode_flag** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] != MODE_INTRA \|\| log2CbSize == MinCbLog2SizeY ) | |
| **part_mode** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] == MODE_INTRA ) { | |
| if( PartMode == PART_2Nx2N && pcm_enabled_flag && log2CbSize >= Log2MinIpcmCbSizeY && log2CbSize <= Log2MaxIpcmCbSizeY ) | |
| **pcm_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 51.

236.    For example, compressed video data captured from Snap shows examples where cu_skip_flag is set to 1, and a merge block is selected.

67



VQ Analyzer screenshot of bitstream collected from Snapchat.

237.    VQ Analyzer shows that this block is merged with another block, for which parameters are explicitly coded for Advanced Motion Vector Prediction (AMVP).



VQ Analyzer screenshot of bitstream collected from Snapchat.

238.    For example, x265 source code shows a variety of other parameters coded for each non-skipped block, such as a block with which a skipped block is merged.

```
        codePredMode(ctu.m_predMode[absPartIdx]);
    }

    codePartSize(ctu, absPartIdx, depth);

    // prediction Info ( Intra : direction mode, Inter : Mv, reference idx )
    codePredInfo(ctu, absPartIdx);

    uint32_t tuDepthRange[2];
    if (ctu.isIntra(absPartIdx))
        ctu.getIntraTUQtDepthRange(tuDepthRange, absPartIdx);
    else
        ctu.getInterTUQtDepthRange(tuDepthRange, absPartIdx);

    // Encode Coefficients, allow codeCoeff() to modify bEncodeDQP
    codeCoeff(ctu, absPartIdx, bEncodeDQP, tuDepthRange);
```

Ex. 16 (entropy.cpp) at 15.

239.    Snap's Accused Services perform "when the first information is in the second state, coding, into the data stream, third information associated with the coding block, the third information having first and second states, at least one coding parameter for the coding block when the third information is in the first state of the third information indicating that the coding block is to be reconstructed using the at least one coding parameter coded in the data stream, and a set of coding parameters associated with another merge candidate coding block and residual data for the coding block when the third information is in the second state of the third information, indicating that the coding block is to be reconstructed based on the set of coding parameters and the residual data coded in the data stream."

240.    The H.265 standard shows that when cu_skip_flag is not set for a block, pred_mode_flag is encoded for the block. The H.265 standard discloses that pred_mode_flag being equal to 0 indicates Inter mode, and under this mode, residual data and other inter coding-related parameters are encoded into the data stream. Ex. 13 (H.265 specification) at Sec. 7.3.8.5, 7.3.8.8, 7.4.9.5.

69

**7.3.8.5    Coding unit syntax**

| coding_unit( x0, y0, log2CbSize ) { | Descriptor |
|---|---|
| if( transquant_bypass_enabled_flag ) | |
| **cu_transquant_bypass_flag** | ae(v) |
| if( slice_type != I ) | |
| **cu_skip_flag**[ x0 ][ y0 ] | ae(v) |
| nCbS = ( 1 << log2CbSize ) | |
| if( cu_skip_flag[ x0 ][ y0 ] ) | |
| prediction_unit( x0, y0, nCbS, nCbS ) | |
| else { | |
| if( slice_type != I ) | |
| **pred_mode_flag** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] != MODE_INTRA \|\| log2CbSize == MinCbLog2SizeY ) | |
| **part_mode** | ae(v) |
| if( CuPredMode[ x0 ][ y0 ] == MODE_INTRA ) { | |
| if( PartMode == PART_2Nx2N && pcm_enabled_flag && log2CbSize >= Log2MinIpcmCbSizeY && log2CbSize <= Log2MaxIpcmCbSizeY ) | |
| **pcm_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 51; *see also id.* 52-53.

241.    For example, compressed video data captured from Snap shows examples where cu_skip_flag is set to 0.  In these cases, a pred_mode_flag, part_mode, and other data is encoded.



VQ Analyzer screenshot of bitstream collected from Snapchat.

242.    For example, x265 source code shows that the prediction mode is coded, as well as other parameters such as prediction info and residual coefficients.

```
            codePredMode(ctu.m_predMode[absPartIdx]);
        }

    codePartSize(ctu, absPartIdx, depth);

    // prediction Info ( Intra : direction mode, Inter : Mv, reference idx )
    codePredInfo(ctu, absPartIdx);

    uint32_t tuDepthRange[2];
    if (ctu.isIntra(absPartIdx))
        ctu.getIntraTUQtDepthRange(tuDepthRange, absPartIdx);
    else
        ctu.getInterTUQtDepthRange(tuDepthRange, absPartIdx);

    // Encode Coefficients, allow codeCoeff() to modify bEncodeDQP
    codeCoeff(ctu, absPartIdx, bEncodeDQP, tuDepthRange);
```

Ex. 16 (entropy.cpp) at 15.

## COUNT III: PATENT INFRINGEMENT OF THE '469 PATENT

243.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

244.    Snap had knowledge and notice of the '469 Patent at least by November 24, 2023, and again through communications on at least August 13, 2025 and November 21, 2025.

245.    Snap infringes the '469 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '469 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '469 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

246.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '469 Patent, including in this District and elsewhere in the United States.

247.    On information and belief, Snap indirectly infringes claims of the '469 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and

71

vendors, in this District and elsewhere in the United States.

248.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

**Learn About Snap's Service Providers**

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |
| --- | --- | --- |

Ex. 12 at 1.

249.    As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '469 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '469 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '469 Patent.

250.    Snap's infringement of the '469 Patent is willful and deliberate. As detailed above, Snap had knowledge of the '469 Patent and had knowledge, or was willfully blind, as to its infringement of the '469 Patent.  As discussed above, Snap has had actual knowledge of the '469 Patent since before this suit. Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '469 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '469 Patent.

251.    Snap's infringement of the '469 Patent has damaged and will continue to damage Dolby.

252.    Exemplary claim 13 of the '469 Patent recites:

13. A method for encoding a sample array into an entropy encoded data stream, comprising

72

entropy encoding a plurality of entropy slices into the entropy encoded data stream each entropy slice being associated with a different portion of the sample array, respectively, by

performing, for each entropy slice, entropy encoding along a respective entropy coding path using respective probability estimations,

adapting the respective probability estimations along the respective entropy coding path using a previously encoded part of the respective entropy slice,

entropy encoding the plurality of entropy slices sequentially using an entropy slice order, and

performing, in entropy encoding a predetermined entropy slice, entropy encoding a current part of the predetermined entropy slice based on the respective probability estimations of the predetermined entropy slice as adapted using the previously encoded part of the predetermined entropy slice, and probability estimations as used in the entropy encoding of a spatially neighboring, in the entropy slice order, preceding entropy slice at a neighboring part of the spatially neighboring preceding entropy slice,

wherein each entropy slice comprises entropy encoded data for a corresponding portion of the sample array, the different portions forming rows of blocks of the sample array with the blocks being regularly arranged in rows and columns so that portions corresponding to the entropy slices comprise a same number of blocks, and the entropy coding path points in parallel along the rows of the blocks,

the entropy encoding further comprising: initializing, for each respective entropy slice, the probability estimations before encoding a first block of the portion corresponding to the respective entropy slice along the respective coding path with probability estimations manifesting themselves after having entropy encoded a second block of the portion corresponding to, in the entropy slice order, the preceding entropy slice along the respective coding path.

253. Snap's Accused Services perform "a method for encoding a sample array into an entropy encoded data stream."

254. For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

255. Videos downloaded from Snap show that an HEVC-compliant format is used:

| | |
|---|---|
| Format | MPEG-4 |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

256.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|

(Video from Snap as viewed in MediaInfo app.)

257.    The video from Snap was encoded with "wpp," or Wavefront Parallel Processing, enabled.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|
| Encoding settings | cpuid=1111039 / frame-threads=8 / wpp / no-pmode / no-pme / psnr / ssim / log-level=2 / input-csp=1 / input-res=720x1280 / interlace=0 / total-frames=0 / level-idc=0 / high-tier=1 / uhd-bd=0 / ref=6 / no-allow-non-conformance / no-repeat-headers / annexb / no-aud / no-eob / no-eos / no-hrd / info / hash=0 / no-temporal-layers / no-open-gop / min-keyint=25 / keyint=250 / gop-lookahead=0 / bframes=4 / b-adapt=2 / b-pyramid / bframe-bias=0 / rc-lookahead=25 / lookahead-slices=4 / scenecut=0 / no-hist-scenecut / radl=0 / no-splice / no-intra-refresh / ctu=64 / min-cu-size=8 / rect / no-amp / max-tu-size=32 / tu-inter-depth=1 / tu-intra-depth=1 / limit-tu=0 / rdoq-level=2 / dynamic-rd=0.00 / no-ssim-rd / signhide / no-tskip / nr-intra=0 / nr-inter=0 / no-constrained-intra / strong-intra-smoothing / max-merge=3 / limit-refs=3 / limit-modes / me=1 / subme=3 / merange=57 / temporal-mvp / no-frame-dup / no-hme / weightp / no-weightb / no-analyze-src-pics / deblock=0:0 / sao / no-sao-non-deblock / rd=4 / selective-sao=4 / no-early-skip / rskip / no-fast-intra / no-tskip-fast / no-cu-lossless / no-b-intra / no-splitrd-skip / rdpenalty=0 / psy-rd=2.00 / psy-rdoq=1.00 / no-rd-refine / no-lossless / cbqpoffs=0 / crqpoffs=0 / rc=crf / crf=30.0 / qcomp=0.60 / qpstep=4 / stats-write=0 / stats-read=0 / vbv-maxrate=3000 / vbv-bufsize=6000 / vbv-init=0.8 / min-vbv-fullness=50.0 / max-vbv-fullness=80.0 / crf-max=0.0 / crf-min=0.0 / ipratio=1.40 / pbratio=1.30 / aq-mode=2 / aq-strength=1.00 / cutree / zone-count=0 / no-strict-cbr / qg-size=32 / no-rc-grain / qpmax=69 / qpmin=0 / no-const-vbv / sar=0 / overscan=0 / videoformat=5 / range=0 / colorprim=1 / transfer=1 / colormatrix=1 / chromaloc=1 / chromaloc-top=0 / chromaloc-bottom=0 / display-window=0 / cll=0,0 / min-luma=0 / max-luma=255 / log2-max-poc-lsb=8 / vui-timing-info / vui-hrd-info / slices=1 / no-opt-qp-pps / no-opt-ref-list-length-pps / no-multi-pass-opt-rps / scenecut-bias=0.05 / hist-threshold=0.03 / no-opt-cu-delta-qp / no-aq-motion / no-hdr10 / no-hdr10-opt / no-dhdr10-opt / no-idr-recovery-sei / analysis-reuse-level=0 / analysis-save-reuse-level=0 / analysis-load-reuse-level=0 / scale-factor=0 / refine-intra=0 / refine-inter=0 / refine-mv=1 / refine-ctu-distortion=0 / no-limit-sao / ctu-info=0 / no-lowpass-dct / refine-analysis-type=0 / copy-pic=1 / max-ausize-factor=1.0 / no-dynamic-refine / no-single-sei / no-hevc-aq / no-svt / no-field / qp-adaptation-range=1.00 / scenecut-aware-qp=0conformance-window-offsets / right=0 / bottom=0 / decoder-max-rate=0 / no-vbv-live-multi-pass |

(Video from Snap as viewed in MediaInfo app.)

258.    Snap's Accused Services perform "entropy encoding a plurality of entropy slices into the entropy encoded data stream each entropy slice being associated with a different portion of the sample array, respectively."

259.    For example, the H.265 specification explains that entropy coding techniques such as CABAC are used for the data for each slice.

> – ae(v): context-adaptive arithmetic entropy-coded syntax element. The parsing process for this descriptor is specified in clause 9.3.

Ex. 13 (H.265 specification) at 32.

> ## 9.3    CABAC parsing process for slice segment data
>
> ### 9.3.1    General
>
> This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.8.1 through 7.3.8.12.
>
> Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.
>
> Output of this process is the value of the syntax element.

Ex. 13 (H.265 specification) at 184.

260.    Further, when WPP is enabled (using entropy_coding_sync_enabled_flag), one slice segment subset of a slice segment may be associated with one picture portion, i.e., one CTU row of the picture.  Each slice segment subset is an individual byte aligned CABAC encoded bitstream, which is terminated using the syntax element end_of_subset_one_bit.

> ### 7.3.8    Slice segment data syntax
>
> ### 7.3.8.1    General slice segment data syntax
>
> | slice_segment_data( ) { | Descriptor |
> |---|---|
> | do { | |
> |    coding_tree_unit( ) | |
> |    **end_of_slice_segment_flag** | ae(v) |
> |    CtbAddrInTs++ | |
> |    CtbAddrInRs = CtbAddrTsToRs[ CtbAddrInTs ] | |
> |    if( !end_of_slice_segment_flag && <br>     ( ( tiles_enabled_flag && TileId[ CtbAddrInTs ] != TileId[ CtbAddrInTs − 1 ] ) \|\| <br>     ( entropy_coding_sync_enabled_flag && <br>      ( CtbAddrInTs % PicWidthInCtbsY = = 0 \|\| <br>       TileId[ CtbAddrInTs ] != TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ] ) ) ) <br>    ) { | |
> |     **end_of_subset_one_bit** /* equal to 1 */ | ae(v) |
> |     byte_alignment( ) | |
> |    } | |
> |  } while( !end_of_slice_segment_flag ) | |
> | } | |

Ex. 13 (H.265 specification) at 49.

75

| |
|---|
| **entropy_coding_sync_enabled_flag** equal to 1 specifies that a specific synchronization process for context variables is invoked before decoding the coding tree unit which includes the first coding tree block of a row of coding tree blocks in each tile in each picture referring to the PPS, and a specific storage process for context variables is invoked after decoding the coding tree unit which includes the second coding tree block of a row of coding tree blocks in each tile in each picture |
| referring to the PPS. entropy_coding_sync_enabled_flag equal to 0 specifies that no specific synchronization process for context variables is required to be invoked before decoding the coding tree unit which includes the first coding tree block of a row of coding tree blocks in each tile in each picture referring to the PPS, and no specific storage process for context variables is required to be invoked after decoding the coding tree unit which includes the second coding tree block of a row of coding tree blocks in each tile in each picture referring to the PPS.<br><br>It is a requirement of bitstream conformance that the value of entropy_coding_sync_enabled_flag shall be the same for all PPSs that are activated within a CVS.<br><br>When entropy_coding_sync_enabled_flag is equal to 1 and the first coding tree block in a slice is not the first coding tree block of a row of coding tree blocks in a tile, it is a requirement of bitstream conformance that the last coding tree block in the slice shall belong to the same row of coding tree blocks as the first coding tree block in the slice.<br><br>When entropy_coding_sync_enabled_flag is equal to 1 and the first coding tree block in a slice segment is not the first coding tree block of a row of coding tree blocks in a tile, it is a requirement of bitstream conformance that the last coding tree block in the slice segment shall belong to the same row of coding tree blocks as the first coding tree block in the slice segment. |

Ex. 13 (H.265 specification) at 79-80.

| |
|---|
| **7.4.9   Slice segment data semantics**<br><br>**7.4.9.1   General slice segment data semantics**<br><br>**end_of_slice_segment_flag** equal to 0 specifies that another coding tree unit is following in the slice. end_of_slice_segment_flag equal to 1 specifies the end of the slice segment, i.e., that no further coding tree unit follows in the slice segment.<br><br>**end_of_subset_one_bit** shall be equal to 1. |

Ex. 13 (H.265 specification) at 98.

261.    In the bitstream, for all but the first slice segment subset, the start position for each subset (and therefore, the start position of each CTU row of the picture) is indicated by entry point offsets that are signaled by syntax elements entry_point_offset_minus1 in the encoded bitstream. The total number of such entry point offsets for a picture is specified by the syntax element num_entry_point_offsets, which has the maximum value equal to the total number of rows of the picture (provided in terms of the variable PicHeightInCtbsY in H.265).

| | |
|---|---|
| if( tiles_enabled_flag \|\| entropy_coding_sync_enabled_flag ) { | |
| **num_entry_point_offsets** | ue(v) |
| if( num_entry_point_offsets > 0 ) { | |
| **offset_len_minus1** | ue(v) |
| for( i = 0; i < num_entry_point_offsets; i++ ) | |
| **entry_point_offset_minus1**[ i ] | u(v) |
| } | |

Ex. 13 (H.265 specification) at 46.

---

**num_entry_point_offsets** specifies the number of entry_point_offset_minus1[ i ] syntax elements in the slice header. When not present, the value of num_entry_point_offsets is inferred to be equal to 0.

The value of num_entry_point_offsets is constrained as follows:

– If tiles_enabled_flag is equal to 0 and entropy_coding_sync_enabled_flag is equal to 1, the value of num_entry_point_offsets shall be in the range of 0 to PicHeightInCtbsY − 1, inclusive.

– Otherwise, if tiles_enabled_flag is equal to 1 and entropy_coding_sync_enabled_flag is equal to 0, the value of num_entry_point_offsets shall be in the range of 0 to ( num_tile_columns_minus1 + 1 ) * ( num_tile_rows_minus1 + 1 ) − 1, inclusive.

– Otherwise, when tiles_enabled_flag is equal to 1 and entropy_coding_sync_enabled_flag is equal to 1, the value of num_entry_point_offsets shall be in the range of 0 to ( num_tile_columns_minus1 + 1 ) * PicHeightInCtbsY − 1, inclusive.

**offset_len_minus1** plus 1 specifies the length, in bits, of the entry_point_offset_minus1[ i ] syntax elements. The value of offset_len_minus1 shall be in the range of 0 to 31, inclusive.

**entry_point_offset_minus1**[ i ] plus 1 specifies the i-th entry point offset in bytes, and is represented by offset_len_minus1 plus 1 bits. The slice segment data that follows the slice segment header consists of num_entry_point_offsets + 1 subsets, with subset index values ranging from 0 to num_entry_point_offsets, inclusive. The first byte of the slice segment data is considered byte 0. When present, emulation prevention bytes that appear in the slice segment data portion of the coded slice segment NAL unit are counted as part of the slice segment data for purposes of subset identification. Subset 0 consists of bytes 0 to entry_point_offset_minus1[ 0 ], inclusive, of the coded slice segment data, subset k, with k in the range of 1 to num_entry_point_offsets − 1, inclusive, consists of bytes firstByte[ k ] to lastByte[ k ], inclusive, of the coded slice segment data with firstByte[ k ] and lastByte[ k ] defined as:

$$\text{firstByte[k]} = \sum_{n=1}^{k}(\text{entry\_point\_offset\_minus1}[n-1]+1) \qquad (7\text{-}53)$$

$$\text{lastByte[ k ]} = \text{firstByte[ k ]} + \text{entry\_point\_offset\_minus1[ k ]} \qquad (7\text{-}54)$$

The last subset (with subset index equal to num_entry_point_offsets) consists of the remaining bytes of the coded slice segment data.

---

Ex. 13 (H.265 specification) at 93.

262. Review of bitstreams collected from Snap indicates that "entropy_coding_sync_enabled_flag" is enabled, that various entry point offsets are encoded, and that arithmetic coding is used throughout Snap bitstreams to encode information about coding units and slices.





| Pos | R | V | SE Name | Value | Bits | Bits, % | Decoding |
|---|---|---|---|---|---|---|---|
| Syntax Info \| 8220 | | | | | | | |
| Filter | | | | | | | Hex |
| 0x00000582:7 | 256 | 108 | split_cu_flag[368][512] | 0 | 1 | 20.00 | Arithmetic |
| 0x00000583:0 | | | ∨ coding_unit(368, 512, 4) | | 4 | 80.00 | |
| 0x00000583:0 | 280 | 217 | cu_skip_flag | 1 | 2 | 50.00 | Arithmetic |
| 0x00000583:2 | | | ∨ prediction_unit(368, 512, 16, 16) | | 2 | 50.00 | |
| 0x00000583:2 | 264 | 13 | merge_idx | 1 | 2 | 100.00 | Arithmetic |

Exemplary VQ Analyzer screenshot showing "Arithmetic" decoding in Snap bitstream.

263.    Source code for the x265 encoder used by Snap shows the use of entropy coding.  For example, the "Entropy" class in entropy.cpp performs entropy coding as part of the coding process. Ex. 16 (entropy.cpp).

264.    Source code shows that when WPP is enabled, entry point offsets for each entropy segment are encoded.

```
/** write wavefront substreams sizes for the slice header */
void Entropy::codeSliceHeaderWPPEntryPoints(const uint32_t *substreamSizes, uint32_t numSubStreams,
uint32_t maxOffset)
{
    uint32_t offsetLen = 1;
    while (maxOffset >= (1U << offsetLen))
    {
        offsetLen++;
        X265_CHECK(offsetLen < 32, "offsetLen is too large\n");
    }

    WRITE_UVLC(numSubStreams, "num_entry_point_offsets");
    if (numSubStreams > 0)
        WRITE_UVLC(offsetLen - 1, "offset_len_minus1");

    for (uint32_t i = 0; i < numSubStreams; i++)
        WRITE_CODE(substreamSizes[i] - 1, offsetLen, "entry_point_offset_minus1");
}
```

Ex. 16 (entropy.cpp) at 13-14.

265.    Snap's Accused Services perform "performing, for each entropy slice, entropy encoding along a respective entropy coding path using respective probability estimations."

266.    For example, the H.265 specification explains that CTUs in a slice segment or a tile are scanned or parsed in the raster scan order. Based on the definition of raster scan in H.265, each row

of the picture is scanned from left to right edge of the picture, going down the rows from top to

bottom of the picture.

| | |
|---|---|
| **3.118** | **raster scan**: A mapping of a rectangular two-dimensional pattern to a one-dimensional pattern such that the first entries in the one-dimensional pattern are from the first top row of the two-dimensional pattern scanned from left to right, followed similarly by the second, third, etc., rows of the pattern (going down) each scanned from left to right. |

Ex. 13 (H.265 specification) at 10.

**slice_segment_address** specifies the address of the first coding tree block in the slice segment, in coding tree block raster scan of a picture. The length of the slice_segment_address syntax element is Ceil( Log2( PicSizeInCtbsY ) ) bits. The value of slice_segment_address shall be in the range of 0 to PicSizeInCtbsY − 1, inclusive and the value of slice_segment_address shall not be equal to the value of slice_segment_address of any other coded slice segment NAL unit of the same coded picture. When slice_segment_address is not present, it is inferred to be equal to 0.

The variable CtbAddrInRs, specifying a coding tree block address in coding tree block raster scan of a picture, is set equal to slice_segment_address. The variable CtbAddrInTs, specifying a coding tree block address in tile scan, is set equal to CtbAddrRsToTs[ CtbAddrInRs ]. The variable CuQpDeltaVal, specifying the difference between a luma quantization

Ex. 13 (H.265 specification) at 89.

**entry_point_offset_minus1**[ i ] plus 1 specifies the i-th entry point offset in bytes, and is represented by offset_len_minus1 plus 1 bits. The slice segment data that follows the slice segment header consists of num_entry_point_offsets + 1 subsets, with subset index values ranging from 0 to num_entry_point_offsets, inclusive. The first byte of the slice segment data is considered byte 0. When present, emulation prevention bytes that appear in the slice segment data portion of the coded slice segment NAL unit are counted as part of the slice segment data for purposes of subset identification. Subset 0 consists of bytes 0 to entry_point_offset_minus1[ 0 ], inclusive, of the coded slice segment data, subset k, with k in the range of 1 to num_entry_point_offsets − 1, inclusive, consists of bytes firstByte[ k ] to lastByte[ k ], inclusive, of the coded slice segment data with firstByte[ k ] and lastByte[ k ] defined as:

Ex. 13 (H.265 specification) at 93.

When tiles_enabled_flag is equal to 0 and entropy_coding_sync_enabled_flag is equal to 1, each subset k with k in the range of 0 to num_entry_point_offsets, inclusive, shall consist of all coded bits of all coding tree units in the slice segment that include luma coding tree blocks that are in the same luma coding tree block row of the picture, and the number of

subsets (i.e., the value of num_entry_point_offsets + 1) shall be equal to the number of coding tree block rows of the picture that contain coding tree units that are in the coded slice segment.

> NOTE 6 – The last subset (i.e., subset k for k equal to num_entry_point_offsets) may or may not contain all coding tree units that include luma coding tree blocks that are in a luma coding tree block row of the picture.

When tiles_enabled_flag is equal to 1 and entropy_coding_sync_enabled_flag is equal to 1, each subset k with k in the range of 0 to num_entry_point_offsets, inclusive, shall consist of all coded bits of all coding tree units in the slice segment that include luma coding tree blocks that are in the same luma coding tree block row of a tile, and the number of subsets (i.e., the value of num_entry_point_offsets + 1) shall be equal to the number of luma coding tree block rows of a tile that contain coding tree units that are in the coded slice segment.

Ex. 13 (H.265 specification) at 93-94.

---

**9.3.4.3    Arithmetic decoding process**

**9.3.4.3.1   General**

Inputs to this process are ctxTable, ctxIdx and bypassFlag, as derived in clause 9.3.4.2, and the state variables ivlCurrRange and ivlOffset of the arithmetic decoding engine.

Output of this process is the value of the bin.

Figure 9-5 illustrates the whole arithmetic decoding process for a single bin. For decoding the value of a bin, the context index table ctxTable and the ctxIdx are passed to the arithmetic decoding process DecodeBin( ctxTable, ctxIdx ), which is specified as follows:

---

Ex. 13 (H.265 specification) at 212.

267.    The H.265 specification further discloses probability estimations of least probable symbol (LPS) and most probable symbol (MPS), represented for example using variables pStateIdx, valMps, ivlCurrRange, etc.

---

**9.3.2.2    Initialization process for context variables**

Outputs of this process are the initialized CABAC context variables indexed by ctxTable and ctxIdx.

Table 9-5 to Table 9-37contain the values of the 8 bit variable initValue used in the initialization of context variables that are assigned to all syntax elements in clauses 7.3.8.1 through 7.3.8.12, except end_of_slice_segment_flag, end_of_subset_one_bit and pcm_flag.

For each context variable, the two variables pStateIdx and valMps are initialized.

  NOTE 1 – The variable pStateIdx corresponds to a probability state index and the variable valMps corresponds to the value of the most probable symbol as further described in clause 9.3.4.3.

---

Ex. 13 (H.265 specification) at 187.

268.    Source code for the x265 encoder used by Snap shows the use of entropy coding. For example, the "Entropy" class in entropy.cpp performs entropy coding along a respective entropy coding path using respective probability estimations as part of the coding process. Ex. 16 (entropy.cpp). This code shows that the coding proceeds column by column and row by row:

81

```
void FrameEncoder::encodeSlice(uint32_t sliceAddr)
{
    Slice* slice = m_frame->m_encData->m_slice;
    const uint32_t widthInLCUs = slice->m_sps->numCuInWidth;
    const uint32_t lastCUAddr = (slice->m_endCUAddr + m_param->num4x4Partitions - 1) / m_param->num4x4Partitions;
    const uint32_t numSubstreams = m_param->bEnableWavefront ? slice->m_sps->numCuInHeight : 1;

    SAOParam* saoParam = slice->m_sps->bUseSAO && slice->m_bUseSao ? m_frame->m_encData->m_saoParam : NULL;
    for (uint32_t cuAddr = sliceAddr; cuAddr < lastCUAddr; cuAddr++)
    {
        uint32_t col = cuAddr % widthInLCUs;
        uint32_t row = cuAddr / widthInLCUs;
        uint32_t subStrm = row % numSubstreams;
        CUData* ctu = m_frame->m_encData->getPicCTU(cuAddr);
```

Ex. 22 (frameencoder.cpp) at 23.

269.    The x265 source code used by Snap shows that when WPP is enabled, probabilities are synchronized at the start of each line.

```
        // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

270.    Snap's Accused Services perform "adapting the respective probability estimations along the respective entropy coding path using a previously encoded part of the respective entropy slice."

271.    The H.265 specification discloses CABAC-based entropy coding, which adapts probability estimations based on context throughout the coding.

---

**9.3.4.3.2.2   State transition process**

Inputs to this process are the current pStateIdx, the decoded value binVal and valMps values of the context variable associated with ctxTable and ctxIdx.

Outputs of this process are the updated pStateIdx and valMps of the context variable associated with ctxIdx.

Depending on the decoded value binVal, the update of the two variables pStateIdx and valMps associated with ctxIdx is derived as follows:

```
if( binVal == valMps )
    pStateIdx = transIdxMps( pStateIdx )
else {
    if( pStateIdx == 0 )
        valMps = 1 − valMps
    pStateIdx = transIdxLps( pStateIdx )
}
```
(9-56)

Table 9-47 specifies the transition rules transIdxMps( ) and transIdxLps( ) after decoding the value of valMps and 1 − valMps, respectively.

---

Ex. 13 (H.265 specification) at 214.

272.    The x265 source code used by Snap shows that probability estimations are adapted as coding progresses.  For example, the Entropy::encodeBin function takes a context model ctxModel and updates it as coding continues.

```
/** Encode bin */
void Entropy::encodeBin(uint32_t binValue, uint8_t &ctxModel)
{
    uint32_t mstate = ctxModel;

    ctxModel = sbacNext(mstate, binValue);

    if (!m_bitIf)
    {
        m_fracBits += sbacGetEntropyBits(mstate, binValue);
        return;
    }

    uint32_t range = m_range;
    uint32_t state = sbacGetState(mstate);
    uint32_t lps = g_lpsTable[state][((uint8_t)range >> 6)];
    range -= lps;
```

Ex. 16 (entropy.cpp) at 45.

273.    Snap's Accused Services perform "entropy encoding the plurality of entropy slices sequentially using an entropy slice order."

274.    In the H.265 standard, CTUs in a slice segment are scanned or parsed in the raster scan order. Each row of the picture is scanned from left to right edge of the picture, going down the rows from

top to bottom of the picture.

| | |
|---|---|
| **3.118** | **raster scan**: A mapping of a rectangular two-dimensional pattern to a one-dimensional pattern such that the first entries in the one-dimensional pattern are from the first top row of the two-dimensional pattern scanned from left to right, followed similarly by the second, third, etc., rows of the pattern (going down) each scanned from left to right. |

Ex. 13 (H.265 specification) at 10.

**slice_segment_address** specifies the address of the first coding tree block in the slice segment, in coding tree block raster scan of a picture. The length of the slice_segment_address syntax element is Ceil( Log2( PicSizeInCtbsY ) ) bits. The value of slice_segment_address shall be in the range of 0 to PicSizeInCtbsY − 1, inclusive and the value of slice_segment_address shall not be equal to the value of slice_segment_address of any other coded slice segment NAL unit of the same coded picture. When slice_segment_address is not present, it is inferred to be equal to 0.

The variable CtbAddrInRs, specifying a coding tree block address in coding tree block raster scan of a picture, is set equal to slice_segment_address. The variable CtbAddrInTs, specifying a coding tree block address in tile scan, is set equal to CtbAddrRsToTs[ CtbAddrInRs ]. The variable CuQpDeltaVal, specifying the difference between a luma quantization

Ex. 13 (H.265 specification) at 89.

**entry_point_offset_minus1**[ i ] plus 1 specifies the i-th entry point offset in bytes, and is represented by offset_len_minus1 plus 1 bits. The slice segment data that follows the slice segment header consists of num_entry_point_offsets + 1 subsets, with subset index values ranging from 0 to num_entry_point_offsets, inclusive. The first byte of the slice segment data is considered byte 0. When present, emulation prevention bytes that appear in the slice segment data portion of the coded slice segment NAL unit are counted as part of the slice segment data for purposes of subset identification. Subset 0 consists of bytes 0 to entry_point_offset_minus1[ 0 ], inclusive, of the coded slice segment data, subset k, with k in the range of 1 to num_entry_point_offsets − 1, inclusive, consists of bytes firstByte[ k ] to lastByte[ k ], inclusive, of the coded slice segment data with firstByte[ k ] and lastByte[ k ] defined as:

Ex. 13 (H.265 specification) at 93.

When tiles_enabled_flag is equal to 0 and entropy_coding_sync_enabled_flag is equal to 1, each subset k with k in the range of 0 to num_entry_point_offsets, inclusive, shall consist of all coded bits of all coding tree units in the slice segment that include luma coding tree blocks that are in the same luma coding tree block row of the picture, and the number of

subsets (i.e., the value of num_entry_point_offsets + 1) shall be equal to the number of coding tree block rows of the picture that contain coding tree units that are in the coded slice segment.

NOTE 6 – The last subset (i.e., subset k for k equal to num_entry_point_offsets) may or may not contain all coding tree units that include luma coding tree blocks that are in a luma coding tree block row of the picture.

When tiles_enabled_flag is equal to 1 and entropy_coding_sync_enabled_flag is equal to 1, each subset k with k in the range of 0 to num_entry_point_offsets, inclusive, shall consist of all coded bits of all coding tree units in the slice segment that include luma coding tree blocks that are in the same luma coding tree block row of a tile, and the number of subsets (i.e., the value of num_entry_point_offsets + 1) shall be equal to the number of luma coding tree block rows of a tile that contain coding tree units that are in the coded slice segment.

Ex. 13 (H.265 specification) at 93-94.

**9.3.4.3    Arithmetic decoding process**

**9.3.4.3.1   General**

Inputs to this process are ctxTable, ctxIdx and bypassFlag, as derived in clause 9.3.4.2, and the state variables ivlCurrRange and ivlOffset of the arithmetic decoding engine.

Output of this process is the value of the bin.

Figure 9-5 illustrates the whole arithmetic decoding process for a single bin. For decoding the value of a bin, the context index table ctxTable and the ctxIdx are passed to the arithmetic decoding process DecodeBin( ctxTable, ctxIdx ), which is specified as follows:

Ex. 13 (H.265 specification) at 212.

275.    The slices must be encoded sequentially because when entropy_coding_sync_enabled_flag is enabled, for the first CTU block in a row (not including the first row), the context variables are initialized by synchronizing them with the context variables of a block of the second CTU in the row one above the row being decoded.

**9.3.2    Initialization process**

**9.3.2.1   General**

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.



**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

276. Source code for the x265 encoder used by Snap confirms that encoding proceeds sequentially and is synchronized at the start of each line with a block from the previous line.

```
void FrameEncoder::encodeSlice(uint32_t sliceAddr)
{
    Slice* slice = m_frame->m_encData->m_slice;
    const uint32_t widthInLCUs = slice->m_sps->numCuInWidth;
    const uint32_t lastCUAddr = (slice->m_endCUAddr + m_param->num4x4Partitions - 1) / m_param->num4x4Partitions;
    const uint32_t numSubstreams = m_param->bEnableWavefront ? slice->m_sps->numCuInHeight : 1;

    SAOParam* saoParam = slice->m_sps->bUseSAO && slice->m_bUseSao ? m_frame->m_encData->m_saoParam : NULL;
    for (uint32_t cuAddr = sliceAddr; cuAddr < lastCUAddr; cuAddr++)
    {
        uint32_t col = cuAddr % widthInLCUs;
        uint32_t row = cuAddr / widthInLCUs;
        uint32_t subStrm = row % numSubstreams;
        CUData* ctu = m_frame->m_encData->getPicCTU(cuAddr);
```

Ex. 22 (frameencoder.cpp) at 23.

277. The x265 source code used by Snap shows that when WPP is enabled, probabilities are synchronized at the start of each line.

```
        // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
        start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

278. Snap's Accused Services perform "in entropy encoding a predetermined entropy slice, entropy encoding a current part of the predetermined entropy slice based on the respective probability estimations of the predetermined entropy slice as adapted using the previously encoded part of the predetermined entropy slice, and probability estimations as used in the entropy encoding of a spatially neighboring, in the entropy slice order, preceding entropy slice at a neighboring part of the spatially neighboring preceding entropy slice, wherein each entropy slice comprises entropy encoded data for a corresponding portion of the sample array, the different portions forming rows of blocks of the sample array with the blocks being regularly arranged in rows and columns so that portions corresponding to the entropy slices comprise a same number of blocks, and the entropy

coding path points in parallel along the rows of the blocks."

279.    For example, the H.265 standard explains that entropy coding proceeds row by row, and for the first CTU block in a row (not including the first row), the context variables are initialized by synchronizing them with the context variables of a neighboring block of the second CTU in the row one above the row being decoded.



**9.3.2      Initialization process**

**9.3.2.1    General**

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.

**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

> – Otherwise, if entropy_coding_sync_enabled_flag is equal to 1 and either CtbAddrInRs % PicWidthInCtbsY is equal to 0 or TileId[ CtbAddrInTs ] is not equal to TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ], the following applies:
>
>> – The location ( xNbT, yNbT ) of the top-left luma sample of the spatial neighbouring block T (Figure 9-2) is derived using the location ( x0, y0 ) of the top-left luma sample of the current coding tree block as follows:
>>
>> $$( xNbT, yNbT ) = ( x0 + CtbSizeY, y0 − CtbSizeY ) \qquad (9\text{-}3)$$
>>
>> – The availability derivation process for a block in z-scan order as specified in clause 6.4.1 is invoked with the location ( xCurr, yCurr ) set equal to ( x0, y0 ) and the neighbouring location ( xNbY, yNbY ) set equal to ( xNbT, yNbT ) as inputs, and the output is assigned to availableFlagT.
>>
>> – The synchronization process for context variables is invoked as follows:
>>
>>> – If availableFlagT is equal to 1, the synchronization process for context variables and Rice parameter initialization states as specified in clause 9.3.2.4 is invoked with TableStateIdxWpp, TableMpsValWpp, and TableStatCoeffWpp as inputs.

Ex. 13 (H.265 specification) at 186.

280.    This probability estimation is updated as encoding continues.

281.    Source code for the x265 encoder used by Snap confirms that when WPP is enabled, probabilities are synchronized with the neighboring "upper-right CTU" at the start of each line. The second CTU in each row ("CTU2") is stored for use with the beginning of the next row ("CTU0").

```
        // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
        start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

```
/* manages the state of encoding one row of CTU blocks.  When
 * WPP is active, several rows will be simultaneously encoded. */
struct CTURow
{
    Entropy            bufferedEntropy;  /* store CTU2 context for next row CTU0 */
```

Ex. 23 (frameencoder.h) at 2.

282.    Snap's Accused Services perform "initializing, for each respective entropy slice, the probability estimations before encoding a first block of the portion corresponding to the respective entropy slice along the respective coding path with probability estimations manifesting themselves after having entropy encoded a second block of the portion corresponding to, in the entropy slice order, the preceding entropy slice along the respective coding path."

88

283.    For example, the H.265 standard explains that entropy coding proceeds row by row, and for the first CTU block in a row (not including the first row), the context variables are initialized by synchronizing them with the context variables of a neighboring block of the second CTU in the row one above the row being decoded.



Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)

Ex. 13 (H.265 specification) at 186.

> – Otherwise, if entropy_coding_sync_enabled_flag is equal to 1 and either CtbAddrInRs % PicWidthInCtbsY is equal to 0 or TileId[ CtbAddrInTs ] is not equal to TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ], the following applies:
>
> > – The location ( xNbT, yNbT ) of the top-left luma sample of the spatial neighbouring block T (Figure 9-2) is derived using the location ( x0, y0 ) of the top-left luma sample of the current coding tree block as follows:
> >
> > $$( xNbT, yNbT ) = ( x0 + CtbSizeY, y0 − CtbSizeY ) \qquad (9\text{-}3)$$
> >
> > – The availability derivation process for a block in z-scan order as specified in clause 6.4.1 is invoked with the location ( xCurr, yCurr ) set equal to ( x0, y0 ) and the neighbouring location ( xNbY, yNbY ) set equal to ( xNbT, yNbT ) as inputs, and the output is assigned to availableFlagT.
> >
> > – The synchronization process for context variables is invoked as follows:
> >
> > > – If availableFlagT is equal to 1, the synchronization process for context variables and Rice parameter initialization states as specified in clause 9.3.2.4 is invoked with TableStateIdxWpp, TableMpsValWpp, and TableStatCoeffWpp as inputs.

Ex. 13 (H.265 specification) at 186.

284. Source code for the x265 encoder used by Snap confirms that when WPP is enabled, probabilities are initialized with the probability estimations from the "upper-right CTU", i.e., the second block from the prior line, at the start of each line.

```
        // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
    start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

## COUNT IV: PATENT INFRINGEMENT OF THE '272 PATENT

285. Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

286. Snap had knowledge and notice of the '272 Patent no later than March 18, 2026, and, as discussed above, it has had knowledge and notice of family members of the '272 Patent no later than November 24, 2023 and again through communications on August 13, 2025 and November 21, 2025.

287. Snap infringes the '272 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '272 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271. For example, Snap directly infringes the '272 Patent through its encoding, decoding, and transcoding of H.265 (HEVC) and AV1-compliant video in the United

States.

288.    On information and belief, Snap indirectly infringes claims of the '272 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

289.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

**Learn About Snap's Service Providers**

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |
| --- | --- | --- |

Ex. 12 at 1.

290.    As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '272 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '272 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '272 Patent.

291.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '272 Patent, including in this District and elsewhere in the United States.

292.    Snap's infringement of the '272 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '272 Patent and had knowledge, or was willfully blind, as to its infringement of the '272 Patent.  As discussed above, Snap has had actual knowledge of the '272 Patent since before

91

this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '272 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '272 Patent.

293.    Snap's infringement of the '272 Patent has damaged and will continue to damage Dolby.

294.    Claim 17 of the '272 Patent recites:

17. An apparatus for encoding comprising:

a decomposer configured to:

receive a sequence of syntax elements having a value range which is sub-divided into a plurality of disjoint portions, related to level values of transform coefficients of a transform coefficient block, and

obtain a sequence of source symbols based on the sequence of syntax elements by decomposing each syntax element into a corresponding set of source symbols based on a portion of the plurality of disjoint portions associated with the syntax element, such that a combination of values of the source symbols of the set yields the value of the syntax element; and

a symbol encoder configured to:

receive the sequence of source symbols,

sub-divide the sequence of source symbols into a first sequence of source symbols and a second sequence of source symbols, and

encode a source symbol of the first sequence using arithmetic context-based entropy coding and a source symbol of the second sequence using Exp-Golomb coding.

295.    Snap's Accused Services include "an apparatus for encoding."

296.    For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

297.    Videos downloaded from Snap show that an HEVC format is used:

| | |
|---|---|
| Format | MPEG-4 |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

298.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC video.

| | |
|---|---|
| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |

(Video from Snap as viewed in MediaInfo app.)

299.    In addition, Snap's backend servers encode AV1-compliant video for streaming to devices. Snap indicates that it uses AV1 to ensure "seamless delivery and playback across devices," and the source code for its web app repeatedly refers to the software and hardware AV1 decoders it uses to decode video on client devices.

Snap Inc. relies on the expertise of its engineering team to drive advancements in media infrastructure. As an Engineering Manager with over three years of experience at Snap Inc., I lead initiatives in mobile media infrastructure, transcoding, codec management, and media quality. My team focuses on optimizing video and audio quality through cutting-edge technologies such as AV1 and Video Super Resolution, ensuring seamless delivery and playback across platforms.

Ex. 9 (Junhong Nie LinkedIn).

```
{avc:"avc1",hevc:"hvc1",vp9:"vp09",av1:"av01"},
```

Ex. 14 (Snap web source code) at 168.

```
(!1!==e.isSnapVp9DecoderAvailable&&t.uint32(8).bool(e.isSnapVp9DecoderAvailable),!1!==e.isSnapAv1Decoder
Available&&t.uint32(16).bool(e.isSnapAv1DecoderAvailable),t),decode(e,t){const n=e instanceof a.Reader?
e:a.Reader.create(e);let i=void 0===t?n.len:n.pos+t;const r=
{isSnapVp9DecoderAvailable:!1,isSnapAv1DecoderAvailable:!1};for(;n.pos<i;){const
e=n.uint32();switch(e>>>3){case 1:if(8!==e)break;r.isSnapVp9DecoderAvailable=n.bool();continue;case
2:if(16!==e)break;r.isSnapAv1DecoderAvailable=n.bool();continue}if(4==
(7&e)||0===e)break;n.skipType(7&e)}return r},create:e=>b.fromPartial(e??{}),fromPartial(e){const t=
{isSnapVp9DecoderAvailable:!1,isSnapAv1DecoderAvailable:!1};return
t.isSnapVp9DecoderAvailable=e.isSnapVp9DecoderAvailable??!1,t.isSnapAv1DecoderAvailable=e.isSnapAv1Decod
erAvailable??!1,t}};function A(e){return e.toString()}a.util.Long!==c.A&&
```

Ex. 14 (Snap web source code) at 524.

```
T_MINIS_ACTIVITY",e[e.DAYS_SINCE_LAST_MINIS_ACTIVITY=135]="DAYS_SINCE_LAST_MINIS_ACTIVITY",e[e.DEVICE_AV
1_DECODING_SUPPORT=136]="DEVICE_AV1_DECODING_SUPPORT",e[e.APP_PACKAGE_INSTALLER=137]="APP_PACKAGE_INSTAL
LER",e[e.URL=138]="URL",e[e.ESTIMATED_DURATION_FOR_EVENT_MS=139]="ESTIMATED_DURATION_FOR_EVENT_MS",e[e.M
EDIA_SOURCE=140]="MEDIA_SOURCE",e[e.ASSET_TYPE=141]="ASSET_TYPE",e[e.STORY_VIEWS_5TH_TAB_ENGAGEMENT_LEVE
L=142]="STORY_VIEWS_5TH_TAB_ENGAGEMENT_LEVEL",e[e.REPORTED_AGE=143]="REPORTED_AGE",e[e.ANDROID_MOBILE_SE
RVICES_PROVIDER=144]="ANDROID_MOBILE_SERVICES_PROVIDER",e[e.IS_ACQUIRED_USER=145]="IS_ACQUIRED_USER",e[e
.YDPI=146]="YDPI",e[e.BOLT_IS_CONTENT_POPULAR=147]="BOLT_IS_CONTENT_POPULAR",e[e.CAPTURE_MODE=148]="CAPT
URE_MODE",e[e.BIDIRECTIONAL_FRIEND_STATUS_VELLUM=149]="BIDIRECTIONAL_FRIEND_STATUS_VELLUM",e[e.ORIGIN=15
0]="ORIGIN",e[e.LENSCORE_VERSION=151]="LENSCORE_VERSION",e[e.SNAPKIT_APP_ID=152]="SNAPKIT_APP_ID",e[e.GP
U=153]="GPU",e[e.CHIPSET_NAME=154]="CHIPSET_NAME",e[e.CHIPSET_VERSION=155]="CHIPSET_VERSION",e[e.HAS_ZER
O_IDFA=156]="HAS_ZERO_IDFA",e[e.LIMIT_AD_TRACKING=157]="LIMIT_AD_TRACKING",e[e.ATT_AUTH_STATUS=158]="ATT
_AUTH_STATUS",e[e.VP9_SOFTWARE_DECODING_SUPPORTED=159]="VP9_SOFTWARE_DECODING_SUPPORTED",e[e.AV1_SOFTWAR
E_DECODING_SUPPORTED=160]="AV1_SOFTWARE_DECODING_SUPPORTED",e[e.WITH_MUSIC=161]="WITH_MUSIC",e[e.CAMERA2
```

Ex. 14 (Snap web source code) at 539.

```
',e[e.AV1_SW_DECODER=334]="AV1_SW_DECODER",e[e.AV1_HW_DECODER=335]="AV1_HW_DECODER"
```

Ex. 14 (Snap web source code) at 540.

```
(!1!==e.isSnapVp9DecoderAvailable&&t.uint32(8).bool(e.isSnapVp9DecoderAvailable),!1!==e.isSnapAv1Decoder
Available&&t.uint32(16).bool(e.isSnapAv1DecoderAvailable),t),decode(e,t){const n=e instanceof _t?e:new
_t(e);let i=void 0===t?n.len:n.pos+t;const r=
{isSnapVp9DecoderAvailable:!1,isSnapAv1DecoderAvailable:!1};for(;n.pos<i;){const
e=n.uint32();switch(e>>>3){case 1:if(8!==e)break;r.isSnapVp9DecoderAvailable=n.bool();continue;case
2:if(16!==e)break;r.isSnapAv1DecoderAvailable=n.bool();continue}if(4==
(7&e)||0===e)break;n.skip(7&e)}return r},create:e=>li.fromPartial(null!=e?e:{}),fromPartial(e){var
t,n;const i={isSnapVp9DecoderAvailable:!1,isSnapAv1DecoderAvailable:!1};return
i.isSnapVp9DecoderAvailable=null!==(t=e.isSnapVp9DecoderAvailable)&&void
0!==t&&t,i.isSnapAv1DecoderAvailable=null!==(n=e.isSnapAv1DecoderAvailable)&&void 0!==n&&n,i}},ui=
{encode:(e,t=new ht)=>
```

Ex. 14 (Snap web source code) at 695.
*See also* Ex. 14 (Snap web source code) at 169, 696-98, 831, 1358-1360.

300.    Snap's Accused Services include "a decomposer configured to: receive a sequence of syntax elements having a value range which is sub-divided into a plurality of disjoint portions, related to level values of transform coefficients of a transform coefficient block, and obtain a sequence of source symbols based on the sequence of syntax elements by decomposing each syntax element into a corresponding set of source symbols based on a portion of the plurality of disjoint portions associated with the syntax element, such that a combination of values of the source symbols of the set yields the value of the syntax element."

301.    For example, the H.265 specification explains how a sequence of elements, TransCoeffLevel[x0][y0][cIdx][xC][yC], each representing a value range of a transform coefficient

94

residual, is decomposed and signaled.

302.    First, in the H.265 specification, sig_coeff_flag, coeff_abs_level_greater1_flag, and coeff_abs_level_greater2_flag indicate whether the absolute value of the transform coefficient is greater than 0, greater than 1, or greater than 2, respectively.

---

**sig_coeff_flag**[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:

–   If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.

–   Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

When sig_coeff_flag[ xC ][ yC ] is not present, it is inferred as follows:

–   If ( xC, yC ) is the last significant location ( LastSignificantCoeffX, LastSignificantCoeffY ) in scan order or all of the following conditions are true, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 1:

   –   ( xC & 3, yC & 3 ) is equal to ( 0, 0 )

   –   inferSbDcSigCoeffFlag is equal to 1

   –   coded_sub_block_flag[ xS ][ yS ] is equal to 1

–   Otherwise, sig_coeff_flag[ xC ][ yC ] is inferred to be equal to 0.

**coeff_abs_level_greater1_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1.

When coeff_abs_level_greater1_flag[ n ] is not present, it is inferred to be equal to 0.

**coeff_abs_level_greater2_flag**[ n ] specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2.

---

Ex. 13 (H.265 specification) at 106.

303.    Second, in the H.265 specification, if the absolute value of the transform coefficient is greater than 2, coeff_abs_level_remaining represents the remaining absolute value. The representation of coeff_abs_level_remaining is further divided into a prefix bin string and suffix bin string.

---

**coeff_abs_level_remaining**[ n ] is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0.

---

Ex. 13 (H.265 specification) at 107.

---

**9.3.3.10    Binarization process for coeff_abs_level_remaining[ ]**

Input to this process is a request for a binarization for the syntax element coeff_abs_level_remaining[ n ], the current sub-block scan index i, baseLevel, the colour component cIdx and the luma location ( x0, y0 ) specifying the top-left sample of the current luma transform block relative to the top-left luma sample of the picture.

Output of this process is the binarization of the syntax element.

---

Ex. 13 (H.265 specification) at 204.

> The binarization of the syntax element coeff_abs_level_remaining[ n ] is a concatenation of a prefix bin string and (when present) a suffix bin string.
>
> For the derivation of the prefix bin string, the following applies:
>
> – The prefix value of coeff_abs_level_remaining[ n ], prefixVal, is derived as follows:
>
> $$\text{prefixVal} = \text{Min}( \text{cMax}, \text{coeff\_abs\_level\_remaining}[ n ] ) \qquad (9\text{-}23)$$
>
> – The prefix bin string is specified by invoking the TR binarization process as specified in clause 9.3.3.2 for prefixVal with the variables cMax and cRiceParam as inputs.
>
> When the prefix bin string is equal to the bit string of length 4 with all bits equal to 1, the suffix bin string is present and it is derived as follows:
>
> – The suffix value of coeff_abs_level_remaining[ n ], suffixVal, is derived as follows:
>
> $$\text{suffixVal} = \text{coeff\_abs\_level\_remaining}[ n ] - \text{cMax} \qquad (9\text{-}24)$$
>
> – If extended_precision_processing_flag is equal to 0, the suffix bin string is specified by invoking the k-th order EGk binarization process as specified in clause 9.3.3.3 for the binarization of suffixVal with the Exp-Golomb order k set equal to cRiceParam + 1.
>
> – Otherwise (extended_precision_processing_flag is equal to 1), the suffix bin string is specified by invoking the limited k-th order EGk binarization process as specified in clause 9.3.3.4 for the binarization of suffixVal with the variable riceParam set equal to cRiceParam + 1 and the colour component cIdx.

Ex. 13 (H.265 specification) at 205.

304.    In the H.265 specification, the combination of the values of the source symbols of the set yields the value of the syntax element:

| | |
|---|---|
| if( sig_coeff_flag[ xC ][ yC ] ) { | |
| baseLevel = 1 + coeff_abs_level_greater1_flag[ n ] + coeff_abs_level_greater2_flag[ n ] | |
| if( baseLevel == ( ( numSigCoeff < 8 ) ? ( (n == lastGreater1ScanPos) ? 3 : 2 ) : 1 ) ) | |
| **coeff_abs_level_remaining**[ n ] | ae(v) |
| TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] = ( coeff_abs_level_remaining[ n ] + baseLevel ) * ( 1 − 2 * coeff_sign_flag[ n ] ) | |

Ex. 13 (H.265 specification) at 59.

305.    For example, compressed video data captured from Snap shows the use of sig_coeff_flag, coeff_abs_level_greater1_flag, and coeff_abs_level_greater2_flag, as well as encoding of coeff_abs_level_remaining.

Syntax Info | 8540

Filter    Hex

| Pos | R | V | SE Name | Value | Bits | Bits, % | Decoding |
|---|---|---|---|---|---|---|---|
| 0x0000110e:1 | 286 | 124 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |
| 0x0000110e:2 | 286 | 248 | coeff_sign_flag | 1 | 1 | 0.35 | Bypass |
| 0x0000110e:3 | 286 | 210 | coeff_sign_flag | 1 | 1 | 0.35 | Bypass |
| 0x0000110e:4 | 286 | 135 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |
| 0x0000110e:5 | 286 | 270 | coeff_abs_level_remaining | 4 | 6 | 2.13 | Bypass |
| 0x0000110f:3 | 286 | 150 | coeff_abs_level_remaining | 2 | 3 | 1.06 | Bypass |
| 0x0000110f:6 | 286 | 56 | coeff_abs_level_remaining | 0 | 2 | 0.71 | Bypass |
| 0x00001110:0 | 286 | 227 | coeff_abs_level_remaining | 4 | 4 | 1.42 | Bypass |
| 0x00001110:4 | 286 | 203 | coeff_abs_level_remaining | 3 | 3 | 1.06 | Bypass |
| 0x00001110:7 | 286 | 197 | coeff_abs_level_remaining | 3 | 3 | 1.06 | Bypass |
| 0x00001111:2 | 286 | 152 | coeff_abs_level_remaining | 2 | 3 | 1.06 | Bypass |
| 0x00001111:5 | 286 | 73 | coeff_abs_level_remaining | 1 | 2 | 0.71 | Bypass |
| 0x00001111:7 | 286 | 7 | coeff_abs_level_remaining | 0 | 2 | 0.71 | Bypass |
| 0x00001112:1 | 286 | 30 | coded_sub_block_flag | 1 | 1 | 0.35 | Arithmeti |
| 0x00001112:2 | 434 | 60 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:2 | 368 | 60 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:2 | 315 | 60 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:2 | 274 | 60 | sig_coeff_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001112:3 | 368 | 120 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:3 | 320 | 120 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:3 | 275 | 120 | sig_coeff_flag | 1 | 1 | 0.35 | Arithmeti |
| 0x00001112:4 | 412 | 240 | sig_coeff_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001112:4 | 289 | 240 | sig_coeff_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001112:5 | 508 | 480 | sig_coeff_flag | 1 | 3 | 1.06 | Arithmeti |
| 0x00001113:0 | 448 | 225 | sig_coeff_flag | 1 | 0 | 0.00 | Arithmeti |
| 0x00001113:0 | 338 | 225 | sig_coeff_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001113:1 | 478 | 451 | sig_coeff_flag | 1 | 2 | 0.71 | Arithmeti |
| 0x00001113:3 | 304 | 199 | sig_coeff_flag | 1 | 1 | 0.35 | Arithmeti |
| 0x00001113:4 | 484 | 399 | sig_coeff_flag | 1 | 1 | 0.35 | Arithmeti |
| 0x00001113:5 | 256 | 87 | sig_coeff_flag | 1 | 1 | 0.35 | Arithmeti |
| 0x00001113:6 | 394 | 174 | coeff_abs_level_greater1_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001113:6 | 362 | 174 | coeff_abs_level_greater1_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001113:6 | 331 | 174 | coeff_abs_level_greater1_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001113:6 | 262 | 174 | coeff_abs_level_greater1_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001113:7 | 418 | 348 | coeff_abs_level_greater1_flag | 1 | 2 | 0.71 | Arithmeti |
| 0x00001114:1 | 292 | 13 | coeff_abs_level_greater1_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001114:2 | 362 | 26 | coeff_abs_level_greater1_flag | 0 | 1 | 0.35 | Arithmeti |
| 0x00001114:3 | 468 | 52 | coeff_abs_level_greater2_flag | 0 | 0 | 0.00 | Arithmeti |
| 0x00001114:3 | 379 | 52 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |

MP4   NAL   VPS   SPS   PPS   Slice   SEI   CU   TU   QM   Ref Lists   Stats   HRD

VQ Analyzer screenshot of bitstream collected from Snapchat.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0x00001118:6 | 506 | 268 | coeff_sign_flag | 1 | 1 | 0.35 | Bypass |
| 0x00001118:7 | 506 | 30 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |
| 0x00001119:0 | 506 | 61 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |
| 0x00001119:1 | 506 | 123 | coeff_sign_flag | 0 | 1 | 0.35 | Bypass |
| 0x00001119:2 | 506 | 247 | coeff_abs_level_remaining | 0 | 1 | 0.35 | Bypass |
| 0x00001119:3 | 506 | 494 | coeff_abs_level_remaining | 8 | 8 | 2.84 | Bypass |
| 0x0000111a:3 | 506 | 57 | coeff_abs_level_remaining | 0 | 2 | 0.71 | Bypass |
| 0x0000111a:5 | 506 | 228 | coeff_abs_level_remaining | 1 | 2 | 0.71 | Bypass |
| 0x0000111a:7 | 506 | 406 | coeff_abs_level_remaining | 4 | 4 | 1.42 | Bypass |
| 0x0000111b:3 | 506 | 439 | coeff_abs_level_remaining | 5 | 4 | 1.42 | Bypass |
| 0x0000111b:7 | 506 | 447 | coeff_abs_level_remaining | 6 | 5 | 1.77 | Bypass |
| 0x0000111c:4 | 506 | 164 | coeff_abs_level_remaining | 2 | 3 | 1.06 | Bypass |
| 0x0000111c:7 | 506 | 303 | coeff_abs_level_remaining | 5 | 4 | 1.42 | Bypass |
| 0x0000111d:3 | 506 | 302 | coeff_abs_level_remaining | 5 | 4 | 1.42 | Bypass |

| MP4 | NAL | VPS | SPS | PPS | Slice | SEI | CU | TU | QM | Ref Lists | Stats | HRD |

VQ Analyzer screenshot of bitstream collected from Snapchat.

306.    For example, the source code for the x265 encoder used by Snap shows the use of sig_coeff_flag, coeff_abs_level_greater1_flag, and coeff_abs_level_greater2_flag.

```
1952                // encode significant_coeff_flag
```

Ex. 16 (entropy.cpp) at 36; see also *id*. at 34-40 (Entropy::codeCoeffNxN).

307.    Similarly, the AV1 specification shows decomposing of transform coefficients into "base levels" and a range above which the Exp-Golomb process is activated.

| Symbol name | Value | Description |
|---|---|---|
| NUM_BASE_LEVELS | 2 | Number of quantizer base levels |
| COEFF_BASE_RANGE | 12 | The quantizer range above NUM_BASE_LEVELS above which the Exp-Golomb coding process is activated |

Ex. 15 (AV1 Spec) at 15.

```
        for ( c = eob - 1; c >= 0; c-- ) {
            pos = scan[ c ]
            if ( c == ( eob - 1 ) ) {
                coeff_base_eob                                        S()
                level = coeff_base_eob + 1
            } else {
                coeff_base                                           S()
                level = coeff_base
            }

            if ( level > NUM_BASE_LEVELS ) {
                for ( idx = 0;
                      idx < COEFF_BASE_RANGE / ( BR_CDF_SIZE - 1 );
                      idx++ ) {
                    coeff_br                                         S()
                    level += coeff_br
                    if ( coeff_br < ( BR_CDF_SIZE - 1 ) )
                        break
                }
            }
            Quant[ pos ] = level
        }
```

Ex. 15 (AV1 Spec) at 91.

```
            if ( Quant[ pos ] >
                 ( NUM_BASE_LEVELS + COEFF_BASE_RANGE ) ) {
                length = 0
                do {
                    length++
                    golomb_length_bit                               L(1)
                } while ( !golomb_length_bit )

                x = 1
                for ( i = length - 2; i >= 0; i-- ) {
                    golomb_data_bit                                 L(1)
                    x = ( x << 1 ) | golomb_data_bit
                }
                Quant[ pos ] = x + COEFF_BASE_RANGE + NUM_BASE_LEVELS
            }
```

Ex. 15 (AV1 Spec) at 91-92.

308.    In the AV1 specification, the total value can be obtained by adding the individual components:

```
Quant[ pos ] = x + COEFF_BASE_RANGE + NUM_BASE_LEVELS
```

Ex. 15 (AV1 Spec) at 92.

309.    Snap's Accused Services include "a symbol encoder configured to: receive the sequence of source symbols, sub-divide the sequence of source symbols into a first sequence of source symbols

and a second sequence of source symbols, and encode a source symbol of the first sequence using arithmetic context-based entropy coding and a source symbol of the second sequence using Exp-Golomb coding."

310.    For example, in the H.265 specification, portions of the symbols representing the transform coefficients are represented using arithmetic context-based entropy coding.

| **sig_coeff_flag**[ xC ][ yC ] | ae(v) |
|---|---|

Ex. 13 (H.265 specification) at 59.

| **coeff_abs_level_greater1_flag**[ n ] | ae(v) |
|---|---|

Ex. 13 (H.265 specification) at 59.

| **coeff_abs_level_greater2_flag**[ lastGreater1ScanPos ] | ae(v) |
|---|---|

Ex. 13 (H.265 specification) at 60.

– ae(v): context-adaptive arithmetic entropy-coded syntax element. The parsing process for this descriptor is specified in clause 9.3.

Ex. 13 (H.265 specification) at 32.

311.    For example, compressed video data captured from Snap shows the use of arithmetic coding for sig_coeff_flag, coeff_abs_level_greater1_flag, and coeff_abs_level_greater2_flag, as well as encoding of coeff_abs_level_remaining.



VQ Analyzer screenshot of bitstream collected from Snapchat.

312. For example, in the H.265 specification, portions of the symbols representing the transform coefficients are represented using Exp-Golomb coding.

101

> **9.3.3.10    Binarization process for coeff_abs_level_remaining[ ]**
>
> Input to this process is a request for a binarization for the syntax element coeff_abs_level_remaining[ n ], the current sub-block scan index i, baseLevel, the colour component cIdx and the luma location ( x0, y0 ) specifying the top-left sample of the current luma transform block relative to the top-left luma sample of the picture.
>
> Output of this process is the binarization of the syntax element.

Ex. 13 (H.265 specification) at 204.

> When the prefix bin string is equal to the bit string of length 4 with all bits equal to 1, the suffix bin string is present and it is derived as follows:
>
> – The suffix value of coeff_abs_level_remaining[ n ], suffixVal, is derived as follows:
>
> $$\text{suffixVal} = \text{coeff\_abs\_level\_remaining[ n ]} - cMax \qquad (9\text{-}24)$$
>
> – If extended_precision_processing_flag is equal to 0, the suffix bin string is specified by invoking the k-th order EGk binarization process as specified in clause 9.3.3.3 for the binarization of suffixVal with the Exp-Golomb order k set equal to cRiceParam + 1.
>
> – Otherwise (extended_precision_processing_flag is equal to 1), the suffix bin string is specified by invoking the limited k-th order EGk binarization process as specified in clause 9.3.3.4 for the binarization of suffixVal with the variable riceParam set equal to cRiceParam + 1 and the colour component cIdx.

Ex. 13 (H.265 specification) at 205.

313.    For example, the source code for the x265 encoder used by Snap shows the use of Exp-Golomb coding for coeff_abs_level_remaining:

```
/** Coding of coeff_abs_level_minus3 */
void Entropy::writeCoefRemainExGolomb(uint32_t codeNumber, uint32_t absGoRice)
{
    uint32_t length;
    const uint32_t codeRemain = codeNumber & ((1 << absGoRice) - 1);

    if ((codeNumber >> absGoRice) < COEF_REMAIN_BIN_REDUCTION)
    {
        length = codeNumber >> absGoRice;

        X265_CHECK(codeNumber - (length << absGoRice) == (codeNumber & ((1 << absGoRice) - 1)),
         "codeNumber failure\n");
        X265_CHECK(length + 1 + absGoRice < 32, "length failure\n");
        encodeBinsEP((((1 << (length + 1)) - 2) << absGoRice) + codeRemain, length + 1 + absGoRice);
    }
    else
```

```
{
    length = 0;
    codeNumber = (codeNumber >> absGoRice) - COEF_REMAIN_BIN_REDUCTION;
    {
        unsigned long idx;
        CLZ(idx, codeNumber + 1);
        length = idx;
        X265_CHECK((codeNumber != 0) || (length == 0), "length check failure\n");
        codeNumber -= (1 << idx) - 1;
    }
    codeNumber = (codeNumber << absGoRice) + codeRemain;

    encodeBinsEP((1 << (COEF_REMAIN_BIN_REDUCTION + length + 1)) - 2, COEF_REMAIN_BIN_REDUCTION +
length + 1);
    encodeBinsEP(codeNumber, length + absGoRice);
}
}
```

Ex. 16 (entropy.cpp) at 27-28.

314.    Similarly, the AV1 specification uses arithmetic coding for certain components, including

base levels:

| coeff_base | S() |
|---|---|

Ex. 15 (AV1 Spec) at 91.

## 4.10.9. S()

An arithmetic encoded symbol coded from a small alphabet of at most 16 entries.

The symbol is decoded based on a context sensitive CDF (see section 8.3 for the specification of this process).

Ex. 15 (AV1 Spec) at 26.

315.    In the AV1 specification, portions of the symbols representing the transform coefficients are

also represented using Exp-Golomb coding:

| Symbol name | Value | Description |
|---|---|---|
| NUM_BASE_LEVELS | 2 | Number of quantizer base levels |
| COEFF_BASE_RANGE | 12 | The quantizer range above NUM_BASE_LEVELS above which the Exp-Golomb coding process is activated |

Ex. 15 (AV1 Spec) at 15.

| | |
|---|---|
| if ( Quant[ pos ] > | |
| ( NUM_BASE_LEVELS + COEFF_BASE_RANGE ) ) { | |
| length = 0 | |
| do { | |
| length++ | |
| golomb_length_bit | L(1) |
| } while ( !golomb_length_bit ) | |

103

```
                    x = 1
            for ( i = length - 2; i >= 0; i-- ) {
                golomb_data_bit                              L(1)
                x = ( x << 1 ) | golomb_data_bit
            }
            Quant[ pos ] = x + COEFF_BASE_RANGE + NUM_BASE_LEVELS
        }
```

Ex. 15 (AV1 Spec) at 91-92.

## **COUNT V: PATENT INFRINGEMENT OF THE '368 PATENT**

316.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

317.    Snap had knowledge and notice of the '368 Patent at least by November 24, 2023, and again through communications on August 13, 2025 and November 21, 2025.

318.    Snap infringes the '368 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '368 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '368 Patent through its encoding, decoding, and transcoding of H.265 (HEVC)-compliant video in the United States.

319.    On information and belief, Snap indirectly infringes claims of the '368 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

320.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

## Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |

Ex. 12 at 1.

321.    As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '368 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '368 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '368 Patent.

322.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '368 Patent, including in this District and elsewhere in the United States.

323.    Snap's infringement of the '368 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '368 Patent and had knowledge, or was willfully blind, as to its infringement of the '368 Patent.  As discussed above, Snap has had actual knowledge of the '368 Patent since before this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '368 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '368 Patent.

324.    Snap's infringement of the '368 Patent has damaged and will continue to damage Dolby.

325.    Claim 12 of the '368 Patent recites:

12. A method for encoding a significance map indicating positions of significant transform coefficients within a transform coefficient block into a data stream, the method comprising:

coding first-type syntax elements and second-type syntax elements into the data stream based on context-adaptive entropy encoding, the first-type syntax elements indicating, for associated positions within the transform coefficient block, whether at each respective associated position a significant transform coefficient is situated, and each of the second-

type syntax elements relates to a value of the significant transform coefficient at a respective associated position within the transform coefficient block,

wherein the coding the first-type syntax elements is performed in a scan order and using contexts which are selected for the first-type syntax elements, wherein the context for a current first-type syntax element being encoded is selected in accordance with a combination of the scan order and a number of positions of the significant transform coefficients within the transform coefficient block related to previously extracted first-type syntax elements in a neighborhood the current first-type syntax element.

326. Snap's Accused Services perform "[a] method for encoding a significance map indicating positions of significant transform coefficients within a transform coefficient block into a data stream."

327. For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

328. Videos downloaded from Snap show that an HEVC format is used:

| Format | MPEG-4 |
|---|---|
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

329. Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|

(Video from Snap as viewed in MediaInfo app.)

330.    For example, the H.265 specification explains how a significance map indicating positions of significant transform coefficients within a transform coefficient block is encoded into a data stream by using the syntax element sig_coeff_flag.

331.    H.265 uses a first type of syntax element, sig_coeff_flag[xC][yC], to specify whether a transform coefficient at a particular location is significant or non-zero.

> sig_coeff_flag[ xC ][ yC ] specifies for the transform coefficient location ( xC, yC ) within the current transform block whether the corresponding transform coefficient level at the location ( xC, yC ) is non-zero as follows:
>
> –   If sig_coeff_flag[ xC ][ yC ] is equal to 0, the transform coefficient level at the location ( xC, yC ) is set equal to 0.
>
> –   Otherwise (sig_coeff_flag[ xC ][ yC ] is equal to 1), the transform coefficient level at the location ( xC, yC ) has a non-zero value.

Ex. 13 (H.265 specification) at 106.

332.    For example, the source code for the x265 encoder used by Snap shows the use of sig_coeff_flag.

```
1952              // encode significant_coeff_flag
```
Ex. 16 (entropy.cpp) at 36; see also id. at 34-40 (Entropy::codeCoeffNxN).

333.    Snap's Accused Services perform "coding first-type syntax elements and second-type syntax elements into the data stream based on context-adaptive entropy encoding, the first-type syntax elements indicating, for associated positions within the transform coefficient block, whether at each respective associated position a significant transform coefficient is situated, and each of the second-type syntax elements relates to a value of the significant transform coefficient at a respective associated position within the transform coefficient block."

334.    For example, as explained above, the H.265 specification explains that the first type syntax elements, sig_coeff_flag[xC][yC], are extracted to determine if the transform coefficient at a particular location is significant or non-zero.

335.    Furthermore, the H.265 specification explains that if the extracted sig_coeff_flag[xC][yC] is significant or non-zero, then the second-type syntax elements representing respectively the

107

magnitude or level of the non-zero transform coefficients are extracted and determined. The syntax elements involved in calculating a transform coefficient level or magnitude include coeff_abs_level_greater1_flag[n], coeff_abs_level_greater2_flag[lastGreater1ScanPos], coeff_sign_flag[n], coeff_sign_flag[n], and coeff_abs_level_remaining[n].

| |
|---|
| **coeff_abs_level_greater1_flag[ n ]** specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 1. <br><br> When coeff_abs_level_greater1_flag[ n ] is not present, it is inferred to be equal to 0. <br><br> **coeff_abs_level_greater2_flag[ n ]** specifies for the scanning position n whether there are absolute values of transform coefficient levels greater than 2. |
| When coeff_abs_level_greater2_flag[ n ] is not present, it is inferred to be equal to 0. <br><br> **coeff_sign_flag[ n ]** specifies the sign of a transform coefficient level for the scanning position n as follows: <br><br> – If coeff_sign_flag[ n ] is equal to 0, the corresponding transform coefficient level has a positive value. <br><br> – Otherwise (coeff_sign_flag[ n ] is equal to 1), the corresponding transform coefficient level has a negative value. <br><br> When coeff_sign_flag[ n ] is not present, it is inferred to be equal to 0. <br><br> **coeff_abs_level_remaining[ n ]** is the remaining absolute value of a transform coefficient level that is coded with Golomb-Rice code at the scanning position n. When coeff_abs_level_remaining[ n ] is not present, it is inferred to be equal to 0. <br><br> It is a requirement of bitstream conformance that the value of coeff_abs_level_remaining[ n ] shall be constrained such that the corresponding value of TransCoeffLevel[ x0 ][ y0 ][ cIdx ][ xC ][ yC ] is in the range of $CoeffMin_Y$ to $CoeffMax_Y$, inclusive, for cIdx equal to 0 and in the range of $CoeffMin_C$ to $CoeffMax_C$, inclusive, for cIdx not equal to 0. |

Ex. 13 (H.265 specification) at 106-07.

336.    The H.265 specification explains that these syntax elements are coded into the data stream based on context-adaptive entropy encoding, as first type and second type syntax elements including sig_coeff_flag[xC][yC], coeff_abs_level_greater1_flag[n], coeff_abs_level_greater2_flag[lastGreater1ScanPos], and coeff_sign_flag[n] are associated with the descriptor ae(v).

| | |
|---|---|
| if( sig_coeff_flag[ xC ][ yC ] ) | |
|     inferSbDcSigCoeffFlag = 0 | |
|   } | |
| } | |
| firstSigScanPos = 16 | |
| lastSigScanPos = −1 | |
| numGreater1Flag = 0 | |
| lastGreater1ScanPos = −1 | |
| for( n = 15; n >= 0; n− − ) { | |
|   xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
|   yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
|   if( sig_coeff_flag[ xC ][ yC ] ) { | |
|     if( numGreater1Flag < 8 ) { | |
|       **coeff_abs_level_greater1_flag[ n ]** | ae(v) |
|       numGreater1Flag++ | |
|       if( coeff_abs_level_greater1_flag[ n ] && lastGreater1ScanPos == −1 ) | |
|         lastGreater1ScanPos = n | |
|       else if( coeff_abs_level_greater1_flag[ n ] ) | |
|         escapeDataPresent = 1 | |
|     } else | |
|       escapeDataPresent = 1 | |
|     if( lastSigScanPos == −1 ) | |
|       lastSigScanPos = n | |
|     firstSigScanPos = n | |
|   } | |
| } | |
| if( cu_transquant_bypass_flag \|\|<br>  ( CuPredMode[ x0 ][ y0 ] == MODE_INTRA &&<br>    implicit_rdpcm_enabled_flag && transform_skip_flag[ x0 ][ y0 ][ cIdx ] &&<br>    ( predModeIntra == 10 \|\| predModeIntra == 26 )) \|\|<br>  explicit_rdpcm_flag[ x0 ][ y0 ][ cIdx ] ) | |
|   signHidden = 0 | |
| else | |
|   signHidden = lastSigScanPos − firstSigScanPos > 3 | |
| if( lastGreater1ScanPos != −1 ) { | |
|   **coeff_abs_level_greater2_flag[ lastGreater1ScanPos ]** | ae(v) |
|   if( coeff_abs_level_greater2_flag[ lastGreater1ScanPos ] ) | |
|     escapeDataPresent = 1 | |

| | |
|---|---|
|       **coeff_abs_level_remaining[ n ]** | ae(v) |

Ex. 13 (H.265 specification) at 59-60.

337.    Syntax elements associated with the descriptor ae(v) are CABAC or context adaptive entropy

encoded/decoded.

> **9.3      CABAC parsing process for slice segment data**
>
> **9.3.1      General**
>
> This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.8.1 through 7.3.8.12.
>
> Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.
>
> Output of this process is the value of the syntax element.

Ex. 13 (H.265 specification) at 184.

338.    For example, as explained above, the x265 encoder used by Snap shows the use of sig_coeff_flag, a first type syntax element.  Additionally, the source code for the x265 encoder used by Snap shows the use of the second-type syntax elements.  *See* Ex. 16 (entropy.cpp) at 34-40 (Entropy::codeCoeffNxN).

339.    Both the first and second-type syntax elements are context-adaptive entropy coded in x265. Both types are encoded using the encodeBin function, which carries out CABAC.

```
encodeBin(sig, baseCtx[ctxSig]);
```

Ex. 16 (entropy.cpp) at 37 (using encodeBin to encode the first type syntax element).

```
const uint32_t symbol1 = absCoeff[idx] > 1;
const uint32_t symbol2 = absCoeff[idx] > 2;
encodeBin(symbol1, baseCtxMod[c1]);
```

*E.g.*, Ex. 16 (entropy.cpp) at 39 (using encodeBin to encode the greater1 flag, a second type syntax element).

```
/* CABAC private methods */
void start();
void finish();

void encodeBin(uint32_t binValue, uint8_t& ctxModel);
void encodeBinEP(uint32_t binValue);
void encodeBinsEP(uint32_t binValues, int numBins);
void encodeBinTrm(uint32_t binValue);
```

Ex. 30 (entropy.h) at 5 (encodeBin carries out CABAC).

340.    Snap's Accused Services perform "coding first-type syntax elements and second-type syntax elements into the data stream … wherein the coding the first-type syntax elements is performed in a scan order."

341.    For example, the H.265 specification explains that the first-type syntax elements, sig_coeff_flag[xC][yC], associate each coefficient position of a transform coefficient block in scan order.

| | |
|---|---|
| for( n = ( i == lastSubBlock ) ? lastScanPos − 1 : 15; n >= 0; n−− ) { | |
| xC = ( xS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 0 ] | |
| yC = ( yS << 2 ) + ScanOrder[ 2 ][ scanIdx ][ n ][ 1 ] | |
| if( coded_sub_block_flag[ xS ][ yS ]  &&  ( n > 0 \|\| !inferSbDcSigCoeffFlag ) ) { | |
| sig_coeff_flag[ xC ][ yC ] | ae(v) |
| if( sig_coeff_flag[ xC ][ yC ] ) | |
| inferSbDcSigCoeffFlag = 0 | |
| } | |
| } | |

Ex. 13 (H.265 specification) at 59.

342.    For example, the source code for the x265 encoder used by Snap shows that significant coefficient flags are coded in a do while loop.  At the end of each loop, the variable scanPosSigOff is reduced by one, changing the position of the significant_coeff_flag being coded, changing the position within the scan order of the significant coefficient flag being coded.

111

```
do
{
    uint32_t blkPos, sig, ctxSig;
    blkPos = g_scan4x4[codingParameters.scanType][scanPosSigOff];
    const uint32_t posZeroMask = (subPosBase + scanPosSigOff) ? ~0 : 0;
    sig      = scanFlagMask & 1;
    scanFlagMask >>= 1;
    X265_CHECK((uint32_t)(tmpCoeff[blkPos] != 0) == sig, "sign bit mistake\n");
    if (scanPosSigOff != 0 || subSet == 0 || numNonZero)
    {
        const uint32_t cnt = tabSigCtx[blkPos] + offset;
        ctxSig = (cnt + posOffset) & posZeroMask;

        X265_CHECK(ctxSig == Quant::getSigCtxInc(patternSigCtx, log2TrSize,
    trSize, codingParameters.scan[subPosBase + scanPosSigOff], bIsLuma,
    codingParameters.firstSignificanceMapContext), "sigCtx mistake!\n");;
        encodeBin(sig, baseCtx[ctxSig]);
    }
    absCoeff[numNonZero] = tmpCoeff[blkPos];
    numNonZero += sig;
    scanPosSigOff--;
}
while(scanPosSigOff >= 0);
```

Ex. 16 (entropy.cpp) at 38.

343.    Snap's Accused Services perform "coding first-type syntax elements and second-type syntax elements into the data stream … using contexts which are selected for the first-type syntax elements, wherein the context for a current first-type syntax element being encoded is selected in accordance with a combination of the scan order and a number of positions of the significant transform coefficients within the transform coefficient block related to previously extracted first-type syntax elements in a neighborhood the current first-type syntax element."

344.    For example, the H.265 specification explains that the selection of contexts for the first-type syntax element, sig_coeff_flag[xC][yC], being decoded is based on information related to a number of locations at which significant transform coefficients are situated in a neighborhood of the syntax element.

345.    First, the ctxIdx values are computed based on ctxInc and ctxIdxOffset values.

**9.3.4.2    Derivation process for ctxTable, ctxIdx and bypassFlag**

**9.3.4.2.1    General**

Input to this process is the position of the current bin within the bin string, binIdx.

Outputs of this process are ctxTable, ctxIdx and bypassFlag.

The values of ctxTable, ctxIdx and bypassFlag are derived as follows based on the entries for binIdx of the corresponding syntax element in Table 9-43:

– If the entry in Table 9-43 is not equal to "bypass", "terminate" or "na", the values of binIdx are decoded by invoking the DecodeDecision process as specified in clause 9.3.4.3.2 and the following applies:

  – ctxTable is specified in Table 9-4.

  – The variable ctxInc is specified by the corresponding entry in Table 9-43 and when more than one value is listed in Table 9-43 for a binIdx, the assignment process for ctxInc for that binIdx is further specified in the clauses given in parenthesis.

  – The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.

  – ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.

  – bypass Flag is set equal to 0.

Ex. 13 (H.265 specification) at 59.

346.    Second, the ctxInc values, based on which the ctxIdx values (and thus, contexts) for sig_coeff_flag[xC][yC] are determined, are derived in accordance with Section 9.3.4.2.5.

Table 9-43 – Assignment of ctxInc to syntax elements with context coded bins

| Syntax element | binIdx | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | >= 5 |
| cu_chroma_qp_offset_idx | 0 | 0 | 0 | 0 | 0 | na |
| log2_res_scale_abs_plus1[ c ] | 4 * c + 0 | 4 * c + 1 | 4 * c + 2 | 4 * c + 3 | na | na |
| res_scale_sign_flag[ c ] | c | na | na | na | na | na |
| transform_skip_flag[ ][ ][ ] | 0 | na | na | na | na | na |
| explicit_rdpcm_flag[ ][ ][ ] | 0 | na | na | na | na | na |
| explicit_rdpcm_dir_flag[ ][ ][ ] | 0 | na | na | na | na | na |
| last_sig_coeff_x_prefix | 0..17 (clause 9.3.4.2.3) | | | | | |
| last_sig_coeff_y_prefix | 0..17 (clause 9.3.4.2.3) | | | | | |
| last_sig_coeff_x_suffix | bypass | bypass | bypass | bypass | bypass | bypass |
| last_sig_coeff_y_suffix | bypass | bypass | bypass | bypass | bypass | bypass |
| coded_sub_block_flag[ ][ ] | 0..3 (clause 9.3.4.2.4) | na | na | na | na | na |
| sig_coeff_flag[ ][ ] | 0..43 (clause 9.3.4.2.5) | na | na | na | na | na |
| coeff_abs_level_greater1_flag[ ] | 0..23 (clause 9.3.4.2.6) | na | na | na | na | na |
| coeff_abs_level_greater2_flag[ ] | 0..5 (clause 9.3.4.2.7) | na | na | na | na | na |
| coeff_abs_level_remaining[ ] | bypass | bypass | bypass | bypass | bypass | bypass |
| coeff_sign_flag[ ] | bypass | na | na | na | na | na |

Ex. 13 (H.265 specification) at 208 (full table not shown).

113

347.    As shown in Section 9.3.4.2.5, a ctxInc value is based on a variable sigCtx that is determined based on various parameters including previously decoded values of the syntax element coded_sub_block_flag that indicates whether a sub-block within a current transform block includes at least one significant transform coefficient.  Specifically, in Section 9.3.4.2.5, the variable sigCtx is determined based on a variable prevCsbf, which is calculated based on a sum using values of previously decoded coded_sub_block_flag that relate to sub-blocks in a neighborhood of (i.e., to the right and below) the current syntax element being decoded.

---

**9.3.4.2.5 Derivation process of ctxInc for the syntax element sig_coeff_flag**

Inputs to this process are the colour component index cIdx, the luma location ( x0, y0 ) specifying the top-left sample of the current transform block relative to the top-left sample of the current picture, the current coefficient scan location ( xC, yC ), the scan order index scanIdx and the transform block size log2TrafoSize.

Output of this process is the variable ctxInc.

The variable sigCtx depends on the current location ( xC, yC ), the colour component index cIdx, the value of transform_skip_flag, the value of cu_transquant_bypass_flag, the transform block size and previously decoded bins of the syntax element coded_sub_block_flag. For the derivation of sigCtx, the following applies:

–    If transform_skip_context_enabled_flag is equal to 1 and either or both transform_skip_flag[ x0 ][ y0 ][ cIdx ] is equal to 1 or cu_transquant_bypass_flag is equal to 1, sigCtx is derived as follows:

$$sigCtx = ( cIdx == 0 ) ? 42 : 16 \qquad (9\text{-}31)$$

–    Otherwise, if log2TrafoSize is equal to 2, sigCtx is derived using ctxIdxMap[ ] specified in Table 9-45 as follows:

$$sigCtx = ctxIdxMap[ ( yC << 2 ) + xC ] \qquad (9\text{-}32)$$

– Otherwise, if $xC + yC$ is equal to 0, $sigCtx$ is derived as follows:

$$sigCtx = 0 \tag{9-33}$$

– Otherwise, $sigCtx$ is derived using previous values of $coded\_sub\_block\_flag$ as follows:

  – The sub-block location ( $xS, yS$ ) is set equal to ( $xC >> 2, yC >> 2$ ).

  – The variable $prevCsbf$ is set equal to 0.

  – When $xS$ is less than ( $1 << ( log2TrafoSize - 2 ) ) - 1$, the following applies:

$$prevCsbf \mathrel{+}= coded\_sub\_block\_flag[\, xS + 1\,][\, yS\,] \tag{9-34}$$

  – When $yS$ is less than ( $1 << ( log2TrafoSize - 2 ) ) - 1$, the following applies:

$$prevCsbf \mathrel{+}= ( coded\_sub\_block\_flag[\, xS\,][\, yS + 1\,] << 1 ) \tag{9-35}$$

  – The inner sub-block location ( $xP, yP$ ) is set equal to ( $xC \,\&\, 3, yC \,\&\, 3$ ).

  – The variable $sigCtx$ is derived as follows:

    – If $prevCsbf$ is equal to 0, the following applies:

$$sigCtx = ( xP + yP == 0 )\,?\,2 : ( xP + yP < 3 )\,?\,1: 0 \tag{9-36}$$

    – Otherwise, if $prevCsbf$ is equal to 1, the following applies:

$$sigCtx = ( yP == 0 )\,?\,2 : ( yP == 1 )\,?\,1: 0 \tag{9-37}$$

    – Otherwise, if $prevCsbf$ is equal to 2, the following applies:

$$sigCtx = ( xP == 0 )\,?\,2 : ( xP == 1 )\,?\,1: 0 \tag{9-38}$$

    – Otherwise ($prevCsbf$ is equal to 3), the following applies:

$$sigCtx = 2 \tag{9-39}$$

  – The variable $sigCtx$ is modified as follows:

    – If $cIdx$ is equal to 0, the following applies:

      – When ( $xS + yS$ ) is greater than 0, the following applies:

$$sigCtx \mathrel{+}= 3 \tag{9-40}$$

      – The variable $sigCtx$ is modified as follows:

        – If $log2TrafoSize$ is equal to 3, the following applies:

$$sigCtx \mathrel{+}= ( scanIdx == 0 )\,?\,9 : 15 \tag{9-41}$$

        – Otherwise, the following applies:

$$sigCtx \mathrel{+}= 21 \tag{9-42}$$

    – Otherwise ($cIdx$ is greater than 0), the following applies:

      – If $log2TrafoSize$ is equal to 3, the following applies:

$$sigCtx \mathrel{+}= 9 \tag{9-43}$$

      – Otherwise, the following applies:

$$sigCtx \mathrel{+}= 12 \tag{9-44}$$

The context index increment $ctxInc$ is derived using the colour component index $cIdx$ and $sigCtx$ as follows:



- If cIdx is equal to 0, ctxInc is derived as follows:

$$ctxInc = sigCtx \qquad\qquad (9\text{-}45)$$

- Otherwise (cIdx is greater than 0), ctxInc is derived as follows:

$$ctxInc = 27 + sigCtx \qquad\qquad (9\text{-}46)$$

Table 9-45 – Specification of ctxIdxMap[ i ]

| i | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
| ctxIdxMap[ i ] | 0 | 1 | 4 | 5 | 2 | 3 | 4 | 5 | 6 | 6 | 8 | 8 | 7 | 7 | 8 |

Ex. 13 (H.265 specification) at 209-11.

348.    Sec. 7.4.9.11 describes the syntax element coded_sub_block_flag.

coded_sub_block_flag[ xS ][ yS ] specifies the following for the sub-block at location ( xS, yS ) within the current transform block, where a sub-block is a (4x4) array of 16 transform coefficient levels:

- If coded_sub_block_flag[ xS ][ yS ] is equal to 0, the 16 transform coefficient levels of the sub-block at location ( xS, yS ) are inferred to be equal to 0.

- Otherwise (coded_sub_block_flag[ xS ][ yS ] is equal to 1), the following applies:

  - If ( xS, yS ) is equal to ( 0, 0 ) and ( LastSignificantCoeffX, LastSignificantCoeffY ) is not equal to ( 0, 0 ), at least one of the 16 sig_coeff_flag syntax elements is present for the sub-block at location ( xS, yS ) .

  - Otherwise, at least one of the 16 transform coefficient levels of the sub-block at location ( xS, yS ) has a non zero value.

Ex. 13 (H.265 specification) at 106.

349.    Furthermore, the H.265 specification explains that the selection of contexts for the first-type syntax element, sig_coeff_flag[xC][yC], being decoded is based on information related to scan order.

350.    As explained above, contexts for sig_coeff_flag[xC][yC] are based on a variable ctxInc, whose value is based on a variable sigCtx.

351.    The value of sigCtx is based on scan order at least because it can be determined based on the variable scanIdx, which occurs when Equation 9-41 is used.  scanIdx specifies which scan order is used, as can be seen in Sec. 7.4.9.11.

- The variable sigCtx is modified as follows:
  - If log2TrafoSize is equal to 3, the following applies:

    $$sigCtx \mathrel{+}= (\, scanIdx == 0\,)\,?\,9:15 \qquad\qquad (9\text{-}41)$$

116

Ex. 13 (H.265 specification) at 210.

---

**7.4.9.11  Residual coding semantics**

For intra prediction, different scanning orders are used. The variable scanIdx specifies which scan order is used where scanIdx equal to 0 specifies an up-right diagonal scan order, scanIdx equal to 1 specifies a horizontal scan order, and scanIdx equal to 2 specifies a vertical scan order. The value of scanIdx is derived as follows:

---

Ex. 13 (H.265 specification) at 104.

352.    Separately, the value of sigCtx is based on scan order at least because it can be determined based on inner sub-block location (xP, yP), which occurs at least when Equations 9-36, 9-37, and 9-38 are used.

---

– The inner sub-block location ( xP, yP ) is set equal to ( xC & 3, yC & 3 ).

– The variable sigCtx is derived as follows:

  – If prevCsbf is equal to 0, the following applies:

$$\text{sigCtx} = ( \text{xP} + \text{yP} == 0 ) ? 2 : ( \text{xP} + \text{yP} < 3 ) ? 1 : 0 \tag{9-36}$$

  – Otherwise, if prevCsbf is equal to 1, the following applies:

$$\text{sigCtx} = ( \text{yP} == 0 ) ? 2 : ( \text{yP} == 1 ) ? 1 : 0 \tag{9-37}$$

  – Otherwise, if prevCsbf is equal to 2, the following applies:

$$\text{sigCtx} = ( \text{xP} == 0 ) ? 2 : ( \text{xP} == 1 ) ? 1 : 0 \tag{9-38}$$

---

Ex. 13 (H.265 specification) at 210.

353.    For example, the source code for the x265 encoder used by Snap shows that the selection of contexts for the first-type syntax element, significant_coeff_flag, being decoded is based on information related to a number of locations at which significant transform coefficients are situated in a neighborhood of the syntax element.

354.    The context for the significant_coeff_flag is chosen based on baseCtx[ctxSig].

---

```
2028                                    encodeBin(sig, baseCtx[ctxSig]);
```

---

Ex. 16 (entropy.cpp) at 37.

355.    ctxSig is determined based on tabSigCtx.  tabSigCtx is determined based on patternSigCtx. patternSigCtx returns sigRight + sigLower * 2, which tells the downstream processes whether subgroups to the right and below the current subgroups contain significant coefficients.

117

```
const uint32_t cnt = tabSigCtx[blkPos] + offset;
ctxSig = (cnt + posOffset) & posZeroMask;
```

Ex. 16 (entropy.cpp) at 38.

```
const uint8_t *tabSigCtx = table_cnt[(uint32_t)patternSigCtx];
```

Ex. 16 (entropy.cpp) at 38.

```
/* Pattern decision for context derivation process of significant_coeff_flag */
static uint32_t calcPatternSigCtx(uint64_t sigCoeffGroupFlag64, uint32_t cgPosX, uint32_t cgPosY,
uint32_t cgBlkPos, uint32_t trSizeCG)
{
    if (trSizeCG == 1)
        return 0;

    X265_CHECK(trSizeCG <= 8, "transform CG is too large\n");
    X265_CHECK(cgBlkPos < 64, "cgBlkPos is too large\n");
    // NOTE: cgBlkPos+1 may more than 63, it is invalid for shift,
    //       but in this case, both cgPosX and cgPosY equal to (trSizeCG - 1),
    //       the sigRight and sigLower will clear value to zero, the final result will be correct
    const uint32_t sigPos = (uint32_t)(sigCoeffGroupFlag64 >> (cgBlkPos + 1)); // just need
lowest 7-bits valid

    // TODO: instruction BT is faster, but _bittest64 still generate instruction 'BT m, r' in
VS2012
    const uint32_t sigRight = (cgPosX != (trSizeCG - 1)) & sigPos;
    const uint32_t sigLower = (cgPosY != (trSizeCG - 1)) & (sigPos >> (trSizeCG - 1));
    return sigRight + sigLower * 2;
}
```

Ex. 31 (quant.h) at 3.

356.    Furthermore, the source code for the x265 encoder used by Snap shows that the selection of contexts for the first-type syntax element being decoded is based on information related to scan order.

357.    As explained above, ctxSig is determined based on tabSigCtx.  tabSigCtx is also determined based on table_cnt.

```
const uint8_t *tabSigCtx = table_cnt[(uint32_t)patternSigCtx];
```

Ex. 16 (entropy.cpp) at 38.

358.    table_cnt defines multiple arrays whose positions correspond to positions in scan order. When table_cnt is used downstream for context selection, contexts are selected using entries in a table_cnt array corresponding to the first type-syntax elements' positions in scan order.

118

```
static const uint8_t table_cnt[5][SCAN_SET_SIZE] =
{
    // patternSigCtx = 0
    {
        2, 1, 1, 0,
        1, 1, 0, 0,
        1, 0, 0, 0,
        0, 0, 0, 0,
    },
    // patternSigCtx = 1
    {
        2, 2, 2, 2,
        1, 1, 1, 1,
        0, 0, 0, 0,
        0, 0, 0, 0,
    },
    // patternSigCtx = 2
    {
        2, 1, 0, 0,
        2, 1, 0, 0,
        2, 1, 0, 0,
        2, 1, 0, 0,
    },
```

Ex. 16 (entropy.cpp) at 36 (showing three of five arrays within table_cnt).

## COUNT VI: PATENT INFRINGEMENT OF THE '714 PATENT

359. Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

360. Snap had knowledge and notice of the '714 Patent at least by November 24, 2023, and again through communications on August 13, 2025 and November 21, 2025.

361. Snap infringes the '714 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '714 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271. For example, Snap directly infringes the '714 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

362. On information and belief, Snap indirectly infringes claims of the '714 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

363. For example, Snap uses the infrastructure of its providers to encode and decode video.

119

Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

## Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |
|---|---|---|

Ex. 12 at 1.

364.    As a result of Snap's inducement, Snap's providers perform infringing video coding using infringing encoders and decoders and directly infringe the '714 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '714 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '714 Patent.

365.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '714 Patent, including in this District and elsewhere in the United States.

366.    Snap's infringement of the '714 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '714 Patent and had knowledge, or was willfully blind, as to its infringement of the '714 Patent.  As discussed above, Snap has had actual knowledge of the '714 Patent since before the filing of this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '714 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '714 Patent.

367.    Snap's infringement of the '714 Patent has damaged and will continue to damage Dolby.

368.    Exemplary claim 7 of the '714 Patent recites:

120

7. An encoder for encoding an array of information samples into a data stream, the encoder comprising:

a subdivider configured for dividing the array of information samples into a plurality of regions; and

a data stream generator configured for:

encoding, into the data stream for a current region of the plurality of regions, a merge indicator,

determining a plurality of candidate regions for the current region, wherein at least one of the plurality of candidate regions has a spatial relationship with the current region within the array of information samples,

based on a determination that a number of regions in the plurality of candidate regions is greater than one and coding parameters associated with the plurality of candidate regions are not identical to each other, encoding into the data stream a candidate identifier, which identifies a candidate region from the plurality of candidate regions for the current region,

processing the merge indicator to determine copying or computing a first coding parameter associated with the current region based on a second coding parameter associated with the candidate region, and

encoding, into the data stream, the second coding parameter.

369.    Snap's Accused Services, and the hardware and software that implements them, comprise

"an encoder for encoding an array of information samples into a data stream."

370.    For example, Snap's backend servers encode video into H.265-compliant (HEVC) formats

for streaming to devices.

371.    Videos downloaded from Snap show that an HEVC-compliant format is used:

121

| Format | MPEG-4 |
|---|---|
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

372.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|

(Video from Snap as viewed in MediaInfo app.)

373.    Snap's encoders comprise "a subdivider configured for dividing the array of information samples into a plurality of regions."

374.    For example, the H.265 specification describes subdividing a picture/frame of a video into a recursive multi-tree structure based on specific subdivision information extracted from the data stream. As discussed in Sec. 6.3.2, a picture array is divided into units of coding tree blocks, which are subdivided by recursive partitioning into coding blocks and prediction blocks and coding blocks are subsequently recursive subdivided into transform tree blocks and transform blocks.

122

### 6.3.2    Block and quadtree structures

The samples are processed in units of coding tree blocks. The array size for each luma coding tree block in both width and height is CtbSizeY in units of samples. The width and height of the array for each chroma coding tree block are CtbWidthC and CtbHeightC, respectively, in units of samples.

Each coding tree block is assigned a partition signalling to identify the block sizes for intra or inter prediction and for transform coding. The partitioning is a recursive quadtree partitioning. The root of the quadtree is associated with the coding tree block. The quadtree is split until a leaf is reached, which is referred to as the coding block. When the component width is not an integer number of the coding tree block size, the coding tree blocks at the right component boundary are incomplete. When the component height is not an integer multiple of the coding tree block size, the coding tree blocks at the bottom component boundary are incomplete.

The coding block is the root node of two trees, the prediction tree and the transform tree. The prediction tree specifies the position and size of prediction blocks. The transform tree specifies the position and size of transform blocks. The splitting information for luma and chroma is identical for the prediction tree and may or may not be identical for the transform tree.

The blocks and associated syntax structures are grouped into "unit" structures as follows:

– One prediction block (monochrome picture or separate_colour_plane_flag is equal to 1) or three prediction blocks (luma and chroma components of a picture in 4:2:0 or 4:4:4 colour format) or five prediction blocks (luma and chroma components of a picture in 4:2:2 colour format) and the associated prediction syntax structures units are associated with a prediction unit.

– One transform block (monochrome picture or separate_colour_plane_flag is equal to 1) or three transform blocks (luma and chroma components of a picture in 4:2:0 or 4:4:4 colour format) or five transform blocks (luma and chroma components of a picture in 4:2:2 colour format) and the associated transform syntax structures units are associated with a transform unit.

Ex. 13 (H.265 specification) at 24.

– One coding block (monochrome picture or separate_colour_plane_flag is equal to 1) or three coding blocks (luma and chroma), the associated coding syntax structures and the associated prediction and transform units are associated with a coding unit.

– One coding tree block (monochrome picture or separate_colour_plane_flag is equal to 1) or three coding tree blocks (luma and chroma), the associated coding tree syntax structures and the associated coding units are associated with a coding tree unit.

Ex. 13 (H.265 specification) at 25.

375.    Source code for the x265 encoder used by Snap shows that each of these types of blocks are encoded.  For example, coding blocks, CTBs (coding tree blocks), prediction blocks, and transform blocks are used in encoding data.

```
void CUData::calcCTUGeoms(uint32_t ctuWidth, uint32_t ctuHeight, uint32_t maxCUSize, uint32_t
    minCUSize, CUGeom cuDataArray[CUGeom::MAX_GEOMS])
{
    uint32_t num4x4Partition = (1U << ((g_log2Size[maxCUSize] – LOG2_UNIT_SIZE) << 1));

    // Initialize the coding blocks inside the CTB
```

Ex. 18 (cudata.cpp) at 39.

```
void Entropy::encodeCTU(const CUData& ctu, const CUGeom& cuGeom)
{
    bool bEncodeDQP = ctu.m_slice->m_pps->bUseDQP;
    encodeCU(ctu, cuGeom, 0, 0, bEncodeDQP);
}

/* encode a CU block recursively */
void Entropy::encodeCU(const CUData& ctu, const CUGeom& cuGeom, uint32_t absPartIdx, uint32_t depth,
bool& bEncodeDQP)
{
```

Ex. 16 (entropy.cpp) at 14.

```
void Entropy::encodeTransform(const CUData& cu, uint32_t absPartIdx, uint32_t curDepth, uint32_t
log2CurSize,
                            bool& bCodeDQP, const uint32_t depthRange[2])
{
```

Ex. 16 (entropy.cpp) at 17.

```
/** encode motion information for every PU block */
void Entropy::codePUWise(const CUData& cu, uint32_t absPartIdx)
```

Ex. 16 (entropy.cpp) at 21.

376.    Review of bitstreams collected from Snap indicates that the array of information samples is divided into a plurality of regions.  For example:



Exemplary VQ Analyzer screenshot showing blocks in video.

377.    Snap's encoders comprise "a data stream generator."  For example, the encoded video bitstreams produced by Snap's encoders are data streams.

> **3.12**    **bitstream**: A sequence of bits, in the form of a *NAL unit stream* or a *byte stream*, that forms the representation of *coded pictures* and associated data forming one or more coded video sequences *(CVSs)*.

Ex. 13 at 5.

> ## 6    Bitstream and picture formats, partitionings, scanning processes and neighbouring relationships
>
> ### 6.1    Bitstream formats
>
> This clause specifies the relationship between the network abstraction layer (NAL) unit stream and byte stream, either of which are referred to as the bitstream.
>
> The bitstream can be in one of two formats: the NAL unit stream format or the byte stream format. The NAL unit stream format is conceptually the more "basic" type. It consists of a sequence of syntax structures called NAL units. This sequence is ordered in decoding order. There are constraints imposed on the decoding order (and contents) of the NAL units in the NAL unit stream.
>
> The byte stream format can be constructed from the NAL unit stream format by ordering the NAL units in decoding order and prefixing each NAL unit with a start code prefix and zero or more zero-valued bytes to form a stream of bytes. The NAL unit stream format can be extracted from the byte stream format by searching for the location of the unique start code prefix pattern within this stream of bytes. Methods of framing the NAL units in a manner other than use of the byte stream format are outside the scope of this Specification. The byte stream format is specified in Annex B.

Ex. 13 at 20.

378.    The x265 source code, for example, refers to the generated data as a bitstream.

```
/* Allow libx265 to emit HEVC bitstreams which do not meet strict level
 * requirements. Defaults to false */
int        bAllowNonConformance;

/*=== Bitstream Options ==*/

/* Flag indicating whether VPS, SPS and PPS headers should be output with
 * each keyframe. Default false */
int        bRepeatHeaders;

/* Flag indicating whether the encoder should generate start codes (Annex B
 * format) or length (file format) before NAL units. Default true, Annex B.
 * Muxers should set this to the correct value */
int        bAnnexB;
```

Ex. 32 (x265.h) at 17.

379.    In Snap's Accused Services, the data stream generator is configured for "encoding, into the data stream for a current region of the plurality of regions, a merge indicator."

380.    Snap's Accused Services perform "encoding, into the data stream, a merge indicator with respect to one of the plurality of regions currently being coded, wherein the merge indicator is indicative of whether the region currently being coded is to be reconstructed based on at least one

coding parameter associated with a selected candidate region selected from a set of candidate regions

of the resolution level, identified with respect to the region currently being coded."

381.    For example, the H.265 specification explains that a merge indicator, merge_flag, is coded

in the data stream.

| 7.3.8.6    Prediction unit syntax | |
|---|---|
| prediction_unit( x0, y0, nPbW, nPbH ) { | **Descriptor** |
| if( cu_skip_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| **merge_idx**[ x0 ][ y0 ] | ae(v) |
| } else { /* MODE_INTER */ | |
| **merge_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 54.

> **merge_flag**[ x0 ][ y0 ] specifies whether the inter prediction parameters for the current prediction unit are inferred from a neighbouring inter-predicted partition. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.
>
> When merge_flag[ x0 ][ y0 ] is not present, it is inferred as follows:
>
> –    If CuPredMode[ x0 ][ y0 ] is equal to MODE_SKIP, merge_flag[ x0 ][ y0 ] is inferred to be equal to 1.
>
> –    Otherwise, merge_flag[ x0 ][ y0 ] is inferred to be equal to 0.

Ex. 13 (H.265 specification) at 102.

382.    Source code for the x265 encoder used by Snap shows that the merge flag is coded for

prediction units.

```
        for (uint32_t puIdx = 0, subPartIdx = absPartIdx; puIdx < numPU; puIdx++, subPartIdx +=
    cu.getPUOffset(puIdx, absPartIdx))
    {
            codeMergeFlag(cu, subPartIdx);
          if (cu.m_mergeFlag[subPartIdx])
                codeMergeIndex(cu, subPartIdx);
```

Ex. 16 (entropy.cpp) at 22.

383.    Review of bitstreams collected from Snap indicates that for many blocks, the merge flag is

set to 1 and merging occurs:



Screenshot from VQ Analyzer showing merge_flag set to 1.



Screenshot from VQ Analyzer showing merged blocks.

384.    In Snap's Accused Services, the data stream generator is configured for "determining a plurality of candidate regions for the current region, wherein at least one of the plurality of candidate regions has a spatial relationship with the current region within the array of information samples."

385.    For example, the H.265 specification provides that candidate regions for a current prediction unit include spatially neighboring prediction units (i.e., neighboring the current prediction unit) of the same resolution level as of the current prediction unit.

127

**7.3.8.6    Prediction unit syntax**

| prediction_unit( x0, y0, nPbW, nPbH ) { | Descriptor |
|---|---|
| if( cu_skip_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| **merge_idx**[ x0 ][ y0 ] | ae(v) |
| } else { /* MODE_INTER */ | |
| **merge_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 54.

**merge_flag**[ x0 ][ y0 ] specifies whether the inter prediction parameters for the current prediction unit are inferred from a neighbouring inter-predicted partition. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.

When merge_flag[ x0 ][ y0 ] is not present, it is inferred as follows:

-    If CuPredMode[ x0 ][ y0 ] is equal to MODE_SKIP, merge_flag[ x0 ][ y0 ] is inferred to be equal to 1.

-    Otherwise, merge_flag[ x0 ][ y0 ] is inferred to be equal to 0.

Ex. 13 (H.265 specification) at 102.

386.    H.265 discloses determining a list of merge candidates.  Ex. 13 (H.265 specification) at 133-138.  A maximum number between 1 and 5 is chosen:

**five_minus_max_num_merge_cand** specifies the maximum number of merging motion vector prediction (MVP) candidates supported in the slice subtracted from 5. The maximum number of merging MVP candidates, MaxNumMergeCand is derived as follows:

$$MaxNumMergeCand = 5 - five\_minus\_max\_num\_merge\_cand \qquad (7\text{-}51)$$

The value of MaxNumMergeCand shall be in the range of 1 to 5, inclusive.

Ex. 13 (H.265 specification) at 92.

For the derivation of the variables mvL0 and mvL1, refIdxL0 and refIdxL1, as well as predFlagL0 and predFlagL1, the following applies:

-    If merge_flag[ xPb ][ yPb ] is equal to 1, the derivation process for luma motion vectors for merge mode as specified in clause 8.5.3.2.2 is invoked with the luma location ( xCb, yCb ), the luma location ( xPb, yPb ), the variables nCbS, nPbW, nPbH and the partition index partIdx as inputs, and the output being the luma motion vectors mvL0, mvL1, the reference indices refIdxL0, refIdxL1 and the prediction list utilization flags predFlagL0 and predFlagL1.

Ex. 13 (H.265 specification) at 132.

**8.5.3.2.2    Derivation process for luma motion vectors for merge mode**

This process is only invoked when merge_flag[ xPb ][ yPb ] is equal to 1, where ( xPb, yPb ) specify the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture.

Ex. 13 (H.265 specification) at 133.

The motion vectors mvL0 and mvL1, the reference indices refIdxL0 and refIdxL1 and the prediction utilization flags predFlagL0 and predFlagL1 are derived by the following ordered steps:

1.    The derivation process for merging candidates from neighbouring prediction unit partitions in clause 8.5.3.2.3 is invoked with the luma coding block location ( xCb, yCb ), the coding block size nCbS, the luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH and the partition index partIdx as inputs, and the output being the availability flags availableFlagA$_0$, availableFlagA$_1$, availableFlagB$_0$, availableFlagB$_1$ and availableFlagB$_2$, the reference indices refIdxLXA$_0$, refIdxLXA$_1$, refIdxLXB$_0$, refIdxLXB$_1$ and refIdxLXB$_2$, the prediction list utilization flags predFlagLXA$_0$, predFlagLXA$_1$, predFlagLXB$_0$, predFlagLXB$_1$ and predFlagLXB$_2$, and the motion vectors mvLXA$_0$, mvLXA$_1$, mvLXB$_0$, mvLXB$_1$ and mvLXB$_2$, with X being 0 or 1.

Ex. 13 (H.265 specification) at 134.

**8.5.3.2.3  Derivation process for spatial merging candidates**

Inputs to this process are:

- a luma location ( xCb, yCb ) of the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,
- a variable nCbS specifying the size of the current luma coding block,
- a luma location ( xPb, yPb ) specifying the top-left sample of the current luma prediction block relative to the top-left luma sample of the current picture,
- two variables nPbW and nPbH specifying the width and the height of the luma prediction block,
- a variable partIdx specifying the index of the current prediction unit within the current coding unit.

Outputs of this process are as follows, with X being 0 or 1:

- the availability flags $availableFlagA_0$, $availableFlagA_1$, $availableFlagB_0$, $availableFlagB_1$ and $availableFlagB_2$ of the neighbouring prediction units,
- the reference indices $refIdxLXA_0$, $refIdxLXA_1$, $refIdxLXB_0$, $refIdxLXB_1$ and $refIdxLXB_2$ of the neighbouring prediction units,
- the prediction list utilization flags $predFlagLXA_0$, $predFlagLXA_1$, $predFlagLXB_0$, $predFlagLXB_1$ and $predFlagLXB_2$ of the neighbouring prediction units,
- the motion vectors $mvLXA_0$, $mvLXA_1$, $mvLXB_0$, $mvLXB_1$ and $mvLXB_2$ of the neighbouring prediction units.

Ex. 13 (H.265 specification) at 135-36.

387.    Source code for the x265 encoder used by Snap shows that neighboring blocks are used to generate a list of merge candidates:

```
/* Construct list of merging candidates, returns count */
uint32_t CUData::getInterMergeCandidates(uint32_t absPartIdx, uint32_t puIdx, MVField(*candMvField)
[2], uint8_t* candDir) const
{
```

Ex. 18 (cudata.cpp) at 27.

```
    /* calculate the location of upper-left corner pixel and size of the current PU */
    int xP, yP, nPSW, nPSH;
```

Ex. 18 (cudata.cpp) at 27.

```
    // left
    uint32_t leftPartIdx = 0;
    const CUData* cuLeft = getPULeft(leftPartIdx, partIdxLB);
```

Ex. 18 (cudata.cpp) at 27.

```
    // above
    uint32_t abovePartIdx = 0;
    const CUData* cuAbove = getPUAbove(abovePartIdx, partIdxRT);
```

Ex. 18 (cudata.cpp) at 28.

```
    // above right
    uint32_t aboveRightPartIdx = 0;
    const CUData* cuAboveRight = getPUAboveRight(aboveRightPartIdx, partIdxRT);
```

Ex. 18 (cudata.cpp) at 28.

```
    // above left
    if (count < 4)
    {
        uint32_t aboveLeftPartIdx = 0;
        const CUData* cuAboveLeft = getPUAboveLeft(aboveLeftPartIdx, absPartAddr);
```

Ex. 18 (cudata.cpp) at 29.

388.    Source code for the x265 encoder shows that coding parameters, such as motion vectors, from a neighboring candidate region are used when merge_flag is set to 1.

129

```
if (!mode.cu.m_mergeFlag[pu.puAbsPartIdx])
{
```

Ex. 33 (analysis.cpp) at 46.

```
        else
        {
            MVField candMvField[MRG_MAX_NUM_CANDS][2]; // double length for mv of both
lists
            uint8_t candDir[MRG_MAX_NUM_CANDS];
            mode.cu.getInterMergeCandidates(pu.puAbsPartIdx, part, candMvField, candDir);
            uint8_t mvpIdx = mode.cu.m_mvpIdx[0][pu.puAbsPartIdx];
            if (mode.cu.isBipredRestriction())
            {
                /* do not allow bidir merge candidates if PU is smaller than 8x8, drop L1
reference */
                if (candDir[mvpIdx] == 3)
                {
                    candDir[mvpIdx] = 1;
                    candMvField[mvpIdx][1].refIdx = REF_NOT_VALID;
                }
            }
            mode.cu.setPUInterDir(candDir[mvpIdx], pu.puAbsPartIdx, part);
            mode.cu.setPUMv(0, candMvField[mvpIdx][0].mv, pu.puAbsPartIdx, part);
            mode.cu.setPUMv(1, candMvField[mvpIdx][1].mv, pu.puAbsPartIdx, part);
            mode.cu.setPURefIdx(0, (int8_t)candMvField[mvpIdx][0].refIdx,
pu.puAbsPartIdx, part);
            mode.cu.setPURefIdx(1, (int8_t)candMvField[mvpIdx][1].refIdx,
pu.puAbsPartIdx, part);
        }
```

Ex. 33 (analysis.cpp) at 47.

389.    In Snap's Accused Services, the data stream generator is configured for "based on a determination that a number of regions in the plurality of candidate regions is greater than one and coding parameters associated with the plurality of candidate regions are not identical to each other, encoding into the data stream a candidate identifier, which identifies a candidate region from the plurality of candidate regions for the current region."

390.    For example, the H.265 specification describes a determination that the number of candidate regions is greater than one, only encoding merge_idx if MaxNumMergeCand is greater than one:

### 7.3.8.6    Prediction unit syntax

| prediction_unit( x0, y0, nPbW, nPbH ) { | Descriptor |
|---|---|
| if( cu_skip_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| merge_idx[ x0 ][ y0 ] | ae(v) |
| } else { /* MODE_INTER */ | |
| merge_flag[ x0 ][ y0 ] | ae(v) |
| if( merge_flag[ x0 ][ y0 ] ) { | |
| if( MaxNumMergeCand > 1 ) | |
| merge_idx[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 54.

130

391.    For example, the H.265 specification describes a determination that coding parameters associated with the plurality of candidate regions are not identical to each other, checking if multiple prediction units have the same motion vectors and the same reference indices:

---

&ndash;    The variables $availableFlagB_0$, $refIdxLXB_0$, $predFlagLXB_0$ and $mvLXB_0$ are derived as follows:

&ndash;    If one or more of the following conditions are true, $availableFlagB_0$ is set equal to 0, both components of $mvLXB_0$ are set equal to 0, $refIdxLXB_0$ is set equal to $-1$ and $predFlagLXB_0$ is set equal to 0, with X being 0 or 1:

&ndash;    $availableB_0$ is equal to FALSE.

&ndash;    $availableB_1$ is equal to TRUE and the prediction units covering the luma locations ( $xNbB_1$, $yNbB_1$ ) and ( $xNbB_0$, $yNbB_0$ ) have the same motion vectors and the same reference indices.

---

Ex. 13 (H.265 specification) at 137.

392.    The H.265 specification further describes encoding the syntax element merge_idx, which identifies the specific candidate prediction unit from the list of neighboring prediction unit candidates that is to be used for the current prediction unit (when merge_flag $=$ 1), based on these determinations.

---

**7.3.8.6    Prediction unit syntax**

| prediction_unit( x0, y0, nPbW, nPbH ) { | Descriptor |
|---|---|
|   if( cu_skip_flag[ x0 ][ y0 ] ) { | |
|     if( MaxNumMergeCand > 1 ) | |
|       **merge_idx**[ x0 ][ y0 ] | ae(v) |
|   } else { /* MODE_INTER */ | |
|     **merge_flag**[ x0 ][ y0 ] | ae(v) |
|     if( merge_flag[ x0 ][ y0 ] ) { | |
|       if( MaxNumMergeCand > 1 ) | |
|         **merge_idx**[ x0 ][ y0 ] | ae(v) |

---

Ex. 13 (H.265 specification) at 54.

---

**merge_idx**[ x0 ][ y0 ] specifies the merging candidate index of the merging candidate list where x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.

When merge_idx[ x0 ][ y0 ] is not present, it is inferred to be equal to 0.

---

Ex. 13 (H.265 specification) at 102.

5.  The merging candidate list, mergeCandList, is constructed as follows:

```
i = 0
if( availableFlagA₁ )
    mergeCandList[ i++ ] = A₁
if( availableFlagB₁ )
    mergeCandList[ i++ ] = B₁
if( availableFlagB₀ )
    mergeCandList[ i++ ] = B₀                                          (8-91)
if( availableFlagA₀ )
    mergeCandList[ i++ ] = A₀
```

```
    if( availableFlagB₂ )
        mergeCandList[ i++ ] = B₂
    if( availableFlagCol )
        mergeCandList[ i++ ] = Col
```

Ex. 13 (H.265 specification) at 134-35.

393.    Source code for the x265 encoder used by Snap shows that the syntax element merge_idx is binarized and entropy coded using context-adaptive binary arithmetic coding (CABAC).

```
    for (uint32_t puIdx = 0, subPartIdx = absPartIdx; puIdx < numPU; puIdx++, subPartIdx +=
cu.getPUOffset(puIdx, absPartIdx))
{
        codeMergeFlag(cu, subPartIdx);
        if (cu.m_mergeFlag[subPartIdx])
            codeMergeIndex(cu, subPartIdx);
```

Ex. 16 (entropy.cpp) at 22.

```
void Entropy::codeMergeIndex(const CUData& cu, uint32_t absPartIdx)
{
    uint32_t numCand = cu.m_slice->m_maxNumMergeCand;

    if (numCand > 1)
    {
        uint32_t unaryIdx = cu.m_mvpIdx[0][absPartIdx]; // merge candidate index was stored in L0 MVP
    idx
        encodeBin((unaryIdx != 0), m_contextState[OFF_MERGE_IDX_EXT_CTX]);

        X265_CHECK(unaryIdx < numCand, "unaryIdx out of range\n");

        if (unaryIdx != 0)
        {
            uint32_t mask = (1 << unaryIdx) - 2;
            mask >>= (unaryIdx == numCand - 1) ? 1 : 0;
            encodeBinsEP(mask, unaryIdx - (unaryIdx == numCand - 1));
        }
    }
}
```

Ex. 16 (entropy.cpp) at 29.

394.    Review of bitstreams collected from Snap indicates that the merge indexes are coded in this way.

132



**Prediction block (416,656) details**

Syntax Info | 2980

| Pos | R | V | SE Name | Value | Bits | Bits, % | D |
|---|---|---|---|---|---|---|---|
| 0x000009af:1 | 362 | 26 | split_cu_flag[416][656] | 0 | 0 | 0.00 | A |
| 0x000009af:1 | | | ∨ coding_unit(416, 656, 4) | | 11 | 100.00 | |
| 0x000009af:1 | 258 | 26 | cu_skip_flag | 0 | 1 | 9.09 | A |
| 0x000009af:2 | 430 | 52 | pred_mode_flag | 0 | 0 | 0.00 | A |
| 0x000009af:2 | 415 | 52 | part_mode | 0 | 1 | 9.09 | A |
| 0x000009af:3 | | | ∨ prediction_unit(416, 656, 16, 16) | | 1 | 9.09 | |
| 0x000009af:3 | 492 | 105 | merge_flag | 1 | 0 | 0.00 | A |
| 0x000009af:3 | 307 | 105 | merge_idx | 0 | 1 | 100.00 | A |
| 0x000009af:4 | | | > transform_tree(416, 656, 4, 0) | | 8 | 72.73 | |

Screenshot from VQ Analyzer showing merge_flag set to 1 and merge_idx of 0.

395.    In Snap's Accused Services, the data stream generator is configured for "processing the merge indicator to determine copying or computing a first coding parameter associated with the current region based on a second coding parameter associated with the candidate region."

396.    For example, the H.265 specification explains that if merge_flag = 1, motion parameters of the selected neighboring candidate (as identified by merge_idx) are copied as motion parameters of the current prediction unit. Otherwise, if merge_flag is not equal to 1, motion parameters of the selected neighboring candidate are used to compute or predict motion parameters of the current prediction unit.

```
if( merge_flag[ x0 ][ y0 ] ) {
    if( MaxNumMergeCand > 1 )
        merge_idx[ x0 ][ y0 ]                                          ae(v)
} else {
    if( slice_type == B )
        inter_pred_idc[ x0 ][ y0 ]                                     ae(v)
    if( inter_pred_idc[ x0 ][ y0 ] != PRED_L1 ) {
        if( num_ref_idx_l0_active_minus1 > 0 )
            ref_idx_l0[ x0 ][ y0 ]                                     ae(v)
        mvd_coding( x0, y0, 0 )
        mvp_l0_flag[ x0 ][ y0 ]                                        ae(v)
    }
    if( inter_pred_idc[ x0 ][ y0 ] != PRED_L0 ) {
        if( num_ref_idx_l1_active_minus1 > 0 )
            ref_idx_l1[ x0 ][ y0 ]                                     ae(v)
        if( mvd_l1_zero_flag && inter_pred_idc[ x0 ][ y0 ] == PRED_BI ) {
            MvdL1[ x0 ][ y0 ][ 0 ] = 0
            MvdL1[ x0 ][ y0 ][ 1 ] = 0
        } else
            mvd_coding( x0, y0, 1 )
        mvp_l1_flag[ x0 ][ y0 ]                                        ae(v)
    }
}
```

Ex. 13 (H.265 specification) at 52.

133

For the derivation of the variables mvL0 and mvL1, refIdxL0 and refIdxL1, as well as predFlagL0 and predFlagL1, the following applies:

–    If merge_flag[ xPb ][ yPb ] is equal to 1, the derivation process for luma motion vectors for merge mode as specified in clause 8.5.3.2.2 is invoked with the luma location ( xCb, yCb ), the luma location ( xPb, yPb ), the variables nCbS, nPbW, nPbH and the partition index partIdx as inputs, and the output being the luma motion vectors mvL0, mvL1, the reference indices refIdxL0, refIdxL1 and the prediction list utilization flags predFlagL0 and predFlagL1.

–    Otherwise, for X being replaced by either 0 or 1 in the variables predFlagLX, mvLX and refIdxLX, in PRED_LX, and in the syntax elements ref_idx_lX and MvdLX, the following applies:

   1.    The variables refIdxLX and predFlagLX are derived as follows:

Ex. 13 (H.265 specification) at 132.

397.    Source code for the x265 encoder used by Snap shows that this determination is made.  For example, the encoder determines whether or not to enable merge_flag by using checkMerge2Nx2N functions, searching for the best merge candidate, determining whether or not merging is the best solution, and indicating which merge candidate to use by signaling merge_idx.

```
if (mightNotSplit && depth >= minDepth)
{
    /* Initialize all prediction CUs based on parentCTU */
    md.pred[PRED_MERGE].cu.initSubCU(parentCTU, cuGeom, qp);
    md.pred[PRED_SKIP].cu.initSubCU(parentCTU, cuGeom, qp);

    if (m_param->rdLevel <= 4)
        checkMerge2Nx2N_rd0_4(md.pred[PRED_SKIP], md.pred[PRED_MERGE], cuGeom);
    else
        checkMerge2Nx2N_rd5_6(md.pred[PRED_SKIP], md.pred[PRED_MERGE], cuGeom);
}
```

Ex. 33 (analysis.cpp) at 17.

```
if (m_param->rdLevel > 2)
{
    /* RD selection between merge, inter, bidir and intra */
```

Ex. 33 (analysis.cpp) at 19.

```
/* determine which motion references the parent CU should search */
uint32_t refMask;
if (!(m_param->limitReferences & X265_REF_LIMIT_DEPTH))
    refMask = 0;
else if (md.bestMode == &md.pred[PRED_SPLIT])
    refMask = splitRefs[0] | splitRefs[1] | splitRefs[2] | splitRefs[3];
else
{
    /* use best merge/inter mode, in case of intra use 2Nx2N inter references */
    CUData& cu = md.bestMode->cu.isIntra(0) ? md.pred[PRED_2Nx2N].cu : md.bestMode->cu;
    uint32_t numPU = cu.getNumPartInter(0);
    refMask = 0;
    for (uint32_t puIdx = 0, subPartIdx = 0; puIdx < numPU; puIdx++, subPartIdx +=
cu.getPUOffset(puIdx, 0))
        refMask |= cu.getBestRefIdx(subPartIdx);
}
```

Ex. 33 (analysis.cpp) at 21.

```
/* Copy best data to encData CTU and recon */
md.bestMode->cu.copyToPic(depth);
md.bestMode->reconYuv.copyToPicYuv(*m_frame->m_reconPic, cuAddr, cuGeom.absPartIdx);
```

Ex. 33 (analysis.cpp) at 21.

398.    The x265 source code shows how this merge_flag and merge_idx are used to determine

134

whether to copy or compute coding parameters, and for example determines whether or not data is

encoded to allow determination of motion vectors:

```
        codeMergeFlag(cu, subPartIdx);
        if (cu.m_mergeFlag[subPartIdx])
            codeMergeIndex(cu, subPartIdx);
        else
        {
            if (cu.m_slice->isInterB())
                codeInterDir(cu, subPartIdx);

            uint32_t interDir = cu.m_interDir[subPartIdx];
            for (uint32_t list = 0; list < 2; list++)
            {
                if (interDir & (1 << list))
                {
                    X265_CHECK(cu.m_slice->m_numRefIdx[list] > 0, "numRefs should have been > 0\n");

                    codeRefFrmIdxPU(cu, subPartIdx, list);
                    codeMvd(cu, subPartIdx, list);
                    codeMVPIdx(cu.m_mvpIdx[list][subPartIdx]);
                }
            }
        }
    }
}
```

Ex. 16 (encoder.cpp) at 22.

399.    Review of bitstreams collected from Snap indicates that Snap's encoding decides to set the

merge_flag to 1 in some cases and 0 in others.  For example:



Screenshot from VQ Analyzer showing merge_flag set to 1.



Screenshot from VQ Analyzer showing merge_flag set to 0.

400.    In Snap's Accused Services, the data stream generator is configured for "encoding, into the data stream, the second coding parameter."

401.    For example, in the H.265 specification, the assignment of the motion vector from coding block selected from the candidate list into the coding block being decoded based on the value of merge_idx is given is step 9 of 8.5.3.2.2. Sec. 8.6.7 describes the calculation of the reconstructed sample array, recSamples, by addition of the residual signal and the prediction signal, for reconstructing the picture.  Ex. 13 (H.265 specification) at §§ 8.5.3.2.2, 8.6.7.  These coding parameters are encoded into the data stream, for example in the coding of neighboring prediction units.

402.    For example, the H.265 specification explains that motion vectors and other parameters are copied from a neighboring prediction unit when merge_flag is set to 1.

> The motion vectors mvL0 and mvL1, the reference indices refIdxL0 and refIdxL1 and the prediction utilization flags predFlagL0 and predFlagL1 are derived by the following ordered steps:
>
> 1.   The derivation process for merging candidates from neighbouring prediction unit partitions in clause 8.5.3.2.3 is invoked with the luma coding block location ( xCb, yCb ), the coding block size nCbS, the luma prediction block location ( xPb, yPb ), the luma prediction block width nPbW, the luma prediction block height nPbH and the partition index partIdx as inputs, and the output being the availability flags availableFlagA$_0$, availableFlagA$_1$, availableFlagB$_0$, availableFlagB$_1$ and availableFlagB$_2$, the reference indices refIdxLXA$_0$, refIdxLXA$_1$, refIdxLXB$_0$, refIdxLXB$_1$ and refIdxLXB$_2$, the prediction list utilization flags predFlagLXA$_0$, predFlagLXA$_1$, predFlagLXB$_0$, predFlagLXB$_1$ and predFlagLXB$_2$, and the motion vectors mvLXA$_0$, mvLXA$_1$, mvLXB$_0$, mvLXB$_1$ and mvLXB$_2$, with X being 0 or 1.

Ex. 13 (H.265 specification) at 134.

> 5.   The merging candidate list, mergeCandList, is constructed as follows:
>
> $i = 0$
> if( availableFlagA$_1$ )
>     mergeCandList[ i++ ] = A$_1$
> if( availableFlagB$_1$ )
>     mergeCandList[ i++ ] = B$_1$
> if( availableFlagB$_0$ )
>     mergeCandList[ i++ ] = B$_0$                                    (8-91)
> if( availableFlagA$_0$ )
>     mergeCandList[ i++ ] = A$_0$
>
> if( availableFlagB$_2$ )
>     mergeCandList[ i++ ] = B$_2$
> if( availableFlagCol )
>     mergeCandList[ i++ ] = Col

Ex. 13 (H.265 specification) at 134-35.

9. The following assignments are made with N being the candidate at position merge_idx[ xOrigP ][ yOrigP ] in the merging candidate list mergeCandList ( N = mergeCandList[ merge_idx[ xOrigP ][ yOrigP ] ] ) and X being replaced by 0 or 1:

$$mvLX[\ 0\ ] = mvLXN[\ 0\ ] \qquad (8\text{-}92)$$

$$mvLX[\ 1\ ] = mvLXN[\ 1\ ] \qquad (8\text{-}93)$$

$$refIdxLX = refIdxLXN \qquad (8\text{-}94)$$

$$predFlagLX = predFlagLXN \qquad (8\text{-}95)$$

Ex. 13 (H.265 specification) at 135.

403. Source code for the x265 encoder used by Snap shows that motion vectors and reference indexes are copied from the merge candidate when merging is used.

```
if (!mode.cu.m_mergeFlag[pu.puAbsPartIdx])
{
```

Ex. 33 (analysis.cpp) at 46.

```
        else
        {
            MVField candMvField[MRG_MAX_NUM_CANDS][2]; // double length for mv of both lists
            uint8_t candDir[MRG_MAX_NUM_CANDS];
            mode.cu.getInterMergeCandidates(pu.puAbsPartIdx, part, candMvField, candDir);
            uint8_t mvpIdx = mode.cu.m_mvpIdx[0][pu.puAbsPartIdx];
            if (mode.cu.isBipredRestriction())
            {
                /* do not allow bidir merge candidates if PU is smaller than 8x8, drop L1 reference */
                if (candDir[mvpIdx] == 3)
                {
                    candDir[mvpIdx] = 1;
                    candMvField[mvpIdx][1].refIdx = REF_NOT_VALID;
                }
            }
            mode.cu.setPUInterDir(candDir[mvpIdx], pu.puAbsPartIdx, part);
            mode.cu.setPUMv(0, candMvField[mvpIdx][0].mv, pu.puAbsPartIdx, part);
            mode.cu.setPUMv(1, candMvField[mvpIdx][1].mv, pu.puAbsPartIdx, part);
            mode.cu.setPURefIdx(0, (int8_t)candMvField[mvpIdx][0].refIdx, pu.puAbsPartIdx, part);
            mode.cu.setPURefIdx(1, (int8_t)candMvField[mvpIdx][1].refIdx, pu.puAbsPartIdx, part);
        }
```

Ex. 33 (analysis.cpp) at 47.

404. Review of bitstreams collected from Snap indicates that Snap's encoding decides to set the merge_flag to 1, indicating copying. For example:



Screenshot from VQ Analyzer showing merge_flag set to 1.

137

## COUNT VII: PATENT INFRINGEMENT OF THE '883 PATENT

405.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

406.    Snap had knowledge and notice of the '883 Patent at least by November 24, 2023, and again through communications on August 13, 2025 and November 21, 2025.

407.    Snap infringes the '883 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '883 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '883 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

408.    On information and belief, Snap also indirectly infringes the '883 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

409.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

### Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery | US |
| | Content streaming | |
| | Content storage | |
| | Content review | |

Ex. 12 at 1.

410.    As a result of Snap's inducement, Snap's providers perform infringing video coding and

directly infringe the '883 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '883 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '883 Patent.

411.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '883 Patent, including in this District and elsewhere in the United States.

412.    Snap's infringement of the '883 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '883 Patent and had knowledge, or was willfully blind, as to its infringement of the '883 Patent.  As discussed above, Snap has had actual knowledge of the '883 Patent since before this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and actively induce infringement of the '883 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '883 Patent.

413.    Snap's infringement of the '883 Patent has damaged and will continue to damage Dolby.

414.    Exemplary claim 15 of the '883 Patent recites:

> 15. An encoder for encoding a video into a data stream, comprising:
>
> a constructor configured to predictively code the video by motion compensated prediction using motion vectors and horizontal and vertical components of motion vector differences representing a prediction error with respect to the motion vectors; and
>
> an entropy encoder configured to, for horizontal and vertical components of each of the motion vector differences,
>
> encode, into the data stream, a truncated unary code coded using context-adaptive binary entropy encoding with exactly one context per bin position of the truncated unary code, wherein the context is shared by the horizontal and vertical components of the motion vector difference, and
>
> encode, into the data stream, an Exp-Golomb code coded using a constant equi-probability bypass mode.

415.    Snap's Accused Instrumentalities include an "encoder for encoding a video into a data stream."

416.    For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

417.    Videos downloaded from Snap show that an HEVC format is used:

| Format | MPEG-4 |
| --- | --- |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

418.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
| --- | --- |

(Video from Snap as viewed in MediaInfo app.)

419.    Snap's Accused Services include "a constructor configured to predictively code the video by motion compensated prediction using motion vectors and horizontal and vertical components of motion vector differences representing a prediction error with respect to the motion vectors."

420.    For example, sections 7.3.8.9 and 7.4.9.9 of the H.265 specification describe abs_mvd_greater0, abs_mvd_greater1, abs_mvd_minus2 and mvd_sign elements.    The abs_mvd_greater0 specifies whether the absolute value of a motion vector component difference is greater than 0.  The abs_mvd_greater1 specifies whether the absolute value of a motion vector

component difference is greater than 1.  The abs_mvd_minus2 element specifies the absolute value

of a motion vector component difference.  The mvd_sign element specifies the sign of a motion

vector component.  When mvd_sign = 0, then the corresponding motion vector component difference

has a positive value; when mvd_sign = 1, the difference has a negative value.

**7.3.8.9    Motion vector difference syntax**

| mvd_coding( x0, y0, refList ) { | Descriptor |
|---|---|
|    abs_mvd_greater0_flag[ 0 ] | ae(v) |
|    abs_mvd_greater0_flag[ 1 ] | ae(v) |
|    if( abs_mvd_greater0_flag[ 0 ] ) | |
|       abs_mvd_greater1_flag[ 0 ] | ae(v) |
|    if( abs_mvd_greater0_flag[ 1 ] ) | |
|       abs_mvd_greater1_flag[ 1 ] | ae(v) |
|    if( abs_mvd_greater0_flag[ 0 ] ) { | |
|       if( abs_mvd_greater1_flag[ 0 ] ) | |
|          abs_mvd_minus2[ 0 ] | ae(v) |
|       mvd_sign_flag[ 0 ] | ae(v) |
|    } | |
|    if( abs_mvd_greater0_flag[ 1 ] ) { | |
|       if( abs_mvd_greater1_flag[ 1 ] ) | |
|          abs_mvd_minus2[ 1 ] | ae(v) |
|       mvd_sign_flag[ 1 ] | ae(v) |
|    } | |
| } | |

Ex. 13 (H.265 specification) at 56; *see also id.* at 103.

421.    Equation 7-71 of H.265 discloses how to compute horizontal and vertical components of the

motion vector differences, lMvd[ compIdx ].  The horizontal motion vector component difference is

assigned compIdx = 0 and the vertical motion vector component is assigned compIdx = 1. If

mvd_sign_flag[ compIdx ] is equal to 0, the corresponding motion vector component difference has

a positive value. Otherwise (mvd_sign_flag[ compIdx ] is equal to 1), the corresponding motion

vector component difference has a negative value. When mvd_sign_flag[ compIdx ] is not present,

it is inferred to be equal to 0.

The motion vector difference lMvd[ compIdx ] for compIdx = 0..1 is derived as follows:

$$lMvd[ compIdx ] = abs\_mvd\_greater0\_flag[ compIdx ] *$$
$$( abs\_mvd\_minus2[ compIdx ] + 2 ) * ( 1 - 2 * mvd\_sign\_flag[ compIdx ] ) \qquad (7\text{-}71)$$

The variable MvdLX[ x0 ][ y0 ][ compIdx ], with X being 0 or 1, specifies the difference between a list X vector component to be used and its prediction. The value of MvdLX[ x0 ][ y0 ][ compIdx ] shall be in the range of $-2^{15}$ to $2^{15} - 1$, inclusive. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture. The horizontal motion vector component difference is assigned compIdx = 0 and the vertical motion vector component is assigned compIdx = 1.

– If refList is equal to 0, MvdL0[ x0 ][ y0 ][ compIdx ] is set equal to lMvd[ compIdx ] for compIdx = 0..1.

– Otherwise (refList is equal to 1), MvdL1[ x0 ][ y0 ][ compIdx ] is set equal to lMvd[ compIdx ] for compIdx = 0..1.

Ex. 13 (H.265 specification) at 103-104.

422.    The H.265 standard shows that when cu_skip_flag is not set for a block, pred_mode_flag is encoded for the block.  The H.265 standard discloses that pred_mode_flag being equal to 0 indicates Inter prediction mode, and under this mode, residual data and other inter coding-related parameters are encoded into the data stream.  Ex. 13 (H.265 specification) at Sec. 7.3.8.5, 7.3.8.8, 7.4.9.5.

**7.3.8.5    Coding unit syntax**

| | Descriptor |
|---|---|
| coding_unit( x0, y0, log2CbSize ) { | |
|   if( transquant_bypass_enabled_flag ) | |
|     **cu_transquant_bypass_flag** | ae(v) |
|   if( slice_type != I ) | |
|     **cu_skip_flag**[ x0 ][ y0 ] | ae(v) |
|   nCbS = ( 1 << log2CbSize ) | |
|   if( cu_skip_flag[ x0 ][ y0 ] ) | |
|     prediction_unit( x0, y0, nCbS, nCbS ) | |
|   else { | |
|     if( slice_type != I ) | |
|       **pred_mode_flag** | ae(v) |
|     if( CuPredMode[ x0 ][ y0 ] != MODE_INTRA \|\| log2CbSize == MinCbLog2SizeY ) | |
|       **part_mode** | ae(v) |
|     if( CuPredMode[ x0 ][ y0 ] == MODE_INTRA ) { | |
|       if( PartMode == PART_2Nx2N && pcm_enabled_flag && log2CbSize >= Log2MinIpcmCbSizeY && log2CbSize <= Log2MaxIpcmCbSizeY ) | |
|       **pcm_flag**[ x0 ][ y0 ] | ae(v) |

Ex. 13 (H.265 specification) at 51; *see also id.* 52-53.

423.    Compressed video data captured from Snap shows examples where cu_skip_flag is set to 0 and  pred_mode_flag  is  set  to  0.    In  these  cases,  the  abs_mvd_greater0,  abs_mvd_greater1,

142

abs_mvd_minus2, and mvd_sign elements are encoded.

**Prediction block (320,704) details**

Syntax Info | 8220

Filter | Hex

| Pos | R | V | SE Name | Value | Bits | Bits, % | Decoding |
|---|---|---|---|---|---|---|---|
| 0x00000b91:2 | 382 | 153 | split_cu_flag[320][704] | 0 | 0 | 0.00 | Arithmetic |
| 0x00000b91:2 | | | ∨ coding_unit(320, 704, 5) | | 48 | 100.00 | |
| 0x00000b91:2 | 313 | 153 | cu_skip_flag | 0 | 0 | 0.00 | Arithmetic |
| 0x00000b91:2 | 274 | 153 | pred_mode_flag | 0 | 0 | 0.00 | Arithmetic |
| 0x00000b91:2 | 261 | 153 | part_mode | 0 | 1 | 2.08 | Arithmetic |
| 0x00000b91:3 | | | ∨ prediction_unit(320, 704, 32, 32) | | 13 | 27.08 | |
| 0x00000b91:3 | 420 | 307 | merge_flag | 0 | 2 | 15.38 | Arithmetic |
| 0x00000b91:5 | 468 | 19 | ref_idx_l0 | 0 | 0 | 0.00 | Arithmetic |
| 0x00000b91:5 | | | ∨ mvd_coding(320, 704, 0) | | 10 | 76.92 | |
| 0x00000b91:5 | 310 | 19 | abs_mvd_greater0_flag[0] | 1 | 1 | 10.00 | Arithmetic |
| 0x00000b91:6 | 450 | 39 | abs_mvd_greater0_flag[1] | 1 | 0 | 0.00 | Arithmetic |
| 0x00000b91:6 | 315 | 39 | abs_mvd_greater1_flag[0] | 1 | 0 | 0.00 | Arithmetic |
| 0x00000b91:6 | 259 | 39 | abs_mvd_greater1_flag[1] | 1 | 1 | 10.00 | Arithmetic |
| 0x00000b91:7 | 412 | 79 | abs_mvd_minus2[0] | 0 | 2 | 20.00 | Bypass |
| 0x00000b92:1 | 412 | 317 | mvd_sign_flag[0] | 1 | 1 | 10.00 | Bypass |
| 0x00000b92:2 | 412 | 223 | abs_mvd_minus2[1] | 2 | 4 | 40.00 | Bypass |
| 0x00000b92:6 | 412 | 281 | mvd_sign_flag[1] | 1 | 1 | 10.00 | Bypass |
| 0x00000b92:7 | 412 | 151 | mvp_l0_flag | 0 | 1 | 7.69 | Arithmetic |
| 0x00000b93:0 | 450 | 303 | rqt_root_cbf | 1 | 1 | 2.08 | Arithmetic |
| 0x00000b93:1 | | | > transform_tree(320, 704, 5, 0) | | 33 | 68.75 | |

MP4    NAL    VPS    SPS    PPS    Slice    SEI    CU    TU    QM    Ref Lists    Stats    HRD

Selection Info | 8220

Width: 720                CTB address: 137         PU shape: 2Nx2N
Height: 1280              CTB col, row: 5,11        PU size: 32x32
Pictures: 4837            CU X,Y: 320, 704          TU depth: 0
Color format: 4:2:0      CU Size,Depth: 32x32, 1   TU size: 32x32
Bitdepth Y,C: 8, 8       CU pred mode: Inter       MV L0: 56,47=>0
Tile col, row: 0,0       Pixel X,Y: N/A            MV L1: N/A
Slice #: 0 - P           4x4 Z-scan idx: 11        QpY/QpCb/QpCr: 30/29/29

VQ Analyzer screenshot of bitstream collected from Snapchat.

424.    Further, x265 source code used by Snap shows that the prediction mode is coded, as well as other parameters such as prediction info and residual coefficients.

143

```
            codePredMode(ctu.m_predMode[absPartIdx]);
        }


        codePartSize(ctu, absPartIdx, depth);

        // prediction Info ( Intra : direction mode, Inter : Mv, reference idx )
        codePredInfo(ctu, absPartIdx);

        uint32_t tuDepthRange[2];
        if (ctu.isIntra(absPartIdx))
            ctu.getIntraTUQtDepthRange(tuDepthRange, absPartIdx);
        else
            ctu.getInterTUQtDepthRange(tuDepthRange, absPartIdx);

        // Encode Coefficients, allow codeCoeff() to modify bEncodeDQP
        codeCoeff(ctu, absPartIdx, bEncodeDQP, tuDepthRange);
```

Ex. 16 (entropy.cpp) at 15.

425.    Snap's Accused Services include "an entropy encoder configured to, for horizontal and vertical components of each of the motion vector differences."

426.    For example, the H.265 specification discloses CABAC-based entropy encoding, into a data stream, horizontal and vertical components of each of the motion vector differences related to a video.

427.    Specifically, Section 9.3.4 of H.265 discloses the coding process under CABAC entropy coding, which includes, as described in Section 9.3.4.2, determining context for each entropy-coded bin based on variable CtxInc.

### 9.3.4.2.1  General

Input to this process is the position of the current bin within the bin string, binIdx.

Outputs of this process are ctxTable, ctxIdx and bypassFlag.

The values of ctxTable, ctxIdx and bypassFlag are derived as follows based on the entries for binIdx of the corresponding syntax element in Table 9-43:

–  If the entry in Table 9-43 is not equal to "bypass", "terminate" or "na", the values of binIdx are decoded by invoking the DecodeDecision process as specified in clause 9.3.4.3.2 and the following applies:

  –  ctxTable is specified in Table 9-4.

  –  The variable ctxInc is specified by the corresponding entry in Table 9-43 and when more than one value is listed in Table 9-43 for a binIdx, the assignment process for ctxInc for that binIdx is further specified in the clauses given in parenthesis.

  –  The variable ctxIdxOffset is specified by the lowest value of ctxIdx in Table 9-4 depending on the current value of initType.

  –  ctxIdx is set equal to the sum of ctxInc and ctxIdxOffset.

  –  bypass Flag is set equal to 0.

–  Otherwise, if the entry in Table 9-43 is equal to "bypass", the values of binIdx are decoded by invoking the DecodeBypass process as specified in clause 9.3.4.3.4 and the following applies:

  –  ctxTable is set equal to 0.

  –  ctxIdx is set equal to 0.

  –  bypassFlag is set equal to 1.

–  Otherwise, if the entry in Table 9-43 is equal to "terminate", the values of binIdx are decoded by invoking the DecodeTerminate process as specified in clause 9.3.4.3.5 and the following applies:

  –  ctxTable is set equal to 0.

  –  ctxIdx is set equal to 0.

  –  bypassFlag is set equal to 0.

–  Otherwise (the entry in Table 9-43 is equal to "na"), the values of binIdx do not occur for the corresponding syntax element.

Ex. 13 (H.265 specification) at 206.

428.    For each syntax element related to motion vector differences (i.e., abs_mvd_greater0_flag[ compIdx ], abs_mvd_greater1_flag[ compIdx ], abs_mvd_minus2[ compIdx ]), the value of the variable CtxInc provided in Table 9-43 of H.265 is used to determine context for the syntax element.

Table 9-43 – Assignment of ctxInc to syntax elements with context coded bins

| Syntax element | binIdx | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | >= 5 |
| ... | | | | | | |
| abs_mvd_greater0_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_greater1_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_minus2[ ] | bypass | bypass | bypass | bypass | bypass | bypass |

Ex. 13 (H.265 specification) at 206, 207.

429.    Further, source code for the x265 encoder used by Snap shows the use of entropy coding. For example, the "Entropy" class in entropy.cpp performs entropy coding as part of the coding process.  Ex. 16 (entropy.cpp).

430.    Snap's Accused Services "encode, into the data stream, a truncated unary code coded using context-adaptive binary entropy encoding with exactly one context per bin position of the truncated unary code, wherein the context is shared by the horizontal and vertical components of the motion vector difference."

431.    For example, H.265 discloses entropy encoding, into the data stream, a truncated unary code formed by the combination of syntax elements abs_mvd_greater0_flag[] and abs_mvd_greater1_flag[] using CABAC entropy coding.

432.    As discussed above, Section 9.3.4 of H.265 discloses a decoding process under CABAC entropy decoding. *See* Ex. 13 (H.265 specification) at 206. This process includes, as described in Section 9.3.4.2, determining context for each entropy-coded bin based on variable CtxInc.

433.    For each of the syntax elements abs_mvd_greater0_flag[ compIdx ] and abs_mvd_greater1_flag[ compIdx ], the value of variable CtxInc provided in Table 9-43 of H.265 is used to determine context for the syntax element.

146

**Table 9-43 – Assignment of ctxInc to syntax elements with context coded bins**

| Syntax element | binIdx | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | >= 5 |
| ... | | | | | | |
| abs_mvd_greater0_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_greater1_flag[ ] | 0 | na | na | na | na | na |

Ex. 13 (H.265 specification) at 206, 207.

434.    The combinations of decoded syntax elements abs_mvd_greater0_flag[ compIdx ] and abs_mvd_greater1_flag[ compIdx ] are binary values of 0, 10 and 11 and as such, the combination of these two syntax elements represents a truncated unary code.

435.    Further, x265 source code used by Snap shows that the horizontal and vertical motion vector differences are checked to see if they are greater than 0, with this being encoded as the first bit of the truncated unary code. If they are greater than 0, then the horizontal and vertical motion vector differences are checked to see if they are greater than 1, with this being encoded as the second bit of the truncated unary code.

```
const bool bHorAbsGr0 = hor != 0;
const bool bVerAbsGr0 = ver != 0;
const uint32_t horAbs  = 0 > hor ? -hor : hor;
const uint32_t verAbs  = 0 > ver ? -ver : ver;

if (bHorAbsGr0)
    encodeBin(horAbs > 1 ? 1 : 0, m_contextState[OFF_MV_RES_CTX + 1]);

if (bVerAbsGr0)
    encodeBin(verAbs > 1 ? 1 : 0, m_contextState[OFF_MV_RES_CTX + 1]);
```

Ex. 16 (entropy.cpp) at 31-32.

436.    H.265 also discloses that the entropy encoded context is shared by the horizontal and vertical components of the motion vector difference and that there is one context per bin position.

437.    For each of abs_mvd_greater0_flag[ compIdx ] and abs_mvd_greater1_flag[ compIdx ], the

147

value of variable CtxInc is fixed and equal to 0 in Table 9-43. As such, CtxInc = 0 indicates that, for each bin of the truncated unary code (i.e., each of abs_mvd_greater0_flag[] and abs_mvd_greater1_flag[]), there is exactly one context used for CABAC entropy coding. Further, the value of variable CtxInc for both these syntax elements in Table 9-43 is independent of compIdx (which is equal to 0 for horizontal component and 1 for vertical component), and as such, the variable value CtxInc from the table is common for, or shared by, both the horizontal and vertical components of each motion vector difference syntax element.

**Table 9-43 – Assignment of ctxInc to syntax elements with context coded bins**

| Syntax element | binIdx | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | >= 5 |
| ... | | | | | | |
| abs_mvd_greater0_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_greater1_flag[ ] | 0 | na | na | na | na | na |

Ex. 13 (H.265 specification) at 206, 207.

438.    Snap's Accused Services "encode, into the data stream, an Exp-Golomb code coded using a constant equi-probability bypass mode."

439.    For example, Section 9.3.4 of H.265 discloses coding process under CABAC entropy coding, which includes, as described in Section 9.3.4.2, determining context for each entropy-coded bin based on variable CtxInc. The syntax element abs_mvd_minus2[] is coded as an Exp-Golomb code, and the value of variable CtxInc for this syntax element is provided in Table 9-43 of H.265.

**Table 9-43 – Assignment of ctxInc to syntax elements with context coded bins**

| Syntax element | binIdx | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | >= 5 |
| ... | | | | | | |
| abs_mvd_greater0_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_greater1_flag[ ] | 0 | na | na | na | na | na |
| abs_mvd_minus2[ ] | bypass | bypass | bypass | bypass | bypass | bypass |

Ex. 13 (H.265 specification) at 206, 207.

148

440.    For abs_mvd_minus2[], CtxInc is equal to "bypass" indicating that abs_mvd_minus2[] is decoded using the DecodeBypass process as specified in Section 9.3.4.3.4, which uses uniform or equal probability distribution for entropy decoding (as seen in Section 9.3.4.3.1).

**9.3.4.3.4  Bypass decoding process for binary decisions**

Inputs to this process are bits from slice segment data and the variables ivlCurrRange and ivlOffset.

Outputs of this process are the updated variable ivlOffset and the decoded value binVal.

The bypass decoding process is invoked when bypassFlag is equal to 1. Figure 9-8 shows a flowchart of the corresponding process.

First, the value of ivlOffset is doubled, i.e., left-shifted by 1 and a single bit is shifted into ivlOffset by using read_bits( 1 ). Then, the value of ivlOffset is compared to the value of ivlCurrRange and further steps are specified as follows:

–    If ivlOffset is greater than or equal to ivlCurrRange, the variable binVal is set equal to 1 and ivlOffset is decremented by ivlCurrRange.

–    Otherwise (ivlOffset is less than ivlCurrRange), the variable binVal is set equal to 0.

The bitstream shall not contain data that result in a value of ivlOffset being greater than or equal to ivlCurrRange upon completion of this process.

Ex. 13 (H.265 specification) at 217.

**9.3.4.3.1  General**

Inputs to this process are ctxTable, ctxIdx and bypassFlag, as derived in clause 9.3.4.2, and the state variables ivlCurrRange and ivlOffset of the arithmetic decoding engine.

Output of this process is the value of the bin.

Figure 9-5 illustrates the whole arithmetic decoding process for a single bin. For decoding the value of a bin, the context index table ctxTable and the ctxIdx are passed to the arithmetic decoding process DecodeBin( ctxTable, ctxIdx ), which is specified as follows:

–    If bypassFlag is equal to 1, DecodeBypass( ) as specified in clause 9.3.4.3.4 is invoked.

–    Otherwise, if bypassFlag is equal to 0, ctxTable is equal to 0 and ctxIdx is equal to 0, DecodeTerminate( ) as specified in clause 9.3.4.3.5 is invoked.

–    Otherwise (bypassFlag is equal to 0 and ctxTable is not equal to 0), DecodeDecision( ) as specified in clause 9.3.4.3.2 is invoked.

149



H.265v2(14)_F9-5

**Figure 9-5 – Overview of the arithmetic decoding process for a single bin (informative)**

Ex. 13 (H.265 specification) at 212-213.

441.    The value of variable CtxInc for abs_mvd_minus2[] in Table 9-43 is independent of compIdx

(which is equal to 0 for horizontal component and 1 for vertical component), and as such, the variable

value CtxInc from the table is common for, or shared by, both the horizontal and vertical components

of this syntax element.

**Table 9-38 – Syntax elements and associated binarizations**

| Syntax structure | Syntax element | Binarization | |
|---|---|---|---|
| | | Process | Input |
| | | ... | |
| mvd_coding() | | ... | |
| | abs_mvd_minus2[ ] | EG1 | - |

Ex. 13 (H.265 specification) at 198, 199.

442.    Further, x265 source code that Snap uses shows that the horizontal and vertical motion vector

differences are checked to see if they are greater than 0, with this being encoded as the first bit of the

150

truncated unary code. If they are greater than 0, then the horizontal and vertical motion vector differences are checked to see if they are greater than 1, with this being encoded as the second bit of the truncated unary code. If they are greater than 1, then the values are encoded via an Exp-Golomb code.

```
const bool bHorAbsGr0 = hor != 0;
const bool bVerAbsGr0 = ver != 0;
const uint32_t horAbs   = 0 > hor ? -hor : hor;
const uint32_t verAbs   = 0 > ver ? -ver : ver;

if (bHorAbsGr0)
    encodeBin(horAbs > 1 ? 1 : 0, m_contextState[OFF_MV_RES_CTX + 1]);

if (bVerAbsGr0)
    encodeBin(verAbs > 1 ? 1 : 0, m_contextState[OFF_MV_RES_CTX + 1]);

if (bHorAbsGr0)
{
    if (horAbs > 1)
        writeEpExGolomb(horAbs - 2, 1);

    encodeBinEP(0 > hor ? 1 : 0);
}

if (bVerAbsGr0)
{
    if (verAbs > 1)
        writeEpExGolomb(verAbs - 2, 1);

    encodeBinEP(0 > ver ? 1 : 0);
}
```

Ex. 16 (entropy.cpp) at 31-32.

## COUNT VIII: PATENT INFRINGEMENT OF THE '535 PATENT

443.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

444.    Snap had knowledge and notice of the '535 Patent at least by November 24, 2023, and again through communications on at least August 13, 2025 and November 21, 2025.

445.    Snap infringes the '535 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '535 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '535 Patent through its encoding, decoding, and transcoding of H.265-compliant (HEVC) video in the United States.

446. Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '535 Patent, including in this District and elsewhere in the United States.

447. On information and belief, Snap indirectly infringes claims of the '535 Patent, as provided in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

448. For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

## Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery | US |
| | Content streaming | |
| | Content storage | |
| | Content review | |

Ex. 12 at 1.

449. As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '535 Patent. Snap has performed and continues to perform these affirmative acts with knowledge of the '535 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '535 Patent.

450. Snap's infringement of the '535 Patent is willful and deliberate. As detailed above, Snap had knowledge of the '535 Patent and had knowledge, or was willfully blind, as to its infringement of the '535 Patent. As discussed above, Snap has had actual knowledge of the '535 Patent since before this suit. Further, as discussed above, Snap knew or should have known that its actions infringe and

actively induce infringement of the '535 Patent.  As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '535 Patent.

451.    Snap's infringement of the '535 Patent has damaged and will continue to damage Dolby.

452.    Exemplary claim 1 of the '535 Patent recites:

1. A method of coding at least one image, the method comprising:

dividing an image into a plurality of blocks;

grouping the plurality of blocks into a number of subsets of blocks; and

coding in parallel the subsets of blocks, the blocks of a subset coded according to a predetermined sequential order of traversal, wherein the coding for a subset of blocks comprises:

predictive coding a current block of the subset of blocks with respect to at least one previously coded and decoded block to obtain a predicted block;

subtracting the predicted block from the current block to obtain a residual block;

obtaining a block of quantized coefficients based on the residual block; and

entropy coding of the block of quantized coefficients based at least on probabilities of symbol occurrence, wherein the entropy coding comprises:

determining whether the current block is first in an order of blocks in the subset of blocks;

conditioned on determining that the current block is the first in the order of blocks in the subset of blocks, entropy coding the block of quantized coefficients using a first set of probabilities of symbol occurrence, the first set of probabilities associated with a predetermined block of at least one other subset; and

conditioned on determining that the current block is not the first block in the order of blocks in the subset of blocks, entropy coding the block of quantized coefficients using a second set of probabilities of symbol occurrence, the second set of probabilities associated with at least one other coded block belonging to the same subset,

wherein the predetermined block of the at least one other subset is entropy coded using the second set of probabilities.

453.    Snap's Accused Services perform "[a] method of coding at least one image."

454.    For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

455.    Videos downloaded from Snap show that an HEVC-compliant format is used:

153

| | |
|---|---|
| Format | MPEG-4 |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

456.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC-compliant video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|

(Video from Snap as viewed in MediaInfo app.)

457.    The video from Snap was encoded with "wpp," or Wavefront Parallel Processing, enabled.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
|---|---|
| Encoding settings | cpuid=1111039 / frame-threads=8 / wpp / no-pmode / no-pme / psnr / ssim / log-level=2 / input-csp=1 / input-res=720x1280 / interlace=0 / total-frames=0 / level-idc=0 / high-tier=1 / uhd-bd=0 / ref=6 / no-allow-non-conformance / no-repeat-headers / annexb / no-aud / no-eob / no-eos / no-hrd / info / hash=0 / no-temporal-layers / no-open-gop / min-keyint=25 / keyint=250 / gop-lookahead=0 / bframes=4 / b-adapt=2 / b-pyramid / bframe-bias=0 / rc-lookahead=25 / lookahead-slices=4 / scenecut=0 / no-hist-scenecut / radl=0 / no-splice / no-intra-refresh / ctu=64 / min-cu-size=8 / rect / no-amp / max-tu-size=32 / tu-inter-depth=1 / tu-intra-depth=1 / limit-tu=0 / rdoq-level=2 / dynamic-rd=0.00 / no-ssim-rd / signhide / no-tskip / nr-intra=0 / nr-inter=0 / no-constrained-intra / strong-intra-smoothing / max-merge=3 / limit-refs=3 / limit-modes / me=1 / subme=3 / merange=57 / temporal-mvp / no-frame-dup / no-hme / weightp / no-weightb / no-analyze-src-pics / deblock=0:0 / sao / no-sao-non-deblock / rd=4 / selective-sao=4 / no-early-skip / rskip / no-fast-intra / no-tskip-fast / no-cu-lossless / no-b-intra / no-splitrd-skip / rdpenalty=0 / psy-rd=2.00 / psy-rdoq=1.00 / no-rd-refine / no-lossless / cbqpoffs=0 / crqpoffs=0 / rc=crf / crf=30.0 / qcomp=0.60 / qpstep=4 / stats-write=0 / stats-read=0 / vbv-maxrate=3000 / vbv-bufsize=6000 / vbv-init=0.8 / min-vbv-fullness=50.0 / max-vbv-fullness=80.0 / crf-max=0.0 / crf-min=0.0 / ipratio=1.40 / pbratio=1.30 / aq-mode=2 / aq-strength=1.00 / cutree / zone-count=0 / no-strict-cbr / qg-size=32 / no-rc-grain / qpmax=69 / qpmin=0 / no-const-vbv / sar=0 / overscan=0 / videoformat=5 / range=0 / colorprim=1 / transfer=1 / colormatrix=1 / chromaloc=1 / chromaloc-top=0 / chromaloc-bottom=0 / display-window=0 / cll=0,0 / min-luma=0 / max-luma=255 / log2-max-poc-lsb=8 / vui-timing-info / vui-hrd-info / slices=1 / no-opt-qp-pps / no-opt-ref-list-length-pps / no-multi-pass-opt-rps / scenecut-bias=0.05 / hist-threshold=0.03 / no-opt-cu-delta-qp / no-aq-motion / no-hdr10 / no-hdr10-opt / no-dhdr10-opt / no-idr-recovery-sei / analysis-reuse-level=0 / analysis-save-reuse-level=0 / analysis-load-reuse-level=0 / scale-factor=0 / refine-intra=0 / refine-inter=0 / refine-mv=1 / refine-ctu-distortion=0 / no-limit-sao / ctu-info=0 / no-lowpass-dct / refine-analysis-type=0 / copy-pic=1 / max-ausize-factor=1.0 / no-dynamic-refine / no-single-sei / no-hevc-aq / no-svt / no-field / qp-adaptation-range=1.00 / scenecut-aware-qp=0conformance-window-offsets / right=0 / bottom=0 / decoder-max-rate=0 / no-vbv-live-multi-pass |

(Video from Snap as viewed in MediaInfo app.)

458.    Review    of    bitstreams    collected    from    Snap    indicates    that "entropy_coding_sync_enabled_flag" is enabled, and that CABAC is used throughout Snap bitstreams to encode information including residual coefficients.



459.    Snap's Accused Services perform "dividing an image into a plurality of blocks."

460.    For example, the H.265 standard explains that images are divided into types of blocks that include CTU, or "coding tree unit," blocks.

### 9.3.2    Initialization process

#### 9.3.2.1    General

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.



**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

– Otherwise, if entropy_coding_sync_enabled_flag is equal to 1 and either CtbAddrInRs % PicWidthInCtbsY is equal to 0 or TileId[ CtbAddrInTs ] is not equal to TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ], the following applies:

    – The location ( xNbT, yNbT ) of the top-left luma sample of the spatial neighbouring block T (Figure 9-2) is derived using the location ( x0, y0 ) of the top-left luma sample of the current coding tree block as follows:

$$( xNbT, yNbT ) = ( x0 + CtbSizeY, y0 − CtbSizeY )\qquad(9\text{-}3)$$

    – The availability derivation process for a block in z-scan order as specified in clause 6.4.1 is invoked with the location ( xCurr, yCurr ) set equal to ( x0, y0 ) and the neighbouring location ( xNbY, yNbY ) set equal to ( xNbT, yNbT ) as inputs, and the output is assigned to availableFlagT.

    – The synchronization process for context variables is invoked as follows:

        – If availableFlagT is equal to 1, the synchronization process for context variables and Rice parameter initialization states as specified in clause 9.3.2.4 is invoked with TableStateIdxWpp, TableMpsValWpp, and TableStatCoeffWpp as inputs.

Ex. 13 (H.265 specification) at 186.

461.    Source code for the x265 encoder used by Snap confirms that these CTU blocks are used to encode images.

```
        // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
    start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

```
/* manages the state of encoding one row of CTU blocks.  When
 * WPP is active, several rows will be simultaneously encoded. */
struct CTURow
{
    Entropy            bufferedEntropy;  /* store CTU2 context for next row CTU0 */
```

Ex. 23 (frameencoder.h) at 2.

462.    Snap's Accused Services perform "grouping the plurality of blocks into a number of subsets of blocks."

463.    For example, the H.265 standard explains that CTU blocks are arranged into a number of rows.



**9.3.2    Initialization process**

**9.3.2.1    General**

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.

**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

– the coding tree unit syntax specified in clause 7.3.8.2, entropy_coding_sync_enabled_flag is equal to 1 and the associated luma coding tree block is the first luma coding tree block in a coding tree unit row of a tile

Ex. 13 (H.265 specification) at 184.

464.    Source code for the x265 encoder used by Snap confirms that these CTUs are organized into rows.

```
// Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
start of a line.
if (m_param->bEnableWavefront && !col && row)
{
    m_entropyCoder.copyState(m_initSliceContext);
    m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
}
```

Ex. 22 (frameencoder.cpp) at 24.

```
/* manages the state of encoding one row of CTU blocks.  When
 * WPP is active, several rows will be simultaneously encoded. */
struct CTURow
{
    Entropy          bufferedEntropy;  /* store CTU2 context for next row CTU0 */
```

Ex. 23 (frameencoder.h) at 2.

465.    Snap's Accused Services perform "coding in parallel the subsets of blocks, the blocks of a subset coded according to a predetermined sequential order of traversal."

466.    The H.265 standard indicates that it is "designed . . . to enable the use of multi-core parallel encoding and decoding devices."

**0.3     Purpose**

This Recommendation | International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communications. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments as well as to enable the use of multi-core parallel encoding and decoding devices. The use of this Recommendation | International Standard allows motion video to be manipulated as a

Ex. 13 at 1.

467.    Documentation for the x265 encoder used by Snap confirm that multiple threads are used together with WPP to code the subsets of blocks in parallel.

# Threading

## Thread Pools

x265 creates one or more thread pools per encoder, one pool per NUMA node (typically a CPU socket). --pools specifies the number of pools and the number of threads per pool the encoder will allocate. By default x265 allocates one thread per (hyperthreaded) CPU core on each NUMA node.

Ex. 34 (https://x265.readthedocs.io/en/stable/threading.html).

## Wavefront Parallel Processing

New with HEVC, Wavefront Parallel Processing allows each row of CTUs to be encoded in parallel, so long as each row stays at least two CTUs behind the row above it, to ensure the intra references and other data of the blocks above and above-right are available. WPP has almost no effect on the analysis and compression of each CTU and so it has a very small impact on compression efficiency relative to slices or tiles. The compression loss from WPP has been found to be less than 1% in most of our tests.

Ex. 34 (https://x265.readthedocs.io/en/stable/threading.html).

468.    Source code for the x265 encoder confirms the use of parallel processing for each row of CTUs.

```
/* Enable wavefront parallel processing, greatly increases parallelism for
 * less than 1% compression efficiency loss. Requires a thread pool, enabled
 * by default */
int         bEnableWavefront;
```

Ex. 32 (x265.h) at 15.

469.    The H.265 standard confirms that the blocks in each row are "coded according to a predetermined sequential order of traversal."  Coding in each row proceeds from left to right.

| | |
|---|---|
| 3.118 | **raster scan**: A mapping of a rectangular two-dimensional pattern to a one-dimensional pattern such that the first entries in the one-dimensional pattern are from the first top row of the two-dimensional pattern scanned from left to right, followed similarly by the second, third, etc., rows of the pattern (going down) each scanned from left to right. |

Ex. 13 at 10.

| | |
|---|---|
| 3.162 | **tile row**: A rectangular region of *coding tree blocks* having a height specified by *syntax elements* in the *picture parameter set* and a width equal to the width of the *picture*. |
| 3.163 | **tile scan**: A specific sequential ordering of *coding tree blocks* partitioning a *picture* in which the *coding tree blocks* are ordered consecutively in *coding tree block raster scan* in a *tile* whereas *tiles* in a *picture* are ordered consecutively in a *raster scan* of the *tiles* of the *picture*. |

Ex. 13 at 12.

– In each PPS referred to by a picture in the j-th direct reference layer of the i-th layer, tiles_enabled_flag is equal to 0 and entropy_coding_sync_enabled_flag is equal to 1 and the following applies:

    – Let CTU row A be any CTU row in any picture picA of the i-th layer and ctbAddr[ i ] be the raster scan address of the last CTU in CTU row A. Let CTU row B be the CTU row that is in the picture picB belonging to the same access unit as picA and belonging to the j-th direct reference layer of the i-th layer and that contains the CTU with raster scan address colCtbAddr[ i ][ j ]. Let CTU row C be the CTU row that is also in picB and follows CTU row B in decoding order and between CTU row B and CTU row C there are min_spatial_segment_offset_plus1[ i ] − 1 CTU rows in decoding order. When CTU row C is present, the syntax elements of CTU row A are constrained such that no sample or syntax elements values in CTU row C or row of the same picture following CTU row C are used for inter-layer prediction in the decoding process of any samples within CTU row A.

Ex. 13 at 400; *see also* animation at https://parabolaresearch.com/blog/2013-12-01-hevc-wavefront-animation.html.

470.    Similarly, source code for the x265 encoder used by Snap confirms that each row is encoded column-by-column from left to right, in a predetermined order.

```
// Handle single row slice
if (tld.analysis.m_sliceMaxY < tld.analysis.m_sliceMinY)
    tld.analysis.m_sliceMaxY = tld.analysis.m_sliceMinY = 0;


while (curRow.completed < numCols)
```

Ex. 22 at 27.

471.    In Snap's Accused Services, the coding for a subset of blocks comprises "predictive coding a current block of the subset of blocks with respect to at least one previously coded and decoded block to obtain a predicted block."

472.    For example, the H.265 standard explains that various predictive coding techniques, such as inter and intra coding, are used to obtain a predicted block.  With intra coding, at least one block in the same frame is used to predict the current block; with inter coding, at least one block from a different frame is used to predict the current block.

> **0.7    Overview of the design characteristics**
>
> The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

Ex. 13 at 2.

473.    For example, the source code for the x265 encoder used by Snap confirms the use of predictive coding techniques such as inter and intra coding to obtain a predicted block from which a residual is calculated.

```
/* The additional depth the residual quad-tree is allowed to recurse beyond
 * the coding quad-tree, for inter coded blocks. This must be between 1 and
 * 4. The higher the value the more efficiently the residual can be
 * compressed by the DCT transforms, at the expense of much more compute */
uint32_t  tuQTMaxInterDepth;

/* The additional depth the residual quad-tree is allowed to recurse beyond
 * the coding quad-tree, for intra coded blocks. This must be between 1 and
 * 4. The higher the value the more efficiently the residual can be
 * compressed by the DCT transforms, at the expense of much more compute */
uint32_t  tuQTMaxIntraDepth;
```

Ex. 32 (x265.h) at 20.

474.    In Snap's Accused Services, the coding for a subset of blocks comprises "subtracting the predicted block from the current block to obtain a residual block."

475.    For example, the H.265 standard explains that residuals are calculated based on the difference between a prediction of samples and their actual values.

### 0.7    Overview of the design characteristics

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

Ex. 13 at 2.

**3.129    residual**: The decoded difference between a *prediction* of a sample or data element and its decoded value.

Ex. 13 at 11.

476.    For example, the source code for the x265 encoder used by Snap calculates residuals for the samples in a CTU by calculating the differences between prediction pixels and actual pixels.

```
/* generate residual for entire CTU at once and copy to reconPic */
encodeResidue(ctu, cuGeom);
```

Ex. 33 (analysis.cpp) at 6.

477.    In Snap's Accused Services, the coding for a subset of blocks comprises "obtaining a block of quantized coefficients based on the residual block."

161

478.    For example, the H.265 standard explains that DCT transforms are used to generate quantized coefficients based on the residual block – "the prediction residual may then be further compressed using a transform . . . before it is quantized."

---

**0.7    Overview of the design characteristics**

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

---

Ex. 13 at 2.

479.    For example, the x265 source code confirms that a residual is transformed to obtained quantized coefficients, for example using the residualTransformQuantIntra and residualTranformQuantInter functions.

```
            else if (m_param->rdLevel == 1)
            {
                /* generate recon pixels with no rate distortion considerations */
                CUData& cu = md.bestMode->cu;

                uint32_t tuDepthRange[2];
                cu.getIntraTUQtDepthRange(tuDepthRange, 0);

                residualTransformQuantIntra(*md.bestMode, cuGeom, 0, 0, tuDepthRange);
```

Ex. 33 (analysis.cpp) at 32.

```
        /* residualTransformQuantInter() wrote transformed residual back into
         * resiYuv. Generate the recon pixels by adding it to the prediction */
```

Ex. 33 (analysis.cpp) at 63.

480.    In Snap's Accused Services, the coding for a subset of blocks comprises "entropy coding of the block of quantized coefficients based at least on probabilities of symbol occurrence."

481.    For example, the H.265 standard explains that "quantized transform coefficient information" is "encoded using arithmetic coding."

162

---

**0.7    Overview of the design characteristics**

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

---

Ex. 13 at 2.

---

–   ae(v): context-adaptive arithmetic entropy-coded syntax element. The parsing process for this descriptor is specified in clause 9.3.

---

Ex. 13 (H.265 specification) at 32.

---

**9.3    CABAC parsing process for slice segment data**

**9.3.1    General**

This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.8.1 through 7.3.8.12.

Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.

Output of this process is the value of the syntax element.

---

Ex. 13 (H.265 specification) at 184.

482.    CABAC coding is based on probabilities of symbol occurrence.  CABAC is "a system for learning probabilities on the fly with respect to the previously coded symbols for the context considered."  535 Patent, 2:34-37.

483.    The x265 source code confirms the use of this entropy coding to encode quantized transform coefficients.

```
void Entropy::codeCoeffNxN(const CUData& cu, const coeff_t* coeff, uint32_t absPartIdx, uint32_t
    log2TrSize, TextType ttype)
{
    uint32_t trSize = 1 << log2TrSize;
    uint32_t tqBypass = cu.m_tqBypass[absPartIdx];
    // compute number of significant coefficients
    uint32_t numSig = primitives.cu[log2TrSize - 2].count_nonzero(coeff);
    X265_CHECK(numSig > 0, "cbf check fail\n");
    bool bHideFirstSign = cu.m_slice->m_pps->bSignHideEnabled & !tqBypass;

    if (log2TrSize <= MAX_LOG2_TS_SIZE && !tqBypass && cu.m_slice->m_pps->bTransformSkipEnabled)
        codeTransformSkipFlags(cu.m_transformSkip[ttype][absPartIdx], ttype);

    bool bIsLuma = ttype == TEXT_LUMA;

    // select scans
    TUEntropyCodingParameters codingParameters;
    cu.getTUEntropyCodingParameters(codingParameters, absPartIdx, log2TrSize, bIsLuma);
```

Ex. 16 (entropy.cpp) at 34.

484.    In Snap's Accused Services, the entropy coding comprises "determining whether the current block is first in an order of blocks in the subset of blocks."

485.    For example, the H.265 standard explains that entropy coding proceeds row by row, and specifically for the first CTU block in a row (not including the first row), the context variables are initialized by synchronizing them with the context variables of a neighboring block of the second CTU in the row one above the row being decoded.  Performing this requires a determination of whether the current block is first in an order of blocks in the subset of blocks.

> **entropy_coding_sync_enabled_flag** equal to 1 specifies that a specific synchronization process for context variables is invoked before decoding the coding tree unit which includes the first coding tree block of a row of coding tree blocks in each tile in each picture referring to the PPS, and a specific storage process for context variables is invoked after decoding the coding tree unit which includes the second coding tree block of a row of coding tree blocks in each tile in each picture

Ex. 13 (H.265 specification) at 79 (emphasis added).

164

### 9.3.2      Initialization process

#### 9.3.2.1      General

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.



**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

  − Otherwise, if entropy_coding_sync_enabled_flag is equal to 1 and either CtbAddrInRs % PicWidthInCtbsY is equal to 0 or TileId[ CtbAddrInTs ] is not equal to TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ], the following applies:

    − The location ( xNbT, yNbT ) of the top-left luma sample of the spatial neighbouring block T (Figure 9-2) is derived using the location ( x0, y0 ) of the top-left luma sample of the current coding tree block as follows:

      $$( xNbT, yNbT ) = ( x0 + CtbSizeY, y0 − CtbSizeY )\qquad\qquad (9\text{-}3)$$

    − The availability derivation process for a block in z-scan order as specified in clause 6.4.1 is invoked with the location ( xCurr, yCurr ) set equal to ( x0, y0 ) and the neighbouring location ( xNbY, yNbY ) set equal to ( xNbT, yNbT ) as inputs, and the output is assigned to availableFlagT.

    − The synchronization process for context variables is invoked as follows:

      − If availableFlagT is equal to 1, the synchronization process for context variables and Rice parameter initialization states as specified in clause 9.3.2.4 is invoked with TableStateIdxWpp, TableMpsValWpp, and TableStatCoeffWpp as inputs.

Ex. 13 (H.265 specification) at 186.

486.     Source code for the x265 encoder used by Snap confirms that when WPP is enabled, a determination is made that the current block is the first in its row.  Specifically, the "!col" in the if

165

statement below is true only if the current column number (col) is equal to zero, indicating that the block is the first in the row.  The source code describes this as a determination that "we're at the start of a line."

```
            // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
        start of a line.
        if (m_param->bEnableWavefront && !col && row)
        {
            m_entropyCoder.copyState(m_initSliceContext);
            m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
        }
```

Ex. 22 (frameencoder.cpp) at 24.

487.    In Snap's Accused Services, the entropy coding comprises "conditioned on determining that the current block is the first in the order of blocks in the subset of blocks, entropy coding the block of quantized coefficients using a first set of probabilities of symbol occurrence, the first set of probabilities associated with a predetermined block of at least one other subset."

488.    For example, the H.265 standard explains that entropy coding proceeds row by row, and for the first CTU block in a row (not including the first row), the context variables are initialized by synchronizing them with the context variables of a neighboring block of the second CTU in the row one above the row being decoded.

166

**9.3.2      Initialization process**

**9.3.2.1      General**

Outputs of this process are initialized CABAC internal variables and the initialized Rice parameter initialization states StatCoeff.



**Two coding tree blocks**

T

Current coding tree block

Left edge of picture                                    Right edge of picture

**Figure 9-2 – Spatial neighbour T that is used to invoke the coding tree block availability derivation process relative to the current coding tree block (informative)**

Ex. 13 (H.265 specification) at 186.

- Otherwise, if entropy_coding_sync_enabled_flag is equal to 1 and either CtbAddrInRs % PicWidthInCtbsY is equal to 0 or TileId[ CtbAddrInTs ] is not equal to TileId[ CtbAddrRsToTs[ CtbAddrInRs − 1 ] ], the following applies:

  - The location ( xNbT, yNbT ) of the top-left luma sample of the spatial neighbouring block T (Figure 9-2) is derived using the location ( x0, y0 ) of the top-left luma sample of the current coding tree block as follows:

    $$( xNbT, yNbT ) = ( x0 + CtbSizeY, y0 − CtbSizeY )$$     (9-3)

  - The availability derivation process for a block in z-scan order as specified in clause 6.4.1 is invoked with the location ( xCurr, yCurr ) set equal to ( x0, y0 ) and the neighbouring location ( xNbY, yNbY ) set equal to ( xNbT, yNbT ) as inputs, and the output is assigned to availableFlagT.

  - The synchronization process for context variables is invoked as follows:

    - If availableFlagT is equal to 1, the synchronization process for context variables and Rice parameter initialization states as specified in clause 9.3.2.4 is invoked with TableStateIdxWpp, TableMpsValWpp, and TableStatCoeffWpp as inputs.

Ex. 13 (H.265 specification) at 186.



Ex. 13 (H.265 specification) at 187 (emphasis added).

489.    Source code for the x265 encoder used by Snap confirms that when WPP is enabled, probabilities are initialized with the probability estimations from the "upper-right CTU", i.e., the second block from the prior line, at the start of each line.

```
// Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
start of a line.
if (m_param->bEnableWavefront && !col && row)
{
    m_entropyCoder.copyState(m_initSliceContext);
    m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
}
```

Ex. 22 (frameencoder.cpp) at 24.

490.    This entropy coding, with the synchronized probability model, is used to encode the quantized coefficients.

491.    In Snap's Accused Services, the entropy coding comprises "conditioned on determining that the current block is not the first block in the order of blocks in the subset of blocks, entropy coding

168

the block of quantized coefficients using a second set of probabilities of symbol occurrence, the

second set of probabilities associated with at least one other coded block belonging to the same

subset."

492.    The H.265 standard explains that for blocks that are not the first block in a row, the entropy

coding is not reinitialized from a different row but rather continues to use the probability models

adapted based on the earlier blocks in the same row.



Ex. 13 (H.265 specification) at 187 (emphasis added).

493.    Source code for the x265 encoder used by Snap confirms that when it is not the first block in

a row (i.e. "col" is greater than 0), the entropy coding state is not copied and the probability context

are not reloaded.

```
1256          // Synchronize cabac probabilities with upper-right CTU if it's available and we're at the
        start of a line.
1257          if (m_param->bEnableWavefront && !col && row)
1258          {
1259              m_entropyCoder.copyState(m_initSliceContext);
1260              m_entropyCoder.loadContexts(m_rows[row - 1].bufferedEntropy);
1261          }
```

Ex. 22 (frameencoder.cpp) at 24.

494.    In Snap's Accused Services, "the predetermined block of the at least one other subset is entropy coded using the second set of probabilities."

495.    For example, the H.265 standard explains that "quantized transform coefficient information" is "encoded using arithmetic coding," including CABAC.

> **0.7      Overview of the design characteristics**
>
> The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

Ex. 13 at 2.

> **9.3      CABAC parsing process for slice segment data**
>
> **9.3.1     General**
>
> This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.8.1 through 7.3.8.12.
>
> Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.
>
> Output of this process is the value of the syntax element.

Ex. 13 (H.265 specification) at 184.

496.    CABAC coding is an "adaptive" coding, where probabilities of symbol occurrence are updated as data is coded, including data coded in prior blocks in the same row.  535 Patent, 2:8-39.

> **3.37     context variable**: A variable specified for the *adaptive binary arithmetic decoding process* of a *bin* by an equation containing recently decoded *bins*.

Ex. 13 (H.265 specification) at 6.

170

| CABAC | Context-based Adaptive Binary Arithmetic Coding |

Ex. 13 (H.265 specification) at 13.

497.    The x265 source code confirms the use of this entropy coding to encode quantized transform coefficients.

```
void Entropy::codeCoeffNxN(const CUData& cu, const coeff_t* coeff, uint32_t absPartIdx, uint32_t log2TrSize, TextType ttype)
{
    uint32_t trSize = 1 << log2TrSize;
    uint32_t tqBypass = cu.m_tqBypass[absPartIdx];
    // compute number of significant coefficients
    uint32_t numSig = primitives.cu[log2TrSize - 2].count_nonzero(coeff);
    X265_CHECK(numSig > 0, "cbf check fail\n");
    bool bHideFirstSign = cu.m_slice->m_pps->bSignHideEnabled & !tqBypass;

    if (log2TrSize <= MAX_LOG2_TS_SIZE && !tqBypass && cu.m_slice->m_pps->bTransformSkipEnabled)
        codeTransformSkipFlags(cu.m_transformSkip[ttype][absPartIdx], ttype);

    bool bIsLuma = ttype == TEXT_LUMA;

    // select scans
    TUEntropyCodingParameters codingParameters;
    cu.getTUEntropyCodingParameters(codingParameters, absPartIdx, log2TrSize, bIsLuma);
```

Ex. 16 (entropy.cpp) at 34.

## COUNT IX: PATENT INFRINGEMENT OF THE '173 PATENT

498.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

499.    Snap had knowledge and notice of the '173 Patent at least by November 24, 2023, and again through communications on August 13, 2025, and November 21, 2025.

500.    Snap infringes the '173 Patent by making, using, offering to sell, and/or selling the patented invention within the United States, and/or importing the patented invention into the United States. Snap thus directly infringes the '173 Patent literally and/or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271.  For example, Snap directly infringes the '173 Patent at least through its encoding, decoding, and transcoding of H.264 (AVC)-compliant and H.265 (HEVC)-compliant video in the United States.

501.    On information and belief, Snap indirectly infringes claims of the '173 Patent, as provided

171

in 35 U.S.C. § 271(b), by knowingly inducing infringement by others, such as Snap's partners and vendors, in this District and elsewhere in the United States.

502.    For example, Snap uses the infrastructure of its providers to encode and decode video. Snap's web page indicates that these providers perform content delivery, streaming, storage, and review, including the encoding and decoding of video.

### Learn About Snap's Service Providers

To improve our products and services, sometimes we'll share your information with trusted third parties. Their services can help us safely store your data, observe different analytics, and help us transfer payments. To learn more, you can check out our Privacy Policy!

| Content Providers | Content delivery<br>Content streaming<br>Content storage<br>Content review | US |

Ex. 12 at 1.

503.    As a result of Snap's inducement, Snap's providers perform infringing video coding and directly infringe the '173 Patent.  Snap has performed and continues to perform these affirmative acts with knowledge of the '173 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '173 Patent.

504.    Upon information and belief, Snap derives revenue, directly and indirectly, from the activities relating to the Accused Services and to infringement of the '173 Patent, including in this District and elsewhere in the United States.

505.    Snap's infringement of the '173 Patent is willful and deliberate.  As detailed above, Snap had knowledge of the '173 Patent and had knowledge, or was willfully blind, as to its infringement of the '173 Patent.  As discussed above, Snap has had actual knowledge of the '173 Patent since before this suit.  Further, as discussed above, Snap knew or should have known that its actions infringe and

172

actively induce infringement of the '173 Patent. As discussed above, Snap specifically intended that both itself and/or its customers and providers infringe the '173 Patent.

506. Snap's infringement of the '173 Patent has damaged and will continue to damage Dolby.

507. Claim 1 of the '173 Patent recites:

1. A method for at least one of encoding and decoding an image, the image including a plurality of frames with each frame including a plurality of blocks, each having a plurality of pixels, the method comprising:

identifying adjacent blocks of a frame of said image;

examining conditions of coding parameters for said adjacent blocks of said frame;

determining boundary strengths for a boundary between said adjacent blocks of said frame; and

selectively filtering at least a portion of said image proximate a boundary between said adjacent blocks of said frame based upon said conditions of coding parameters, wherein

said conditions of coding parameters include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less than a threshold value in both vertical direction and horizontal direction,

a strength of said selectively filtering is controlled by said boundary strength for said adjacent blocks of said frame,

said boundary strength is a first value when said adjacent blocks of said frame have an absolute difference of motion vector components which is greater than or equal to a threshold value in either the vertical direction or the horizontal direction, and

the boundary strength value is used to control a pixel value adaptation range in a loop filter.

508. Snap's Accused Services perform "[a] method for at least one of encoding and decoding an image, the image including a plurality of frames with each frame including a plurality of blocks, each having a plurality of pixels, the method comprising:"

509. For example, Snap's backend servers encode H.264-compliant (AVC) video for streaming to devices.

510. Videos downloaded from Snap show that an AVC format is used:

173

```
General
Complete name                          : Item1-44.mp4
Format                                 : MPEG-4
Format profile                         : Base Media
Codec ID                               : isom (isom/iso2/avc1/mp41)
File size                              : 955 KiB
Duration                               : 7 s 987 ms
Overall bit rate                       : 980 kb/s
Frame rate                             : 36.625 FPS
Writing application                    : Lavf60.16.100

Video
ID                                     : 1
Format                                 : AVC
Format/Info                            : Advanced Video Codec
Format profile                         : High@L3.2
Format settings                        : CABAC / 5 Ref Frames
Format settings, CABAC                 : Yes
Format settings, Reference frames      : 5 frames
Codec ID                               : avc1
Codec ID/Info                          : Advanced Video Coding
```

(Video from Snap as viewed in MediaInfo app.)

511.    Snap uses the core 161 version of the x264 library to encode AVC video.

```
Writing library                        : x264 core 161
```

(Video from Snap as viewed in MediaInfo app.)

512.    For example, Snap's backend servers encode H.265-compliant (HEVC) video for streaming to devices.

513.    Videos downloaded from Snap show that an HEVC format is used:

174

| Format | MPEG-4 |
| --- | --- |
| Format profile | Base Media |
| Codec ID | isom (iso8/mp41/dash/hvc1/cmfc) |
| File size | 30.0 MiB |
| Duration | 7 min 49 s |
| Overall bit rate | 537 kb/s |
| Frame rate | 25.000 FPS |
| Encoded date | 2024-11-29 10:54:45 UTC |
| Tagged date | 2024-11-29 10:54:45 UTC |
| ⌄ Video | |
| ID | 1 |
| Format | HEVC |
| Format/Info | High Efficiency Video Coding |
| Format profile | Main@L4@Main |
| Codec ID | hvc1 |
| Codec ID/Info | High Efficiency Video Coding |

(Video from Snap as viewed in MediaInfo app.)

514.    Snap uses the x265 library, version 3.5, revision 20255e6f0, to encode HEVC video.

| Writing library | x265 3.5+38-20255e6f0:[Linux][GCC 9.4.0][64 bit] 8bit |
| --- | --- |

(Video from Snap as viewed in MediaInfo app.)

515.    For example, the H.264 specification explains how an image is decoded, the image including a plurality of frames with each frame including a plurality of blocks, each having a plurality of pixels.

516.    H.264 specifies a decoding process. As part of that process, a deblocking filter process is carried out on block edges of pictures (frames), which each have a plurality of blocks, each having a plurality of pixels.

> 3.44    decoding process: The process specified in this Recommendation | International Standard that reads a *bitstream* and derives *decoded pictures* from it.

Ex. 36 (H.264 specification) at 7.

> 8.7    **Deblocking filter process**
>
> A conditional filtering shall be applied to all 4x4 block edges of a picture, except edges at the boundary of the picture and any edges for which the deblocking filter process is disabled by disable_deblocking_filter_idc, as specified below. This filtering process is performed on a macroblock basis after the completion of the picture construction process prior to deblocking filter process (as specified in subclauses 8.5 and 8.6) for the entire decoded picture, with all macroblocks in a picture processed in order of increasing macroblock addresses.

Ex. 36 (H.264 specification) at 202.

> 3.15    **block**: An MxN (M-column by N-row) array of samples, or an MxN array of *transform coefficients*.

Ex. 36 (H.264 specification) at 6.

> **3.55** **frame**: A *frame* contains an array of *luma* samples in monochrome format or an array of *luma* samples and two corresponding arrays of *chroma* samples in 4:2:0, 4:2:2, and 4:4:4 colour format. A *frame* consists of two *fields*, a *top field* and a *bottom field*.

Ex. 36 (H.264 specification) at 7.

517.     For example, the H.265 specification explains how an image is decoded, the image including a plurality of frames with each frame including a plurality of blocks, each having a plurality of pixels.

518.     H.265 specifies a decoding process. As part of that process, a deblocking filter process is carried out on block edges of pictures (frames), which each have a plurality of blocks, each having a plurality of pixels.

> **3.44** **decoding process**: The process specified in this Specification that reads a *bitstream* and derives *decoded pictures* from it.

Ex. 13 (H.265 specification) at 7.

> **8.7.2** **Deblocking filter process**
>
> **8.7.2.1** **General**

[…]

> The deblocking filter process is applied to all prediction block edges and transform block edges of a picture, except the edges that are at the boundary of the picture, for which the deblocking filter process is disabled by slice_deblocking_filter_disabled_flag, that coincide with tile boundaries when loop_filter_across_tiles_enabled_flag is equal to 0, or that coincide with upper or left slice boundaries of slices with slice_loop_filter_across_slices_enabled_flag equal to 0. For the transform units and prediction units with block edges less than 8 samples in either the vertical or horizontal direction, only the edges lying on the 8x8 sample grid of the considered component are filtered.

Ex. 13 (H.265 specification) at 167.

> **3.13** **block**: An MxN (M-column by N-row) array of samples, or an MxN array of *transform coefficients*.

Ex. 13 (H.265 specification) at 5.

> **3.55** **frame**: The composition of a top *field* and a bottom *field*, where sample rows 0, 2, 4, … originate from the top *field* and sample rows 1, 3, 5, … originate from the bottom *field*.

Ex. 13 (H.265 specification) at 7.

519.     Snap's Accused Services perform "identifying adjacent blocks of a frame of said image."

520.     For example, the H.264 specification explains how adjacent blocks of a frame of an image

are identified.

521.    H.264 identifies adjacent blocks of a frame when examining 4x4 block edges of a frame.

> The deblocking filter process is invoked for the luma and chroma components separately. For each macroblock and each component, vertical edges are filtered first, starting with the edge on the left-hand side of the macroblock proceeding through the edges towards the right-hand side of the macroblock in their geometrical order, and then horizontal edges are filtered, starting with the edge on the top of the macroblock proceeding through the edges towards the bottom of the macroblock in their geometrical order. Figure 8-10 shows edges of a macroblock which can be interpreted as luma or chroma edges.

Ex. 36 (H.264 specification) at 202.



Figure 8-10 – Boundaries in a macroblock to be filtered

Ex. 36 (H.264 specification) at 203.

522.    For example, the source code for the x264 encoder used by Snap shows adjacent blocks of a frame are identified when edges between blocks are identified.  Ex. 35 (deblock.c) at 5-7.

523.    For example, the H.265 specification explains how adjacent blocks of a frame of an image are identified.

524.    H.265 identifies adjacent blocks of a frame when examining block edges of a frame.

> The vertical edges in a picture are filtered first. Then the horizontal edges in a picture are filtered with samples modified by the vertical edge filtering process as input. The vertical and horizontal edges in the coding tree blocks of each coding tree unit are processed separately on a coding unit basis. The vertical edges of the coding blocks in a coding unit are filtered starting with the edge on the left-hand side of the coding blocks proceeding through the edges towards the right-hand side of the coding blocks in their geometrical order. The horizontal edges of the coding blocks in a coding unit are filtered starting with the edge on the top of the coding blocks proceeding through the edges towards the bottom of the coding blocks in their geometrical order.

Ex. 13 (H.265 specification) at 167.

525.    For example, the source code for the x265 encoder used by Snap shows adjacent blocks of a frame are identified when edges between blocks are considered in bs calculation.  *E.g.* Ex. 37

177

(deblock.cpp) at 4-5.

526.    Snap's Accused Services perform "examining conditions of coding parameters for said adjacent blocks of said frame."

527.    For example, the H.264 specification explains how conditions of coding parameters for said adjacent blocks of said frame are examined.

528.    H.264 examines conditions of coding parameters (such as motion vectors) for said adjacent blocks of said frame.



Figure 8-11 – Convention for describing samples across a 4x4 block horizontal or vertical boundary

Ex. 36 (H.264 specification) at 207.

**8.7.2.1    Derivation process for the luma content dependent boundary filtering strength**

Inputs to this process are the input sample values $p_0$ and $q_0$ of a single set of samples across an edge that is to be filtered and verticalEdgeFlag.

Output of this process is the variable bS.

Ex. 36 (H.264 specification) at 208.

–    Otherwise, if any of the following conditions are true, a value of bS equal to 1 is the output:

  –    mixedModeEdgeFlag is equal to 1,

  –    mixedModeEdgeFlag is equal to 0 and for the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ different reference pictures or a different number of motion vectors are used than for the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$,

      NOTE 1 – The determination of whether the reference pictures used for the two macroblock/sub-macroblock partitions are the same or different is based only on which pictures are referenced, without regard to whether a prediction is formed using an index into reference picture list 0 or an index into reference picture list 1, and also without regard to whether the index position within a reference picture list is different.

  –    mixedModeEdgeFlag is equal to 0 and one motion vector is used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and one motion vector is used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the motion vectors used is greater than or equal to 4 in units of quarter luma frame samples,

> – mixedModeEdgeFlag is equal to 0 and two motion vectors and two different reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same two reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two macroblock/sub-macroblock partitions for the same reference picture is greater than or equal to 4 in units of quarter luma frame samples,
>
> – mixedModeEdgeFlag is equal to 0 and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and both of the following conditions are true:
>
> > – The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in units of quarter luma frame samples,
> >
> > – The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples.
> >
> > > NOTE 2 – A vertical difference of 4 in units of quarter luma frame samples is a difference of 2 in units of quarter luma field samples
>
> – Otherwise, a value of bS equal to 0 is the output.

Ex. 36 (H.264 specification) at 209-10.

529.    For example, the source code for the x264 encoder used by Snap shows conditions of coding parameters are considered when motion vectors (mv) are considered.

```
else if( ref[0][loc] != ref[0][locn] ||
            abs( mv[0][loc][0] - mv[0][locn][0] ) >= 4 ||
            abs( mv[0][loc][1] - mv[0][locn][1] ) >= mvy_limit ||
            (bframe && (ref[1][loc] != ref[1][locn] ||
            abs( mv[1][loc][0] - mv[1][locn][0] ) >= 4 ||
            abs( mv[1][loc][1] - mv[1][locn][1] ) >= mvy_limit )))
    {
        bs[dir][edge][i] = 1;
    }
    else
        bs[dir][edge][i] = 0;
```

Ex. 35 (deblock.c) at 6.

530.    For example, the H.265 specification explains how conditions of coding parameters for said adjacent blocks of said frame are examined.

531.    H.265 examines conditions of coding parameters (such as motion vectors) for said adjacent

179

blocks of said frame.

> — Otherwise, if one or more of the following conditions are true, bS[ xD$_i$ ][ yD$_j$ ] is set equal to 1:
>
>> — For the prediction of the luma prediction block containing the sample p$_0$ different reference pictures or a different number of motion vectors are used than for the prediction of the luma prediction block containing the sample q$_0$.
>>
>>> NOTE 1 – The determination of whether the reference pictures used for the two luma prediction blocks are the same or different is based only on which pictures are referenced, without regard to whether a prediction is formed using an index into reference picture list 0 or an index into reference picture list 1, and also without regard to whether the index position within a reference picture list is different.
>>>
>>> NOTE 2 – The number of motion vectors that are used for the prediction of a luma prediction block with top-left luma sample covering ( xPb, yPb ), is equal to PredFlagL0[ xPb ][ yPb ] + PredFlagL1[ xPb ][ yPb ].

> — One motion vector is used to predict the luma prediction block containing the sample p$_0$ and one motion vector is used to predict the luma prediction block containing the sample q$_0$, and the absolute difference between the horizontal or vertical component of the motion vectors used is greater than or equal to 4 in units of quarter luma samples.
>
> — Two motion vectors and two different reference pictures are used to predict the luma prediction block containing the sample p$_0$, two motion vectors for the same two reference pictures are used to predict the luma prediction block containing the sample q$_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two luma prediction blocks for the same reference picture is greater than or equal to 4 in units of quarter luma samples.
>
> — Two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample p$_0$, two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample q$_0$ and both of the following conditions are true:
>
>> — The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in units of quarter luma samples.
>>
>> — The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the luma prediction block containing the sample p$_0$ and the list 1 motion vector used in the prediction of the luma prediction block containing the sample q$_0$ is greater than or equal to 4 in units of quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the luma prediction block containing the sample p$_0$ and list 0 motion vector used in the prediction of the luma prediction block containing the sample q$_0$ is greater than or equal to 4 in units of quarter luma samples.

Ex. 13 (H.265 specification) at 170-71.

532.    For example, the source code for the x265 encoder used by Snap shows conditions of coding parameters are considered when motion vectors (mvQ0, mvQ1, mvP0, mvP1) are considered.

180

```
const MV& mvP0 = refP0 ? cuP->m_mv[0][partP] : zeroMv;
const MV& mvQ0 = refQ0 ? cuQ->m_mv[0][partQ] : zeroMv;
if (sliceQ->isInterP() && sliceP->isInterP())
{
    return ((refP0 != refQ0) ||
            (abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4)) ? 1 : 0;
}
```

Ex. 37 (deblock.cpp) at 4.

```
        if (refP0 == refQ0)
            return ((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
                    (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) ? 1 : 0;
        else
            return ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
                    (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4)) ? 1 : 0;
    }
    else // Same L0 & L1
    {
        return (((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
                 (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) &&
                ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
                 (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4))) ? 1 : 0;
    }
```

Ex. 37 (deblock.cpp) at 5.

533.    Snap's Accused Services perform "determining boundary strengths for a boundary between said adjacent blocks of said frame."

534.    For example, the H.264 specification explains how boundary strengths for a boundary between said adjacent blocks of said frame are determined.

535.    H.264 determines a boundary strength (bS) for a boundary between adjacent blocks of said frame.



Figure 8-11 – Convention for describing samples across a 4x4 block horizontal or vertical boundary

Ex. 36 (H.264 specification) at 207.

**8.7.2.1    Derivation process for the luma content dependent boundary filtering strength**

Inputs to this process are the input sample values $p_0$ and $q_0$ of a single set of samples across an edge that is to be filtered and verticalEdgeFlag.

Output of this process is the variable bS.

Ex. 36 (H.264 specification) at 208; *see also id.* 209-10.

181

536.    For example, the source code for the x264 encoder used by Snap shows boundary strengths (bs) are determined in the function deblock_strength_c().

```
static void deblock_strength_c( uint8_t nnz[X264_SCAN8_SIZE], int8_t ref[2][X264_SCAN8_LUMA_SIZE],
                                int16_t mv[2][X264_SCAN8_LUMA_SIZE][2], uint8_t bs[2][8][4], int
                    mvy_limit,
                                int bframe )
```

```
{
    for( int dir = 0; dir < 2; dir++ )
    {
        int s1 = dir ? 1 : 8;
        int s2 = dir ? 8 : 1;
        for( int edge = 0; edge < 4; edge++ )
            for( int i = 0, loc = X264_SCAN8_0+edge*s2; i < 4; i++, loc += s1 )
            {
                int locn = loc - s2;
                if( nnz[loc] || nnz[locn] )
                    bs[dir][edge][i] = 2;
                else if( ref[0][loc] != ref[0][locn] ||
                         abs( mv[0][loc][0] - mv[0][locn][0] ) >= 4 ||
                         abs( mv[0][loc][1] - mv[0][locn][1] ) >= mvy_limit ||
                        (bframe && (ref[1][loc] != ref[1][locn] ||
                         abs( mv[1][loc][0] - mv[1][locn][0] ) >= 4 ||
                         abs( mv[1][loc][1] - mv[1][locn][1] ) >= mvy_limit )))
                {
                    bs[dir][edge][i] = 1;
                }
                else
                    bs[dir][edge][i] = 0;
            }
    }
}
```

Ex. 35 (deblock.c) at 5-6.

537.    For example, the H.265 specification explains how boundary strengths for a boundary between said adjacent blocks of said frame are determined.

538.    H.265 determines a boundary strength (bS) for a boundary between adjacent blocks of said frame.

> **8.7.2.4    Derivation process of boundary filtering strength**
>
> Inputs to this process are:
>
> — a luma picture sample array recPicture$_L$,
>
> — a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,
>
> — a variable log2CbSize specifying the size of the current luma coding block,
>
> — a variable edgeType specifying whether a vertical (EDGE_VER) or a horizontal (EDGE_HOR) edge is filtered,
>
> — a two-dimensional (nCbS)x(nCbS) array edgeFlags.
>
> Output of this process is a two-dimensional (nCbS)x(nCbS) array bS specifying the boundary filtering strength.
>
> The variables xD$_i$, yD$_j$, xN and yN are derived as follows:
>
> — If edgeType is equal to EDGE_VER, xD$_i$ is set equal to ( i $\ll$ 3 ), yD$_j$ is set equal to ( j $\ll$ 2 ), xN is set equal to ( 1 $\ll$ ( log2CbSize − 3 ) ) − 1 and yN is set equal to ( 1 $\ll$ ( log2CbSize − 2 ) ) − 1.
>
> — Otherwise (edgeType is equal to EDGE_HOR), xD$_i$ is set equal to ( i $\ll$ 2 ), yD$_j$ is set equal to ( j $\ll$ 3 ), xN is set equal to ( 1 $\ll$ ( log2CbSize − 2 ) ) − 1 and yN is set equal to ( 1 $\ll$ ( log2CbSize − 3 ) ) − 1.

Ex. 13 (H.265 specification) at 170-71.

539.    For example, the source code for the x265 encoder used by Snap shows boundary strengths (blockStrength) are determined in the function getBoundaryStrength().

```
uint8_t Deblock::getBoundaryStrength(const CUData* cuQ, int32_t dir, uint32_t partQ, const uint8_t
blockStrength[])
{
```

Ex. 37 (deblock.cpp) at 4.

540.    Snap's Accused Services perform "selectively filtering at least a portion of said image proximate a boundary between said adjacent blocks of said frame based upon said conditions of coding parameters."

541.    For example, the H.264 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters.

542.    H.264 selectively filters at least a portion of said image proximate a boundary between said adjacent blocks based upon said conditions of coding parameters (e.g., based upon conditions of motion vectors). For example, boundary strength (bS) is a variable that determines the strength of filtering, which is input for determining the value of a filter clipping variable.

183

### 8.7.2.3 Filtering process for edges with bS less than 4

Inputs to this process are the input sample values $p_i$ and $q_i$ (i = 0..2) of a single set of samples across an edge that is to be filtered, chromaEdgeFlag, chromaStyleFilteringFlag, bS, β, and indexA, for the set of input samples, as specified in 8.7.2.

Outputs of this process are the filtered result sample values $p'_i$ and $q'_i$ (i = 0..2) for the set of input sample values.

Depending on the values of indexA and bS, the variable $t'_{C0}$ is specified in Table 8-17. Depending on chromaEdgeFlag, the corresponding threshold variable $t_{C0}$ is derived as follows.

– If chromaEdgeFlag is equal to 0,

$$t_{C0} = t'_{C0} * (1 << (BitDepth_Y - 8))$$  (8-469)

– Otherwise (chromaEdgeFlag is equal to 1),

$$t_{C0} = t'_{C0} * (1 << (BitDepth_C - 8))$$  (8-470)

Table 8-17 – Value of variable $t'_{C0}$ as a function of indexA and bS

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| bS = 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| bS = 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| bS = 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Table 8-17 (concluded) – Value of variable $t'_{C0}$ as a function of indexA and bS

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| bS = 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 |
| bS = 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 7 | 8 | 8 | 10 | 11 | 12 | 13 | 15 | 17 |
| bS = 3 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 14 | 16 | 18 | 20 | 23 | 25 |

Ex. 36 (H.264 specification) at 211-13.

543.    For example, the source code for the x264 encoder used by Snap shows at least a portion of the image proximate to a boundary is selectively filtered based on the motion vectors, for example in the deblock_edge() and deblock_edge_luma_c() functions.

```
static ALWAYS_INLINE void deblock_edge_luma_c( pixel *pix, intptr_t xstride, int alpha, int beta,
    int8_t tc0 )
```

184

Ex. 35 (deblock.c) at 2.

```
static ALWAYS_INLINE void deblock_edge( x264_t *h, pixel *pix, intptr_t i_stride, uint8_t bS[4], int i_qp,
                                        int a, int b, int b_chroma, x264_deblock_inter_t pf_inter )
{
```

Ex. 35 (deblock.c) at 6.

544.    For example, the H.265 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters.

545.    H.265 selectively filters at least a portion of said image proximate a boundary between said adjacent blocks based upon said conditions of coding parameters (e.g., based upon conditions of motion vectors). For example, boundary strength (bS) is a variable that determines the strength of filtering, which determines whether filtering is applied and is used for determining the value of a filter clipping variable.

**8.7.2.5.3  Decision process for luma block edges**

Inputs to this process are:

—   a luma picture sample array recPicture$_L$,

—   a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,

—   a luma location ( xBl, yBl ) specifying the top-left sample of the current luma block relative to the top-left sample of the current luma coding block,

—   a variable edgeType specifying whether a vertical (EDGE_VER) or a horizontal (EDGE_HOR) edge is filtered,

—   a variable bS specifying the boundary filtering strength.

Outputs of this process are:

—   the variables dE, dEp and dEq containing decisions,

—   the variables β and t$_C$.

Ex. 13 (H.265 specification) at 173.

185

---

**8.7.2.5.7  Filtering process for a luma sample**

Inputs to this process are:

- the luma sample values $p_i$ and $q_i$ with $i = 0..3$,
- the luma locations of $p_i$ and $q_i$, ( $xP_i$, $yP_i$ ) and ( $xQ_i$, $yQ_i$ ) with $i = 0..2$,
- a variable dE,
- the variables dEp and dEq containing decisions to filter samples p1 and q1, respectively,
- a variable $t_C$.

Outputs of this process are:

- the number of filtered samples nDp and nDq,
- the filtered sample values $p_i'$ and $q_j'$ with $i = 0..nDp - 1$, $j = 0..nDq - 1$.

---

Ex. 13 (H.265 specification) at 178-79.

546.    For example, the source code for the x265 encoder used by Snap shows at least a portion of the image proximate a boundary is selectively filtered based on the motion vectors. For example, blockStrength is used in edgeFilterLuma() to calculate tc. tc is used in pelFilterLuma() to filter the image.

```
317   void Deblock::edgeFilterLuma(const CUData* cuQ, uint32_t absPartIdx, uint32_t depth, int32_t dir,
            int32_t edge, const uint8_t blockStrength[])
349          uint32_t bs = blockStrength[partQ];
389            int32_t indexTC = x265_clip3(0, QP_MAX_SPEC + DEFAULT_INTRA_TC_OFFSET, int32_t(qp +
            DEFAULT_INTRA_TC_OFFSET * (bs - 1) + tcOffset));
390            int32_t tc = s_tcTable[indexTC] << bitdepthShift;
412              pelFilterLuma(src + unitOffset, srcStep, offset, tc, maskP, maskQ, maskP1, maskQ1);
```

Ex. 37 (deblock.cpp) at 7-8.

547.    Snap's Accused Services perform "said conditions of coding parameters include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less than a threshold value in both vertical direction and horizontal direction."

548.    For example, the H.264 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein said conditions of coding parameters include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less

186

than a threshold value in both vertical direction and horizontal direction.

549.     In H.264, said conditions of coding parameters (such as motion vectors) include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less than a threshold value in both vertical direction and horizontal direction. For example, as shown, a check is made whether the absolute difference of motion vectors in the vertical and horizontal directions is less than (i.e., not equal to or greater than) 4 in units of quarter luma frame samples.

> – mixedModeEdgeFlag is equal to 0 and two motion vectors and two different reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same two reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two macroblock/sub-macroblock partitions for the same reference picture is greater than or equal to 4 in units of quarter luma frame samples,
>
> – mixedModeEdgeFlag is equal to 0 and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and both of the following conditions are true:
>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in units of quarter luma frame samples,
>>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples.
>>
>>> NOTE 2 – A vertical difference of 4 in units of quarter luma frame samples is a difference of 2 in units of quarter luma field samples
>
> – Otherwise, a value of bS equal to 0 is the output.

Ex. 36 (H.264 specification) at 209-10.

550.     For example, the source code for the x264 encoder used by Snap shows motion vectors are compared, and if the absolute difference of both motion vector components is less than a threshold value of 4 quarter pixels, bs is set to 0.

187

```
else if( ref[0][loc] != ref[0][locn] ||
        abs( mv[0][loc][0] - mv[0][locn][0] ) >= 4 ||
        abs( mv[0][loc][1] - mv[0][locn][1] ) >= mvy_limit ||
        (bframe && (ref[1][loc] != ref[1][locn] ||
        abs( mv[1][loc][0] - mv[1][locn][0] ) >= 4 ||
        abs( mv[1][loc][1] - mv[1][locn][1] ) >= mvy_limit )))
    {
        bs[dir][edge][i] = 1;
    }
    else
        bs[dir][edge][i] = 0;
```

Ex. 35 (deblock.c) at 6.

551.    For example, the H.265 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein said conditions of coding parameters include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less than a threshold value in both vertical direction and horizontal direction.

552.    In H.265, said conditions of coding parameters (such as motion vectors) include whether said adjacent blocks of said frame have an absolute difference of motion vector components which is less than a threshold value in both vertical direction and horizontal direction. For example, as shown, a check is made whether the absolute difference of motion vectors in the vertical and horizontal directions is less than (i.e., not equal to or greater than) 4 in units of quarter luma frame samples.

> – One motion vector is used to predict the luma prediction block containing the sample $p_0$ and one motion vector is used to predict the luma prediction block containing the sample $q_0$, and the absolute difference between the horizontal or vertical component of the motion vectors used is greater than or equal to 4 in units of quarter luma samples.
>
> – Two motion vectors and two different reference pictures are used to predict the luma prediction block containing the sample $p_0$, two motion vectors for the same two reference pictures are used to predict the luma prediction block containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two luma prediction blocks for the same reference picture is greater than or equal to 4 in units of quarter luma samples.
>
> – Two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample $p_0$, two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample $q_0$ and both of the following conditions are true:
>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in units of quarter luma samples.
>>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the luma prediction block containing the sample $p_0$ and the list 1 motion vector used in the prediction of the luma prediction block containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the luma prediction block containing the sample $p_0$ and list 0 motion vector used in the prediction of the luma prediction block containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma samples.

Ex. 13 (H.265 specification) at 170-71.

553.    For example, the source code for the x265 encoder used by Snap shows motion vectors are compared, and if the absolute difference of both motion vector components is less than a threshold value of 4 quarter pixels, bs is set to 0.

```
const MV& mvP0 = refP0 ? cuP->m_mv[0][partP] : zeroMv;
const MV& mvQ0 = refQ0 ? cuQ->m_mv[0][partQ] : zeroMv;
if (sliceQ->isInterP() && sliceP->isInterP())
{
    return ((refP0 != refQ0) ||
            (abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4)) ? 1 : 0;
}
```

Ex. 37 (deblock.cpp) at 4.

189

```
if (refP0 == refQ0)
        return ((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
                (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) ? 1 : 0;
    else
        return ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
                (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4)) ? 1 : 0;
    }
else // Same L0 & L1
    {
    return (((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
            (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) &&
            ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
            (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4))) ? 1 : 0;
    }
```

Ex. 37 (deblock.cpp) at 5.

554.    Snap's Accused Services perform "a strength of said selectively filtering is controlled by said boundary strength for said adjacent blocks of said frame."

555.    For example, the H.264 specification explains how a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein a strength of said selectively filtering is controlled by said boundary strength for said adjacent blocks of said frame.

556.    In H.264, a strength of said selectively filtering is controlled by said boundary strength (bS) for said adjacent blocks of said frame.

### 8.7.2.3    Filtering process for edges with bS less than 4

Inputs to this process are the input sample values $p_i$ and $q_i$ ($i = 0..2$) of a single set of samples across an edge that is to be filtered, chromaEdgeFlag, chromaStyleFilteringFlag, bS, $\beta$, and indexA, for the set of input samples, as specified in 8.7.2.

Outputs of this process are the filtered result sample values $p'_i$ and $q'_i$ ($i = 0..2$) for the set of input sample values.

Depending on the values of indexA and bS, the variable $t'_{c0}$ is specified in Table 8-17. Depending on chromaEdgeFlag, the corresponding threshold variable $t_{c0}$ is derived as follows.

−    If chromaEdgeFlag is equal to 0,

$$t_{c0} = t'_{c0} * (1 << (BitDepth_Y - 8))$$

(8-469)

−    Otherwise (chromaEdgeFlag is equal to 1),

$$t_{c0} = t'_{c0} * (1 << (BitDepth_C - 8))$$

(8-470)

190

**Table 8-17 – Value of variable $t'_{c0}$ as a function of indexA and bS**

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| bS = 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| bS = 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| bS = 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Table 8-17 (concluded) – Value of variable $t'_{c0}$ as a function of indexA and bS**

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| bS = 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 |
| bS = 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 7 | 8 | 8 | 10 | 11 | 12 | 13 | 15 | 17 |
| bS = 3 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 14 | 16 | 18 | 20 | 23 | 25 |

Ex. 36 (H.264 specification) at 211-13.

557.    For example, the source code for the x264 encoder used by Snap shows that the strength of selectively filtering is controlled by boundary strength (bs). bs is used in deblock_edge() to calculate tc. tc is used in deblock_edge_luma_c() to filter the image. The strength of the filtering is dependent on bs.

```
static ALWAYS_INLINE void deblock_edge_luma_c( pixel *pix, intptr_t xstride, int alpha, int beta,
    int8_t tc0 )
```

Ex. 35 (deblock.c) at 2.

```
static ALWAYS_INLINE void deblock_edge( x264_t *h, pixel *pix, intptr_t i_stride, uint8_t bS[4], int
    i_qp,
                                        int a, int b, int b_chroma, x264_deblock_inter_t pf_inter )
{
```

Ex. 35 (deblock.c) at 6.

558.    For example, the H.265 specification explains how a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein a strength of said selectively filtering is controlled by said boundary strength for said adjacent blocks of said frame.

559.    In H.265, a strength of said selectively filtering is controlled by said boundary strength (bS)

for said adjacent blocks of said frame.

> **8.7.2.5.3  Decision process for luma block edges**
>
> Inputs to this process are:
>
> – a luma picture sample array recPicture$_L$,
>
> – a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,
>
> – a luma location ( xBl, yBl ) specifying the top-left sample of the current luma block relative to the top-left sample of the current luma coding block,
>
> – a variable edgeType specifying whether a vertical (EDGE_VER) or a horizontal (EDGE_HOR) edge is filtered,
>
> – a variable bS specifying the boundary filtering strength.
>
> Outputs of this process are:
>
> – the variables dE, dEp and dEq containing decisions,
>
> – the variables β and t$_C$.

Ex. 13 (H.265 specification) at 173; *see also id.* at 178-79.

560.     For example, the source code for the x265 encoder used by Snap shows that the strength of selectively filtering is controlled by boundary strength (blockStrength). blockStrength is used in edgeFilterLuma() to calculate tc. tc is used in pelFilterLuma() to filter the image. The strength of the filtering is dependent on blockStrength.

```
void Deblock::edgeFilterLuma(const CUData* cuQ, uint32_t absPartIdx, uint32_t depth, int32_t dir,
    int32_t edge, const uint8_t blockStrength[])
        uint32_t bs = blockStrength[partQ];
        int32_t indexTC = x265_clip3(0, QP_MAX_SPEC + DEFAULT_INTRA_TC_OFFSET, int32_t(qp +
        DEFAULT_INTRA_TC_OFFSET * (bs - 1) + tcOffset));
        int32_t tc = s_tcTable[indexTC] << bitdepthShift;
        pelFilterLuma(src + unitOffset, srcStep, offset, tc, maskP, maskQ, maskP1, maskQ1);
```

Ex. 37 (deblock.cpp) at 7-8.

561.     Snap's Accused Services perform "said boundary strength is a first value when said adjacent blocks of said frame have an absolute difference of motion vector components which is greater than or equal to a threshold value in either the vertical direction or the horizontal direction."

562.     For example, the H.264 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein said boundary strength is a first value when said adjacent

blocks of said frame have an absolute difference of motion vector components which is greater than or equal to a threshold value in either the vertical direction or the horizontal direction.

563.    In H.264, boundary strength (bS) is a first value (e.g., equal to 1) when said adjacent blocks of said frame have an absolute difference of motion vector components (e.g., horizontal or vertical components) greater than or equal to 4 in units of quarter luma frame samples value in either the vertical direction or the horizontal direction.

---

– Otherwise, if any of the following conditions are true, a value of bS equal to 1 is the output:

   – mixedModeEdgeFlag is equal to 1,

   – mixedModeEdgeFlag is equal to 0 and for the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ different reference pictures or a different number of motion vectors are used than for the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$,

      NOTE 1 – The determination of whether the reference pictures used for the two macroblock/sub-macroblock partitions are the same or different is based only on which pictures are referenced, without regard to whether a prediction is formed using an index into reference picture list 0 or an index into reference picture list 1, and also without regard to whether the index position within a reference picture list is different.

   – mixedModeEdgeFlag is equal to 0 and one motion vector is used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and one motion vector is used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the motion vectors used is greater than or equal to 4 in units of quarter luma frame samples,

---

> – mixedModeEdgeFlag is equal to 0 and two motion vectors and two different reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same two reference pictures are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two macroblock/sub-macroblock partitions for the same reference picture is greater than or equal to 4 in units of quarter luma frame samples,
>
> – mixedModeEdgeFlag is equal to 0 and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $p_0$ and two motion vectors for the same reference picture are used to predict the macroblock/sub-macroblock partition containing the sample $q_0$ and both of the following conditions are true:
>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two macroblock/sub-macroblock partitions is greater than or equal to 4 in units of quarter luma frame samples,
>>
>> – The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $p_0$ and list 0 motion vector used in the prediction of the macroblock/sub-macroblock partition containing the sample $q_0$ is greater than or equal to 4 in units of quarter luma frame samples.
>>
>>> NOTE 2 – A vertical difference of 4 in units of quarter luma frame samples is a difference of 2 in units of quarter luma field samples
>
> – Otherwise, a value of bS equal to 0 is the output.

Ex. 36 (H.264 specification) at 209-10.

564.    For example, the source code for the x264 encoder used by Snap shows motion vectors are compared, and if the absolute difference of either motion vector components is greater than a threshold value of 4 quarter pixels, bs is set to 1.

```
        else if( ref[0][loc] != ref[0][locn] ||
               abs( mv[0][loc][0] - mv[0][locn][0] ) >= 4 ||
               abs( mv[0][loc][1] - mv[0][locn][1] ) >= mvy_limit ||
              (bframe && (ref[1][loc] != ref[1][locn] ||
               abs( mv[1][loc][0] - mv[1][locn][0] ) >= 4 ||
               abs( mv[1][loc][1] - mv[1][locn][1] ) >= mvy_limit )))
        {
            bs[dir][edge][i] = 1;
        }
        else
            bs[dir][edge][i] = 0;
```

Ex. 35 (deblock.c) at 6.

565.    For example, the H.265 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein said boundary strength is a first value when said adjacent

194

blocks of said frame have an absolute difference of motion vector components which is greater than or equal to a threshold value in either the vertical direction or the horizontal direction.

566.    In H.265, boundary strength (bS) is a first value (e.g., equal to 1) when said adjacent blocks of said frame have an absolute difference of motion vector components (e.g., horizontal or vertical components) greater than or equal to 4 in units of quarter luma frame samples value in either the vertical direction or the horizontal direction.

> – Otherwise, if one or more of the following conditions are true, bS[ xD$_i$ ][ yD$_j$ ] is set equal to 1:
>
> > – For the prediction of the luma prediction block containing the sample p$_0$ different reference pictures or a different number of motion vectors are used than for the prediction of the luma prediction block containing the sample q$_0$.
> >
> > > NOTE 1 – The determination of whether the reference pictures used for the two luma prediction blocks are the same or different is based only on which pictures are referenced, without regard to whether a prediction is formed using an index into reference picture list 0 or an index into reference picture list 1, and also without regard to whether the index position within a reference picture list is different.
> > >
> > > NOTE 2 – The number of motion vectors that are used for the prediction of a luma prediction block with top-left luma sample covering ( xPb, yPb ), is equal to PredFlagL0[ xPb ][ yPb ] + PredFlagL1[ xPb ][ yPb ].
>
> – One motion vector is used to predict the luma prediction block containing the sample p$_0$ and one motion vector is used to predict the luma prediction block containing the sample q$_0$, and the absolute difference between the horizontal or vertical component of the motion vectors used is greater than or equal to 4 in units of quarter luma samples.
>
> – Two motion vectors and two different reference pictures are used to predict the luma prediction block containing the sample p$_0$, two motion vectors for the same two reference pictures are used to predict the luma prediction block containing the sample q$_0$ and the absolute difference between the horizontal or vertical component of the two motion vectors used in the prediction of the two luma prediction blocks for the same reference picture is greater than or equal to 4 in units of quarter luma samples.
>
> – Two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample p$_0$, two motion vectors for the same reference picture are used to predict the luma prediction block containing the sample q$_0$ and both of the following conditions are true:
>
> > – The absolute difference between the horizontal or vertical component of list 0 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vectors used in the prediction of the two luma prediction blocks is greater than or equal to 4 in units of quarter luma samples.
> >
> > – The absolute difference between the horizontal or vertical component of list 0 motion vector used in the prediction of the luma prediction block containing the sample p$_0$ and the list 1 motion vector used in the prediction of the luma prediction block containing the sample q$_0$ is greater than or equal to 4 in units of quarter luma samples, or the absolute difference between the horizontal or vertical component of the list 1 motion vector used in the prediction of the luma prediction block containing the sample p$_0$ and list 0 motion vector used in the prediction of the luma prediction block containing the sample q$_0$ is greater than or equal to 4 in units of quarter luma samples.

Ex. 13 (H.265 specification) at 170-71.

567.    For example, the source code for the x265 encoder used by Snap shows motion vectors are

195

compared, and if the absolute difference of either motion vector components is greater than a threshold value of 4 quarter pixels, bs is set to 1.

```
const MV& mvP0 = refP0 ? cuP->m_mv[0][partP] : zeroMv;
const MV& mvQ0 = refQ0 ? cuQ->m_mv[0][partQ] : zeroMv;
if (sliceQ->isInterP() && sliceP->isInterP())
{
    return ((refP0 != refQ0) ||
            (abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4)) ? 1 : 0;
}
```

Ex. 37 (deblock.cpp) at 4.

```
            if (refP0 == refQ0)
                return ((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
                        (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) ? 1 : 0;
            else
                return ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
                        (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4)) ? 1 : 0;
        }
        else // Same L0 & L1
        {
            return (((abs(mvQ0.x - mvP0.x) >= 4) || (abs(mvQ0.y - mvP0.y) >= 4) ||
                     (abs(mvQ1.x - mvP1.x) >= 4) || (abs(mvQ1.y - mvP1.y) >= 4)) &&
                    ((abs(mvQ1.x - mvP0.x) >= 4) || (abs(mvQ1.y - mvP0.y) >= 4) ||
                     (abs(mvQ0.x - mvP1.x) >= 4) || (abs(mvQ0.y - mvP1.y) >= 4))) ? 1 : 0;
        }
```

Ex. 37 (deblock.cpp) at 5.

568.    Snap's Accused Services perform "the boundary strength value is used to control a pixel value adaptation range in a loop filter."

569.    For example, the H.264 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein the boundary strength value is used to control a pixel value adaptation range in a loop filter.

570.    In H.264, the boundary strength (bS) value is used to control an adaptation range of values of the filtered result samples $p'_0$ and $q'_0$.

**8.7.2.3    Filtering process for edges with bS less than 4**

Inputs to this process are the input sample values $p_i$ and $q_i$ ($i = 0..2$) of a single set of samples across an edge that is to be filtered, chromaEdgeFlag, chromaStyleFilteringFlag, bS, β, and indexA, for the set of input samples, as specified in 8.7.2.

**Table 8-17 – Value of variable $t'_{c0}$ as a function of indexA and bS**

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| bS = 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| bS = 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| bS = 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Table 8-17 (concluded) – Value of variable $t'_{c0}$ as a function of indexA and bS**

| | indexA | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
| bS = 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 |
| bS = 2 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 7 | 8 | 8 | 10 | 11 | 12 | 13 | 15 | 17 |
| bS = 3 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 14 | 16 | 18 | 20 | 23 | 25 |

The threshold variables $a_p$ and $a_q$ are derived by

$$a_p = \text{Abs}(\ p_2 - p_0\ ) \tag{8-471}$$
$$a_q = \text{Abs}(\ q_2 - q_0\ ) \tag{8-472}$$

The threshold variable $t_C$ is determined as follows.

– If chromaStyleFilteringFlag is equal to 0,

$$t_C = t_{C0} + ((\ a_p < \beta\ )\ ?\ 1:0) + ((\ a_q < \beta\ )\ ?\ 1:0) \tag{8-473}$$

– Otherwise (chromaStyleFilteringFlag is equal to 1),

$$t_C = t_{C0} + 1 \tag{8-474}$$

Let Clip1() be a function that is replaced by $\text{Clip1}_Y()$ when chromaEdgeFlag is equal to 0 and by $\text{Clip1}_C()$ when chromaEdgeFlag is equal to 1.

The filtered result samples $p'_0$ and $q'_0$ are derived by

$$\Delta = \text{Clip3}(\ -t_C, t_C, ((((\ q_0 - p_0\ ) \ll 2) + (p_1 - q_1) + 4) \gg 3)) \tag{8-475}$$
$$p'_0 = \text{Clip1}(\ p_0 + \Delta\ ) \tag{8-476}$$
$$q'_0 = \text{Clip1}(\ q_0 - \Delta\ ) \tag{8-477}$$

The filtered result sample $p'_1$ is derived as follows

– If chromaStyleFilteringFlag is equal to 0 and $a_p$ is less than $\beta$,

$$p'_1 = p_1 + \text{Clip3}(\ -t_{C0}, t_{C0}, (p_2 + ((p_0 + q_0 + 1) \gg 1) - (p_1 \ll 1)) \gg 1) \tag{8-478}$$

– Otherwise (chromaStyleFilteringFlag is equal to 1 or $a_p$ is greater than or equal to $\beta$),

$$p'_1 = p_1 \tag{8-479}$$

The filtered result sample $q'_1$ is derived as follows

> – If chromaStyleFilteringFlag is equal to 0 and $a_q$ is less than $\beta$,
>
> $$q'_1 = q_1 + \text{Clip3}(-t_{c0}, t_{c0}, (q_2 + ((p_0 + q_0 + 1) \gg 1) - (q_1 \ll 1)) \gg 1) \quad (8\text{-}480)$$
>
> – Otherwise (chromaStyleFilteringFlag is equal to 1 or $a_q$ is greater than or equal to $\beta$),
>
> $$q'_1 = q_1 \quad (8\text{-}481)$$
>
> The filtered result samples $p'_2$ and $q'_2$ are always set equal to the input samples $p_2$ and $q_2$:
>
> $$p'_2 = p_2 \quad (8\text{-}482)$$
> $$q'_2 = q_2 \quad (8\text{-}483)$$

Ex. 36 (H.264 specification) at 211-13.

571.    For example, the source code for the x264 encoder used by Snap shows the boundary strength value (bs) is used to control a pixel value adaptation range in a loop filter, for example in the deblock_edge() and deblock_edge_luma_c() functions.

```
79    static ALWAYS_INLINE void deblock_edge_luma_c( pixel *pix, intptr_t xstride, int alpha, int beta,
      int8_t tc0 )
```

Ex. 35 (deblock.c) at 2.

```
306   static ALWAYS_INLINE void deblock_edge( x264_t *h, pixel *pix, intptr_t i_stride, uint8_t bS[4], int
      i_qp,
307                                           int a, int b, int b_chroma, x264_deblock_inter_t pf_inter )
308   {
```

Ex. 35 (deblock.c) at 6.

572.    For example, the H.265 specification explains how at least a portion of said image proximate a boundary between said adjacent blocks of said frame is selectively filtered based upon said conditions of coding parameters, wherein the boundary strength value is used to control a pixel value adaptation range in a loop filter.

573.    In H.265, the boundary strength (bS) value is used to control an adaptation range of values of the filtered result samples $p_i'$ and $q_j'$.

---

**8.7.2.5.3  Decision process for luma block edges**

Inputs to this process are:

- a luma picture sample array recPicture$_L$,
- a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture,
- a luma location ( xBl, yBl ) specifying the top-left sample of the current luma block relative to the top-left sample of the current luma coding block,
- a variable edgeType specifying whether a vertical (EDGE_VER) or a horizontal (EDGE_HOR) edge is filtered,
- a variable bS specifying the boundary filtering strength.

Outputs of this process are:

- the variables dE, dEp and dEq containing decisions,
- the variables $\beta$ and t$_C$.

---

Ex. 13 (H.265 specification) at 173.

---

The value of the variable t$_C$' is determined as specified in Table 8-12 based on the luma quantization parameter Q derived as follows:

$$Q = \text{Clip3}( 0, 53, qP_L + 2 * ( bS - 1 ) + ( slice\_tc\_offset\_div2 \ll 1 )) \qquad (8\text{-}303)$$

where slice_tc_offset_div2 is the value of the syntax element slice_tc_offset_div2 for the slice that contains sample q$_{0,0}$.

The variable t$_C$ is derived as follows:

$$t_C = t_C' * ( 1 \ll ( \text{BitDepth}_Y - 8 )) \qquad (8\text{-}304)$$

---

Ex. 13 (H.265 specification) at 174.

---

**8.7.2.5.7  Filtering process for a luma sample**

Inputs to this process are:

- the luma sample values p$_i$ and q$_i$ with i = 0..3,
- the luma locations of p$_i$ and q$_i$, ( xP$_i$, yP$_i$ ) and ( xQ$_i$, yQ$_i$ ) with i = 0..2,
- a variable dE,
- the variables dEp and dEq containing decisions to filter samples p1 and q1, respectively,
- a variable t$_C$.

Outputs of this process are:

- the number of filtered samples nDp and nDq,
- the filtered sample values p$_i$' and q$_j$' with i = 0..nDp − 1, j = 0..nDq − 1.

---

Ex. 13 (H.265 specification) at 178-79.

574.    For example, the source code for the x265 encoder used by Snap shows the boundary strength value (blockStrength) is used to control a pixel value adaptation range in a loop filter via pelFilterLuma().

199

```
317   void Deblock::edgeFilterLuma(const CUData* cuQ, uint32_t absPartIdx, uint32_t depth, int32_t dir,
      int32_t edge, const uint8_t blockStrength[])
349         uint32_t bs = blockStrength[partQ];
389         int32_t indexTC = x265_clip3(0, QP_MAX_SPEC + DEFAULT_INTRA_TC_OFFSET, int32_t(qp +
      DEFAULT_INTRA_TC_OFFSET * (bs - 1) + tcOffset));
390         int32_t tc = s_tcTable[indexTC] << bitdepthShift;
412             pelFilterLuma(src + unitOffset, srcStep, offset, tc, maskP, maskQ, maskP1, maskQ1);
```

Ex. 37 (deblock.cpp) at 7-8.

## COUNT X: DECLARATORY JUDGMENT THAT DOLBY HAS COMPLIED WITH ITS RAND COMMITMENTS

575.    Dolby incorporates by reference the preceding paragraphs as though fully set forth herein.

576.    Snap makes and uses products that use and comply with the H.264 and H.265 Recommendations.  Snap requires a license to Dolby's essential patent claims.

577.    Dolby has voluntarily declared to ITU it is prepared to grant licenses to its essential patent claims for implementations of the H.264 and H.265 Recommendations on a worldwide, non-discriminatory basis and on reasonable terms and conditions, and has at all times been willing to grant such a license to Snap.

578.    Dolby has negotiated in good faith with Snap, including for example, through negotiations between Snap and Access Advance and through Via LA's attempts to license Snap.

579.    Snap is familiar with patent pools and in fact has previously taken a license to H.265 standard essential patents through Access Advance for certain Snap hardware products sold to customers.

580.    However, for its services related to the Snapchat app, Snap has given no indication that it is willing to license Dolby's essential patent claims on RAND terms and has not accepted the offers referenced above.

581.    On information and belief, Snap contends that claims of the patents-in-suit are essential to ITU standards and that Dolby's actions, including the offer previously made to Snap, do not satisfy Dolby's RAND obligations.  Dolby, on the other hand, contends that it has complied with any RAND

obligations for its essential claims by offering a license under RAND terms.  There is a case or controversy of sufficient immediacy, reality, and ripeness to warrant the issuance of a declaratory judgment.

582.    Dolby seeks a declaration that it has negotiated in good faith toward a license with Snap for its essential patent claims and complied with any obligations it has under the ITU IPR Policy and Dolby's relevant Patent Statement and Licensing declarations.

## ATTORNEYS' FEES

583.    Dolby is entitled to recover reasonable and necessary attorneys' fees under applicable law.

## DEMAND FOR JURY TRIAL

584.    Dolby hereby demands a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Dolby respectfully requests that this Court enter judgment in its favor as follows and afford Dolby the following relief:

A.  Adjudge and declare that Snap infringes claims of the Asserted Patents;

B.  Adjudge and declare that Snap's infringement of claims of the Asserted Patents was willful, and that Snap's continued infringement is willful;

C.  Award Dolby its actual damages going back six years from the date of the Original Complaint due to Snap's infringement and the fact that the asserted claims do not require marking and/or there is nothing to mark;

D.  Award Dolby enhanced damages pursuant to 35 U.S.C. § 284;

E.  Award Dolby pre-judgment and post-judgment interest to the full extent allowed under the law, as well as its costs;

F.  Adjudge and declare that this is an exceptional case and award Dolby its reasonable

201

attorneys' fees pursuant to 35 U.S.C. § 285;

G.  Order an accounting of damages for acts of infringement;

H.  Adjudge and declare that to the extent Dolby's patent claims are subject to a RAND obligation, that Dolby has negotiated in good faith and satisfied its RAND obligations;

I.  Enjoin Snap from committing further acts of infringement under 35 U.S.C. §271 of any of the claims of the '272 Patent through encoding or decoding of AV1-compliant video formats pursuant to 35 U.S.C. §283.

J.  Award Dolby its costs of suit; and

K.  Award such other relief, including equitable relief, that the Court deems appropriate.

Dated: June 8, 2026

Of Counsel:

**McKool Smith P.C.**

Kevin Schubert
kschubert@mckoolsmith.com
Robert Burns
rburns@mckoolsmith.com
McKool Smith P.C.
1301 6th Ave, 32nd Floor
New York, NY 10019

Warren Lipschitz
wlipschitz@mckoolsmith.com
Greg Saltz
gsaltz@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court
Dallas, TX 75201

Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
McKool Smith P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

202

Christopher McNett
cmcnett@mckoolsmith.com
McKool Smith P.C.
1717 K Street, NW, Suite 1000
Washington, DC 20006