## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| DOLBY VIDEO COMPRESSION, LLC, and DOLBY INTERNATIONAL AB,<br><br>               Plaintiffs,<br><br>   vs.<br><br>SNAP INC.,<br><br>               Defendant, | Civil Action No. 26-317 (JLH) |
| SNAP INC.,<br><br>               Counterclaim-Plaintiff,<br><br>   vs.<br><br>DOLBY VIDEO COMPRESSION, LLC, DOLBY LABORATORIES, INC., DOLBY INTERNATIONAL AB, AND ACCESS ADVANCE LLC,<br><br>               Counterclaim-Defendants, | |

### DOLBY VIDEO COMPRESSION, LLC, DOLBY LABORATORIES, INC., AND DOLBY INTERNATIONAL AB'S MOTION TO DISMISS DEFENDANT SNAP INC.'S COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Dolby Video Compression, LLC, Dolby Laboratories, Inc., and Dolby International AB (collectively, "Dolby") move to dismiss Snap, Inc.'s Counterclaims as follows: (a) dismiss–in–part Snap's Counts XIX and XX as they relate to the AV1 Specification; (b) dismiss Count XX as improperly duplicative of Count XIX; (c) dismiss Count XXI for failure to join required parties, because it is an improper counterclaim, and for failure to state a plausible claim for relief; and (d) dismiss Snap's noninfringement and invalidity Counterclaims (Counts I through XVIII) for failure to state a

-1-

-2-

plausible claim for relief.

WHEREFORE, Dolby respectfully requests that the Court grant this Motion and such further relief as the Court deems just and proper.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| **McKOOL SMITH P.C.** | **FARNAN LLP** |

Kevin Schubert
kschubert@mckoolsmith.com
Robert Burns
rburns@mckoolsmith.com
McKool Smith P.C.
1301 6th Ave, 32nd Floor
New York, NY 10019

Warren Lipschitz
wlipschitz@mckoolsmith.com
Greg Saltz
gsaltz@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court
Dallas, TX 75201

Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
McKool Smith P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701

Christopher McNett
cmcnett@mckoolsmith.com
McKool Smith P.C.
1717 K Street, NW, Suite 1000
Washington, DC 20006

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

***Attorneys for Plaintiff***

Date: August 10, 2026

-2-