## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| DOLBY VIDEO COMPRESSION, LLC, *et. al.*<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC.,<br><br>Defendant,<br>—————————————————<br>SNAP INC.,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>DOLBY VIDEO COMPRESSION, LLC,<br>DOLBY LABORATORIES, INC., AND<br>ACCESS ADVANCE LLC,<br><br>Counterclaim-Defendants, | Civil Action No. 26-317 (JLH) |

### COUNTERCLAIM-DEFENDANT ACCESS ADVANCE LLC'S
### MOTION TO DISMISS SNAP INC.'S COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7), Access Advance LLC ("Access Advance") moves to dismiss the Counterclaims asserted against it by Snap, Inc. The grounds for this Motion are set forth in the opening brief.

WHEREFORE, Access Advance respectfully requests that the Court grant this Motion and such other relief as the Court deems just and proper.

Dated: August 10, 2026.

Of Counsel:

**McKOOL SMITH P.C.**

Kevin Schubert
kschubert@mckoolsmith.com
Robert Burns
rburns@mckoolsmith.com
McKool Smith P.C.
1301 6th Ave, 32nd Floor
New York, NY 10019

Warren Lipschitz
wlipschitz@mckoolsmith.com
Greg Saltz
gsaltz@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court
Dallas, TX 75201

Mitch Verboncoeur
mverboncoeur@mckoolsmith.com
McKool Smith P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

***Attorneys for Plaintiff***

Christopher McNett
cmcnett@mckoolsmith.com
McKool Smith P.C.
1717 K Street, NW, Suite 1000
Washington, DC 20006

2